UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                               Chapter 11

    53 Stanhope LLC, *et al*,[1]                                 Case no. 19-23013 (RDD)
                                                                                              Jointly Administered
                         Debtor.
-----------------------------------------------------------x

## APPLICATION TO RETAIN DEBTOR'S COUNSEL

        53 Stanhope LLC, and each of the other jointly administered debtors herein, (the "Debtors"), as and for their application to retain Backenroth Frankel & Krinsky, LLP as counsel to the Debtors as of the filing of the above-captioned case pursuant to section 327(a) of the Bankruptcy Code, respectfully represents as follows:

        1.        On May 20, 2019 ("Filing Date"), each of the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code, except 167 Hart LLC, which filed its petition on May 21, 2019. Each Debtor has continued its business as a debtor-in-possession. No trustee or creditors committee has been appointed.

        2.        Each Debtor seeks to employ Backenroth Frankel & Krinsky, LLP ("BFK"), which maintains an office for the practice of law at 800 Third Avenue, New York, New York 10022, as its counsel.

        3.        Each Debtor has selected BFK because the members of BFK have considerable expertise in the fields of debtors' and creditors' rights, debt restructuring and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

corporate reorganizations, and commercial litigation, among others. Each Debtor believes that BFK is well qualified to represent it in these proceedings.

4. The professional services BFK will be required to render include, but are not limited to: providing each Debtor with legal counsel regarding its powers and duties as a debtor-in possession in the continued operation of its business and management of its property during the Chapter 11 case; preparing on behalf of each Debtor all necessary applications, answers, orders, reports, and other legal documents which may be required with the Chapter 11 case; providing each Debtor with legal services regarding formulating and negotiating a plan of reorganization with creditors; and performing such other legal services for each Debtor as required during the Chapter 11 case, including but not limited to, the institution of actions against third parties, objections to claims, and the defense of actions which may be brought by third parties against each Debtor.

5. Each Debtor paid BFK $6,750 as and for its initial retainer before its petition was filed, except 167 Hart LLC, which paid a $7,283 initial retainer. A portion of each was incurred for initial consultations and petition preparation. In addition, each Debtor transferred $1,717 to BFK to be disbursed to the Clerk of Court for its filing fee.

6. To the best of the Debtor's knowledge, BFK and its respective attorneys have no connection with, and no interests adverse to, each Debtor, its creditors, other parties in interest, or their respective attorneys or accountants.

7. The Debtor believes that the retention of BFK in the best interest of each Debtor's estate.

       8.      No receiver, trustee or examiner has been appointed nor have any official committees been appointed.

       9.      No prior application has been made for the relief requested herein.

WHEREFORE, each Debtor respectfully requests that this Court enter the prefixed order and grant such other and further relief as it deems just and proper.

Dated: New York, New York
       June 7, 2019

       By:    s/David Goldwasser, as authorized signatory of GC Realty Advisors, LLC, as Vice President