**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| 53 STANHOPE LLC et al.,[1] | Case No. 19-23013 (RDD) |
| Debtors. | Jointly Administered |

**SCHEDULING ORDER WITH RESPECT TO DISCOVERY AND
BRIEFING SCHEDULE IN CONNECTION WITH BROOKLYN LENDER'S
RULE 2004 APPLICATION AND CONFIRMATION OF THE DEBTORS'
PROPOSED PLAN OF REORGANIZATION**

On September 9, 2019, the Court held (1) a hearing with respect to approval of the Debtors' proposed *Disclosure Statement* [Docket No. 30] (the "Disclosure Statement") and (2) a conference with respect to discovery sought by Brooklyn Lender LLC ("Brooklyn Lender") pursuant to the *Order pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing Discovery and Examination of the Debtors, Chaskiel Strulovitch, David Goldwasser, GC Realty Advisors, Nachman Strulovitch, Chaskeil Jacobowitz and Joshua Wagshal* [Docket No. 16] (the "2004 Application Order"). At the September 9, 2019 hearing the Court directed Brooklyn Lender and the Debtors to agree upon a schedule with respect to (a) discovery sought by Brooklyn Lender pursuant to the 2004 Application Order, (b) discovery sought by any parties in connection with confirmation of the *Plan of Reorganization* [Docket No. 29] (the "Proposed Plan") and (c) briefing in connection with confirmation of the Proposed Plan. The Court has scheduled the hearing with

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155) (collectively, the "Debtors").

respect to confirmation of the Proposed Plan for January 15, 2020 at 10:00 a.m. prevailing Eastern time (the "Confirmation Hearing").

**The parties (the Debtors and Brooklyn Lender) cannot amend this order by stipulation or otherwise, and the Court will not amend it unless presented with (i) proof of cause beyond the control of the party seeking amendment and (ii) timely application as soon as possible after the party seeking amendment learns of the cause. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS. If the delay or other act or omission of your adversary may result in a sanction against you, it is incumbent on you to promptly bring this matter to the Court for relief.**

It is hereby ORDERED as follows:

| | |
|---|---|
| **October 25, 2019** | • Deadline for the Debtors to file any objections to Brooklyn Lender's claims (the "Claim Objection"). <br> • Deadline for parties to identify the name(s) and expected opinion topics of any experts they plan to call. |
| **October 28, 2019** | • Deadline for the Debtors to complete their production in connection with Brooklyn Lender's existing document requests pursuant to the 2004 Application Order. |
| **November 4, 2019** | • Deadline for parties to notice depositions, serve document requests, or issue any subpoenas in connection with the Confirmation Hearing. |
| **November 15, 2019** | • Deadline for parties to produce expert reports. <br> • Deadline for parties to meet and confer with respect to any disputes concerning discovery requests and to finalize scheduling of any depositions. |
| **December 6, 2019** | • Deadline for parties to complete document productions in response to new document requests served in connection with the Confirmation Hearing. <br> • Deadline for parties to produce rebuttal expert reports. |
| **December 20, 2019** | • Deadline for parties to complete fact and expert depositions. |

| | |
|---|---|
| **January 3, 2020** | • Deadline for parties to file objections to confirmation of the Proposed Plan and for Brooklyn Lender to respond to the Claim Objection and to provide a copy to the Court's chambers. |
| **January 6, 2020** | • Deadline for parties to meet and confer regarding trial exhibits. |
| **January 8, 2020** | • Deadline for parties to file trial declarations and to submit a joint exhibit book to chambers in connection with Confirmation Hearing. |
| **January 10, 2020** | • Deadline for parties to file replies in support of confirmation of the Proposed Plan and for the Debtors to file any reply in support of the Claim Objection, with a copy to the Court's chambers. |
| **January 15, 2020 at 10:00 a.m. (prevailing Eastern time)** | • Confirmation Hearing. |

Dated: October 15, 2019
      White Plains, New York

                                      /s/Robert D. Drain
                                      THE HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE