**BACKENROTH FRANKEL & KRINSKY, LLP**
800 Third Avenue
New York, New York 10022
(212) 593-1100

October 28, 2019

**BY EMAIL**
The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601-4140

Re:    **In re 53 Stanhope LLC, Case no. 19-23013**

Dear Honorable Sir:

  I am writing in response to Brooklyn Lender's letter regarding the Debtors' objection to Brooklyn Lender's claims. Due to a calendaring error, I did not file the objection on Friday. On Sunday, shortly after Mr. Fliman notified me that I had not filed the objection, I immediately filed it. The objection is substantially similar to the (a) objection as contained in the Debtor's draft disclosure statement annexed to the Debtor's September 5 reply to Brooklyn Lender's disclosure statement objection, and (b) the Debtor's draft amended disclosure statement sent to Brooklyn Lender for comment on October 11, 2019.

  At the September 9, 2019 hearing, the Court noted that Debtor could rely on such objection in the draft disclosure statement as its objection or file a separate claim objection. The Debtor stated that it would file a separate objection with substantially similar content for procedural purposes.

  The October 16 scheduling order states that the Court "may" grant dismissal or sanctions due to a violation of the order. Neither dismissal or sanctions is required. Here, my failure to file on Friday was inadvertent, I corrected the mistake when I discovered it on Sunday, and the contents of the objection are substantially similar to earlier filings as promised. The Debtors respectfully submit, therefore, that neither dismissal nor sanctions are required or appropriate.

           Respectfully Submitted,

           s/Mark Frankel

           Mark Frankel