# ABRAMS $\boxed{\text{A}_\text{F}}$ FENSTERMAN

### Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
Telephone: (718) 215-5300
Fax: (718) 215-5304
www.abramslaw.com

**Susan Mauro, Esq.**
**Partner**
smauro@abramslaw.com

November 1, 2019

The Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

      Re:    *In re 53 Stanhope LLC, et al*
              Case No. 19-23013 (RDD) (Bankr. S.D.N.Y.)

Dear Judge Drain:

This office is co-counsel with Backenroth, Frankel and Krinsky, LLP and represents the Debtors in the above-referenced matters. I write in response to the letter filed by counsel for Brooklyn Lender LLC ("Brooklyn Lender") dated October 31, 2019.

First, as Brooklyn Lender is well aware, this office has begun production of documents in response to the Rule 2004 Requests with production of, among other things, operating agreements, management agreements and tax returns relating to the various entities. In addition, this office is in the process of gathering and reviewing electronically stored information ("ESI") in order to determine whether any additional responsive documents exist. This process is currently being handled internally by this office's IT Department and has taken more time than expected. Notwithstanding, we anticipate being able to begin review in the next week and continue production, if any, immediately thereafter.

Furthermore, this is a response that counsel for Brooklyn Lender would have been made aware of today, but for their premature letter to the Court regarding Debtors' "latest failure to comply with the October 16, 2019 Scheduling Order." Indeed, the undersigned responded to counsel's prior inquiry regarding discovery by e-mail dated October 30, 2019 and clearly advised that a response would be provided by today, Friday, November 1, 2019. In light of this e-mail, counsel's letter to the Court was not only premature but indicative of gamesmanship. This sort of disingenuousness is further evidenced by the mischaracterization of my October 30, 2019 e-mail as failing to respond to an earlier inquiry when in fact my e-mail clearly responded to both inquiries

received from counsel. Indeed, my e-mail unequivocally acknowledges receipt of the early inquiry regarding discovery and advises that a response will be provided by Friday. *See* Appendix D to Brooklyn Lender's Letter dated October 31, 2019.

With respect to the production of tax returns, counsel for Brooklyn Lender has not previously raised, during any meet and confer conducted, any objection to the form of the tax returns provided. Indeed, as recent as the meet and confer conducted on October 17, 2019, the only issue raised by counsel concerning the tax returns were certain 2013/2014 tax returns that appeared to be omitted. This issue was memorialized in an e-mail from Ms. Recine on October 18, 2019, annexed hereto as **Appendix A**. In addition, in this e-mail Ms. Recine requested an extension of time to provide responses and objections to the subpoenas for documents and information served on her clients relating to the confirmation, to which I agreed. *See* **Appendix A**.

In short, this office is diligently searching for responsive records and producing the same in satisfaction of its discovery obligations. Given the short timeframe to prepare for the confirmation hearing in January 2020, we believe that counsel should work cooperatively toward that end rather than engage in unnecessary correspondence with the Court.

Thank you very much for your attention to this matter.

Respectfully,

Susan Mauro, Esq.

cc:    all parties (via ECF)

# Appendix A

| | |
|---|---|
| **From:** | Susan Mauro |
| **To:** | "Recine, Jennifer S." |
| **Cc:** | Fliman, Daniel A.; Mark Frankel (mfrankel@bfklaw.com) |
| **Subject:** | RE: In re 53 Stanhope LLC, et al, Case No.: 19-23013 (RDD) |
| **Date:** | Friday, October 25, 2019 4:41:31 PM |

Jennifer,

I have conferred with Mark Frankel and we are ok with Nov. 14th for your response and objections to the subpoenas served on your clients.  Please advise of Mr. Aviram's availability for depositions.  Thanks and have a good weekend.

## *Susan Mauro, Esq.*

ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP

*Partner*

**Tel:** 718-215-5300 x534
**Fax:** 718-215-5304
**Email: SMauro@Abramslaw.com**

**Brooklyn Office**
**1 Metrotech Center**
**Suite 1701**
**Brooklyn, New York 11201**

| Long Island | Manhattan | Brooklyn | Rochester |
|---|---|---|---|
| (516) 328-2300 | (212) 279-9200 | (718) 215-5300 | (585) 218-9999 |

WWW.ABRAMSLAW.COM

**CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.**

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

**From:** Recine, Jennifer S. [mailto:jrecine@stroock.com]
**Sent:** Friday, October 25, 2019 10:54 AM
**To:** Susan Mauro <SMauro@Abramslaw.com>
**Cc:** Fliman, Daniel A. <dfliman@stroock.com>
**Subject:** RE: In re 53 Stanhope LLC, et al, Case No.: 19-23013 (RDD)

Susan

Checking in to see if you've heard back from your clients on using November 14, 2019 as the date for objections and responses?

Jen

**Jennifer Recine**
Partner

**STROOCK**
180 Maiden Lane, New York, NY 10038
D: 212.806.1301

jrecine@stroock.com | vCard | www.stroock.com


On Oct 22, 2019, at 5:40 PM, Recine, Jennifer S. <jrecine@stroock.com> wrote:

Susan,

When your co-counsel and client are back online, please let us know if November 14, 2019 is workable as the deadline for R&Os for all confirmation discovery, including the discovery sought in your subpoenas referenced below. In the meantime, while we all continue to confer on timing, we will consider all relevant deadlines to be extended out, extended consistent with caselaw applying FRCP 45. We look forward to hearing from you tomorrow.

Jen


**Jennifer Recine**
Partner

**STROOCK**
180 Maiden Lane, New York, NY 10038
D: 212.806.1301

jrecine@stroock.com | vCard | www.stroock.com


**From:** Recine, Jennifer S.
**Sent:** Monday, October 21, 2019 8:52 PM
**To:** Susan Mauro <SMauro@abramslaw.com>
**Cc:** Fliman, Daniel A. <dfliman@stroock.com>
**Subject:** Re: <EXTERNAL> RE: In re 53 Stanhope LLC, et al, Case No.: 19-23013 (RDD)

Susan,


Given that your clients are not available at this time, will you agree that the deadline for outstanding responses and objections to the pending subpoenas are adjourned until this Friday October 25?


Jen


**Jennifer Recine**
Partner

**STROOCK**

180 Maiden Lane, New York, NY 10038
D: 212.806.1301

jrecine@stroock.com | vCard | www.stroock.com

On Oct 21, 2019, at 5:57 PM, Susan Mauro <SMauro@abramslaw.com> wrote:

Hi Jennifer,

Unfortunately client and co-counsel, etc. are all out of pocket until Wed given the
current holiday and I need to confer with them 1st.  I will let you know.  Thanks.

### *Susan Mauro, Esq.*

<imagecc6403.JPG>

*Partner*                                                              **Brooklyn Office**
**Tel: 718-215-5300 x534**                                             **1 Metrotech Center**
**Fax: 718-215-5304**          <imageb548ed.JPG>                        **Suite 1701**
**Email: SMauro@Abramslaw.com**                                        **Brooklyn, New York 11201**
<imagea03533.JPG>

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged
and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If
you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing
this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal
tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used,
for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

**From:** Recine, Jennifer S. [mailto:jrecine@stroock.com]
**Sent:** Monday, October 21, 2019 5:06 PM
**To:** Susan Mauro <SMauro@Abramslaw.com>
**Cc:** Fliman, Daniel A. <dfliman@stroock.com>
**Subject:** RE: In re 53 Stanhope LLC, et al, Case No.: 19-23013 (RDD)

Dear Susan,

I haven't heard back from you concerning setting a date for objections
and responses for confirmation discovery.  As we discussed last week,
the discovery served by you on Maverick, Brooklyn Lender and David
Aviram is confirmation discovery and thus governed by the December 6,
2019 discovery deadline set forth in our agreed court ordered schedule.
Nevertheless, we also discussed the prospect of setting an earlier
deadline for objections and responses.  You asked that we propose a
date and last Friday, we proposed November 14, 2019.  We have not
heard back from you.  If we do not hear back from you by 9 am
tomorrow, we will assume that you agree to this date and will ask the

court to so-order an amended schedule with this date as the date for all objections and responses with respect to confirmation related discovery, including for the referenced subpoenas.

Jen

**Jennifer Recine**
Partner

**STROOCK**
180 Maiden Lane, New York, NY 10038
D: 212.806.1301

jrecine@stroock.com | vCard | www.stroock.com

---

**From:** Recine, Jennifer S.
**Sent:** Friday, October 18, 2019 4:43 PM
**To:** Susan Mauro
**Cc:** Fliman, Daniel A.
**Subject:** In re 53 Stanhope LLC, et al, Case No.: 19-23013 (RDD)

Hi Susan,

Following up on yesterday's telephone call, we did not receive additional tax returns for the following entities:

- ? D & W Real Estate Spring LLC – 2013
- ? Meserole and Lorimer LLC – 2013
- ? Natzliach LLC – 2013
- ? 92 South 4th Street LLC – 2013 and 2014
- ? 53 Stanhope LLC – 2013
- ? 119 Rogers – 2013
- ? 127 Rogers – 2013

In addition, you asked that we propose a date for providing responses and objections to the subpoenas for documents and information related to confirmation served on Maverick, Brooklyn Lender and David Aviram on October 8.  In looking over our agreed schedule, it seems prudent to agree to a global deadline for responding and objecting to the October 8 subpoenas and any additional discovery that might be served.  We suggest November 14, 2019.

Please let us know if you agree.

Jen

**Jennifer Recine**
Partner

**STROOCK**
180 Maiden Lane, New York, NY 10038
D: 212.806.1301

jrecine@stroock.com | vCard | www.stroock.com