# EXHIBIT A



Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 19-23013

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    53 STANHOPE LLC,

8

9            Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                    United States Bankruptcy Court

13                    300 Quarropas Street

14                    White Plains, NY 10601

15

16                    July 23, 2019

17                    2:40 PM

18

19   341 Meeting of Creditors

20

21

22

23   B E F O R E :

24   SERENE NAKANO

25   Trustee

```
 1                  P R O C E E D I N G S

 2              MS. NAKANO:  Today is July 23, 2019.  The time is

 3       now 2:40 p.m.  This is the meeting of creditors of the

 4       jointly administered cases of In Re Stanhope LLC et al.,

 5       Lead Case Number 19-23013, RDD.  My name is Serene Nakano,

 6       and I'm an attorney with the U.S. Trustee's office, and I'll

 7       be presiding over today's meeting of creditors.  At this

 8       time I'd like to swear the Debtor's representative.  Sir,

 9       could you please raise your right hand?  Do you solemnly

10       swear or affirm to tell the truth, the whole truth, and

11       nothing but the truth?

12              MR. GOLDWASSER:  I do affirm.

13              MS. NAKANO:  Thank you.  Could you please state

14       your full name and spell your last name?

15              MR. GOLDWASSER:  David Goldwasser, G-O-L-D-W-A-S-

16       S-E-R.

17              MS. NAKANO:  Mr. Goldwasser, I just have some

18       instructions before we get started.  If you could -- as you

19       can see, this meeting's being recorded.  If you could allow

20       me to finish asking a question before you jump in with an

21       answer, we'll have a clear record.  The machine can't take

22       down a shake of the head or a nod as a response.  It's

23       necessary for you to respond verbally.  If you don't

24       understand the question I'm asking, just ask me to rephrase

25       it, and I'll do my best.
```

Page 3

1              And finally, I would request that the witness,

2    rather than counsel, respond to questions.  If, however, the

3    witness needs to consult with counsel, that's perfectly

4    fine.  Do you understand my instructions?.

5              MR. GOLDWASSER:  Yes, I do.

6              MS. NAKANO:  At this time I'd like to take

7    appearances.

8              MR. FRANKEL:  Mark Frankel, Backenroth, Frankel &

9    Krinsky, attorneys for the Debtor, Debtors.

10             MR. FLIMAN:  Daniel Fliman with Stroock Stroock &

11   Lavan on behalf of Brooklyn Lender.

12             MS. NAKANO:  All right.  Mr. Goldwasser, what is

13   the lead Debtor's business address?

14             MR. GOLDWASSER:  116 Nostrand Avenue, Brooklyn,

15   New York, 11205.

16             MS. NAKANO:  And sir, are there 18 Debtors

17   altogether?

18             MR. GOLDWASSER:  Yes, there are.

19             MS. NAKANO:  Is each of the Debtors a limited

20   liability company formed under New York law?

21             MR. GOLDWASSER:  To the best of my knowledge, yes.

22             MS. NAKANO:  Are you an organizer or a member of

23   each of the Debtors.

24             MR. GOLDWASSER:  I am not.

25             MS. NAKANO:  Okay, I'll be asking you some

Pg 5 of 48

Page 4

1    questions about your authority to appear on behalf of the

2    Debtors in a moment.

3              MR. GOLDWASSER:  Absolutely.

4              MS. NAKANO:  Sir, I have before you a notebook

5    marked as U.S. Trustee Exhibit 1.  Have you had a chance to

6    review the documents in the notebook before testifying here

7    today.

8              MR. GOLDWASSER:  I did have a chance to review the

9    documents in the notebook.

10             MS. NAKANO:  And sir, are these true and correct

11   copies of the Debtor's petition and schedules in these

12   cases?

13             MR. GOLDWASSER:  These are true and correct copies

14   of the petitions which were filed, of which I may mention we

15   might make a few amendments due to my research, post-the

16   filing of some information.  Not much.

17             MS. NAKANO:  Okay, we'll get into the amendments

18   in a moment.  So are these true and correct copies of the

19   Debtor's petitions and schedules?

20             MR. GOLDWASSER:  Yes, the ones we filed, correct.

21             MS. NAKANO:  And did you sign the originals of the

22   petitions and schedules?

23             MR. GOLDWASSER:  I believe I signed the originals

24   and the petitions.

25             MS. NAKANO:  Did you read these documents before

Page 5

1    you signed them?

2            MR. GOLDWASSER:  I did go through the documents

3    and read them before I signed them.

4            MS. NAKANO:  Sir, I'd like to direct your

5    attention to Tab 1, Docket Number 19-23013, ECF Number 81.

6            MR. GOLDWASSER:  Mm hmm.  Oh, okay, I'm sorry.

7            MS. NAKANO:  This document is entitled "Statement

8    Regarding Authority to Sign and File Petitions", is that

9    correct?

10           MR. GOLDWASSER:  Yes.

11           MS. NAKANO:  Did you sign such a document with

12   respect to each of the 18 Debtors?

13           MR. GOLDWASSER:  I believe I did, yes.

14           MS. NAKANO:  Sir, are you familiar with someone

15   named Chaskiel, C-H-A-S-K-I-E-L, Strulovitch, S-T-R-U-L-O-V-

16   I-T-C-H?

17           MR. GOLDWASSER:  I am.

18           MS. NAKANO:  Who is Mr. Strulovitch?

19           MR. GOLDWASSER:  He is the equity member of each

20   one of these entities.

21           MS. NAKANO:  Okay.  Is he the hundred percent

22   member of each of the Debtors, with the exception of D&W

23   Real Estate Spring, LLC, Meserole and Lorimer, LLC, and 167

24   Hart, LLC?

25           MR. GOLDWASSER:  I believe there are three or four

Page 6

1    of the entities of which he is either a 99 percent or 95

2    percent member, and the balance of them, he is a 100 percent

3    member.

4             MS. NAKANO:  Okay, just to verify those three

5    Debtors that I made reference to, D&W Real Estate Spring,

6    LLC is behind Tab 13.

7             MR. GOLDWASSER:  Sure.

8             MS. NAKANO:  And I'm showing you Document Number

9    8.

10            MR. GOLDWASSER:  Yes.

11            MS. NAKANO:  And who is listed on Document 8?

12            MR. GOLDWASSER:  Mr. Strulovitch, as you brought

13   up before, and then a Mr. Wagshal, who is listed as a one

14   percent member.

15            MS. NAKANO:  Okay, who's Mr. Wagshal?

16            MR. GOLDWASSER:  Another principal of this Debtor.

17            MS. NAKANO:  All right, do you know him

18   personally?

19            MR. GOLDWASSER:  I have not actually met him.

20            MS. NAKANO:  Okay, and Meserole, well, before we,

21   before we leave that --

22            MR. GOLDWASSER:  Sure.

23            MS. NAKANO:  Why don't we go through the rest of

24   these, Meserole & Lorimer is at Tab 14.

25            MR. GOLDWASSER:  Yes.

Page 7

1          MS. NAKANO:  And who's listed as equity holders?

2          MR. GOLDWASSER:  Joshua Wagshal as well.

3          MS. NAKANO:  Okay, and what is his percentage

4     interest?

5          MR. GOLDWASSER:  One percent.

6          MS. NAKANO:  The third Debtor I mentioned was 167

7     Hart, LLC, behind Tab 18.

8          MR. GOLDWASSER:  Yes, yes.

9          MS. NAKANO:  Who's listed as equity holders?

10          MR. GOLDWASSER:  Listed here is Chaskiel

11     Jacobowitz, and Nachman Strulovitch.  This was a mis-type on

12     the entry, which is why I asked you to review the documents

13     before, and going through all of the documentation, this is

14     one of the documents we have to amend.

15          MS. NAKANO:  Okay.

16          MR. GOLDWASSER:  I don't have the -- I believe

17     it's 100 percent, or it's 95 and 5, with Mr. Chaskiel

18     Strulovitch, and these names were interposed, again, with

19     all the document preparation there was bound to be a mistake

20     somewhere.  But yes, in going through them, that's why we

21     want to provide all the document properly.  This is one that

22     has to be amended.

23          MS. NAKANO:  All right, sir, I'd like to drag your

24     attention to the LLC, of which Mr. Strulovitch, Mr. Chaskiel

25     Strulovitch was the hundred percent member.

Page 8

1           MR. GOLDWASSER:  Yes.

2           MS. NAKANO:  Did he execute any documents

3    authorizing G&C Realty to act on behalf of the companies?

4           MR. GOLDWASSER:  Yes, I believe we have a document

5    executed, which we'll be able to provide, showing that I was

6    approved to sign on behalf of the bankruptcy case.

7           MS. NAKANO:  And with respect to the -- let's take

8    D&W Real Estate Spring, which was Tab 13, how did G&C Realty

9    become authorized to act on behalf of --

10           MR. GOLDWASSER:  So Mr. Strulovitch executed again

11    in his operating agreements, and gives him as managing

12    member of the authority to act on behalf of the entity for

13    any and all financing and/or issues of such, so that he

14    could appoint somebody to manage the process for him.

15           MS. NAKANO:  Okay, we'd like a copy of that

16    (indiscernible).

17           MR. GOLDWASSER:  Of course, that's part of the

18    overall production dump.  This will look small.

19           MS. NAKANO:  All right.  And then Debtor Meserole

20    & Wagshal --

21           MR. GOLDWASSER:  Yes.

22           MS. NAKANO:  Which was behind Tab 14, how was G&C

23    Realty authorized to act on behalf of that Debtor.

24           MR. GOLDWASSER:  In the same vein, where Mr.

25    Strulovitch is the managing member, and has the authority to

Page 9

1    appoint somebody to act in this capacity as manager.

2              MS. NAKANO:  Pursuant to the operating agreement.

3              MR. GOLDWASSER:  Pursuant to the operating

4    agreement, yes, I'm sorry.

5              MS. NAKANO:  Okay, so we'd like a copy of that as

6    well.

7              MR. GOLDWASSER:  (indiscernible), yes, absolutely.

8              MS. NAKANO:  Tab 14, Meserole & Lorimer, LLC, in

9    which Mr. Strulovitch and Joshua Wagshal were members, who

10   authorized G&C Realty to act on behalf of that Debtor.

11             MR. GOLDWASSER:  We just did that one.

12             MS. NAKANO:  Oh, I apologize.  Tab 18, then --

13             MR. GOLDWASSER:  Yes.

14             MS. NAKANO:  Which is 167 Hart, LLC.

15             MR. GOLDWASSER:  So when that's going to be

16   corrected, it's still Mr. Strulovitch who had the managing -

17   - is the managing member and has the authority to sign on

18   behalf.

19             MS. NAKANO:  Was he hundred percent member?

20             MR. GOLDWASSER:  I believe it's 95 and 5, but I

21   don't want to give the testimony on the record until I

22   provide the documentation and amend the statement.

23             MS. NAKANO:  Okay.  Now, I believe with respect to

24   119 Rogers, LLC, which is Tab 3, I didn't see a list of

25   equity secured holders filed for that Debtor.

Page 10

1          MR. GOLDWASSER:  Okay, then we've got an

2     oversight.  Mark, can you please make a note of that?

3          MR. FRANKEL:  Okay.  I'm just checking to see

4     whether it was filed and just not given, or whether it

5     wasn't filed at all.  I think Document 8 there was a

6     resolution, but I may not have made it through the copying,

7     I don't know.  I can show it to you.  Oh, you meant as

8     equity security -- oh, I'm sorry, I was looking at the wrong

9     thing.

10          MR. GOLDWASSER:  (indiscernible)

11          MR. FRANKEL:  (indiscernible)

12          MS. NAKANO:  Yeah, so can you file that, please?

13          MR. FRANKEL:  Yes.

14          MS. NAKANO:  All right, going back to Tab 8, which

15     is CNY.

16          MR. GOLDWASSER:  Tab 8 I have here as

17     (indiscernible), yeah.

18          MS. NAKANO:  Yeah, this is behind Tab 7.  The CNY

19     Debtor, Chaskiel Strulovitch is listed as the 510 percent

20     number.

21          MR. GOLDWASSER:  He likes to feel important.  That

22     was an oversight, we will correct that.

23          MS. NAKANO:  Is he hundred percent?

24          MR. GOLDWASSER:  I believe he's a hundred percent,

25     yes.

Page 11

1              MS. NAKANO:  Now, statements of financial affairs

2    have been filed for two Debtors, I think it was 92 South

3    4th, and 106 Kingston, but the remaining Debtors have not

4    filed their statements of financial affairs, is that

5    correct?

6              MR. GOLDWASSER:  I think that those may have been

7    inadvertently filed, because I don't recall getting all the

8    information for it yet.  Were they filed with no information

9    on them?

10             MS. NAKANO:  I didn't see them.

11             MR. GOLDWASSER:  Then I'll check and see.

12             MS. NAKANO:  Yeah, it said that they were filed.

13             MR. GOLDWASSER:  If they were, they have to be

14   replaced with statements of financial affairs that actually

15   have information on them.

16             MR. FRANKEL:  Yep, here they are.

17             MS. NAKANO:  Okay, I don't intend to go through

18   those today.  We'll go through the statements of financial

19   affairs at the continuation.

20             MR. GOLDWASSER:  Yes.

21             MS. NAKANO:  But when do you think you'll have

22   filing those statements?

23             MR. GOLDWASSER:  We have the compilations now,

24   officially.  So we're just going to be -- that's what we've

25   been working on, is just reviewing them.  Mark it off, you

Page 12

1    have an estimation, we will file them, but we have -- we

2    actually have the data finalized.

3            MR. FRANKEL:  It'll be probably within a week or

4    two.  But yeah, the ones that were -- what happens on this

5    software for filing bankruptcy petitions is you have to

6    check off the boxes, and I checked one too many boxes, and

7    filed blank statements of financial affairs.

8            MS. NAKANO:  Okay.  All right, Mr. Goldwasser,

9    could you describe the background and nature of the Debtor's

10   businesses?

11           MR. GOLDWASSER:  Yes.  The consolidated, or

12   whatever the proper legal term is, there's a total of 31

13   buildings, consisting of eight two-family buildings, six

14   three-family buildings, six four-family buildings, three

15   five-family buildings, three six-family buildings, one

16   eight-family building, which is not the term, but when

17   you're -- one multifamily with eight units, and one mixed

18   use building that has -- four mixed use buildings, I'm

19   sorry, that have both residential and commercial units, so a

20   total of 31, with 120 total units.

21           They're all for rent properties, there are -- none

22   of the properties have rent-stabilized tenants.  So they're

23   not affected from a value perspective with the current

24   legislation that was just passed.  And they are managed by

25   one, two, four different management companies.  So there's a

Page 13

1    separation of checks and balances on them to bring in

2    revenue, pay the bills, and then pay the mortgage in order

3    to make sure everything is satisfied.  So it's a real

4    estate-based business for rental on these properties.

5          MS. NAKANO:  Of these 31 buildings, 121 units, are

6    there any vacancies?

7          MR. GOLDWASSER:  There might be some smattering of

8    vacancies, but not any (indiscernible) vacancies.  I checked

9    today, as of today there's only one tenant that's in

10   arrears, out of the -- out of all the reports that came

11   back.  I can't guarantee that on the record, but m saying I

12   did check today to see, and everybody else who's paying on

13   time?

14         MS. NAKANO:  Okay, perfect.  Have any of these

15   Debtors filed for bankruptcy before?

16         MR. GOLDWASSER:  To my knowledge, no.

17         MS. NAKANO:  And what prompted the Debtors to file

18   for bankruptcy?

19         MR. GOLDWASSER:  As the preamble of the case,

20   there was a sale of the loans on these properties to a

21   private buyer, who then filed immediate foreclosure actions,

22   which we believe are improper and baseless under merit.

23   There was State Court actions going back and forth, a

24   receiver was -- receiver motion was granted.  Prior to a

25   receiver being put in place, there was a bankruptcy filed in

Page 14

1    order to stop a receiver from coming in, and possibly

2    messing up the operation, as all the bills were always paid,

3    the mortgages were paid within a timely fashion, maybe not

4    the day they were due in every instance, but again, when you

5    have so many properties, there can be different things that

6    happen, somebody pays late or whatnot.

7            But there was no payment default on the mortgages.

8    The technical default which was filed was an innocuous one

9    that claimed that somebody who bought a mortgage four days

10   later was harmed from the first date of the mortgage being

11   given, and I believe through the process of factual

12   information, given in the Bankruptcy Court, and the way that

13   the bankruptcy claims are adjudicated, this will come out,

14   prevailing an understanding that this was a manufactured

15   default which was not given by the bank.

16           In fact, the bank declined to file such a default

17   on technical nature, because the guy was paying on time, and

18   had no issue -- in fact, the default was predicated on a

19   statement, former statement from the federal lawsuit brought

20   against one of the principals of the Debtor, the equity

21   holder of the Debtor, which was then dismissed, and really

22   had no claim to back it.  But nonetheless, predatory lenders

23   are predatory in nature, and they do things in order to

24   better their pocket, instead of in order to better the

25   world.  So that precluded the filing of the bankruptcy, to

Page 15

1    answer in a short answer.

2              MS. NAKANO:  Okay, now the Debtors have had an

3    initial Debtor interview with my office.

4              MR. GOLDWASSER:  Yes.

5              MS. NAKANO:  And insurance documents were

6    provided, and copies of debtor in possession checks.

7    However, these are several categories of documents that were

8    requested that have not been provided, and I'll just list

9    them here.  The account receivable aging, I think is to be

10   filed with the first monthly operating report for each

11   Debtor.  Rent rolls should be (indiscernible), rent rolls --

12             MR. GOLDWASSER:  As an attachment, yes.

13             MS. NAKANO:  Mm hmm.  Schedules of executory

14   contracts, lists of checks and disbursements for 90 days

15   prepetition --

16             MR. FRANKEL:  Can you go a little slower?

17             MS. NAKANO:  Sorry, the list of checks -- I think

18   Victor sent you an email.

19             MR. FRANKEL:  But I want to write it down again.

20             MS. NAKANO:  Okay, the list of checks and

21   disbursements for at least 90 days prepetition.  The U.S.

22   trustee checklist and certifications, that I think Mr. --

23             MR. FRANKEL:  He was going to send use revised

24   ones that had all 18 in one, I don't know if he did that.

25             MS. NAKANO:  Okay, I will raise that with him,

Page 16

1    then.

2              MR. GOLDWASSER:  We don't want to cut too many

3    trees.

4              MS. NAKANO:  Okay.  All right.  Sir, have the

5    Debtors transferred any assets to any other businesses or

6    persons within two years prior to the petition date?

7              MR. GOLDWASSER:  So to the best of my knowledge, I

8    will say no.  We are going through all of the financial

9    documents, because it's a little bit more of an undertaking

10   than usual, being that here are so many different entities.

11   From what we see, no, but at the same time I don't want to

12   say on the record that it is a guarantee, but all of the

13   research we've done so far has not been -- has not shown

14   that.

15             MS. NAKANO:  In any event, any such transfers

16   would be disclosed in the statement of financial affairs

17   that they filed?

18             MR. GOLDWASSER:  Yes, which is why, as I stated

19   earlier, we've got the data, we're reviewing it, and making

20   sure that it's all actualized and backed up, because we do

21   not want to file something that's incorrect.

22             MS. NAKANO:  Okay.  Sir, have the Debtors made

23   payments to insiders within the year prior to filing?

24             MR. GOLDWASSER:  That's a mixed bag question, and

25   I'm going to state that there were loans repaid that were

Page 17

1    laid out by insiders.  So that, that's part, again, of going

2    through the statement of financial affairs.  So I can't

3    answer with certainty at the moment, but most of it checks

4    out for a wash, so if there was, for argument's sakes, a

5    check given to an insider, it was also either replaced, or

6    was lent first and then given out.

7            So, similar to when you buy and sell stocks in the

8    stock market.  So you get an income statement saying you, if

9    you shorted something, all of a sudden you got $20 million

10   in income, but really only made, you know, $5000.  So it

11   looks like that to some of the different entities, but we're

12   just trying to zero it out and build a narrative, so it's

13   explained, and it's a little more arduous than the usual

14   case, where you have one building or two buildings.

15           So I apologize for the -- it's not an opaque

16   answer.  The answer is yes, there were disbursements, but

17   they were evened out.  So it's not a matter of disbursements

18   for the sake of taking the money out and not putting it back

19   in.

20           MS. NAKANO:  All right, those will be disclosed in

21   the statement of financial affairs?

22           MR. GOLDWASSER:  Yes, that's why I want to do it

23   the right way, without having any questions, for all sides,

24   everybody understands where it is.

25           MS. NAKANO:  Okay, have any of the Debtors paid

Page 18

1    any bonuses, dividends, or special fees prior to filing?

2              MR. GOLDWASSER:  To my knowledge, no.

3              MS. NAKANO:  Are the Debtors current on their

4    post-petition obligations?

5              MR. GOLDWASSER:  To my understanding, yes.  I

6    think we had a little bit of a discrepancy on one of the

7    payments, but we're addressing it.  just again, because

8    there are so many different management companies, we're  not

9    used to the process, and changing over bank accounts, and

10   there were some disgruntled tenants, because they got all of

11   -- not disgruntled because of any other reason than they

12   just get all this mail, and they wanted to answer -- they

13   wanted questions to be answered before they paid rent.  So

14   it took a little bit of -- there was a few delays in

15   receiving some of it.  But as far as paying everything else,

16   I believe we're up to date, and if not, we'll be up to date,

17   just depending upon the collection.

18             MS. NAKANO:  Okay.  Have post-petition books and

19   records been established for each of the Debtors?

20             MR. GOLDWASSER:  Yes.  And they are being kept by

21   the -- each individual management company, and then my

22   office is overseeing and going to be quality controlling

23   them on monthly basis, so that we can file the operating

24   reports.  Again, this is unusual size case, with different

25   factions, so it's a little bit more in-depth than a typical

Page 19

1   case.

2           MS. NAKANO:  Sir, have any pre-petition

3   liabilities been paid since the filing of the cases?

4           MR. GOLDWASSER:  No.  To the best of my knowledge,

5   no.

6           MS. NAKANO:  And what is the Debtor's strategy in

7   this case?

8           MR. GOLDWASSER:  So the Debtor's strategy is to

9   pay off the current debt with a new mortgage, and the

10  excess, and then file a hundred-cent plan, correct, Mark?

11          MR. FRANKEL:  Yes.

12          MR. GOLDWASSER:  Yes.

13          MR. FRANKEL:  Pay off as a part of a hundred

14  percent plan.

15          MR. GOLDWASSER:  Right.  But you know, we're going

16  to adjudicate the claim from the mortgages to what their

17  claim purports to be, versus what we believe it is, and pay

18  them off a hundred cents on the equity of their claim.

19          MS. NAKANO:  All right.  Let me just take this op

20  to remind you that the Debtors are required to file

21  operating reports while the cases are in Chapter 11.  They

22  have to comply with U.S. Trustee guidelines.  They're due on

23  the 15th day of the month following the month that's being

24  reported on, and bank statements for the corresponding

25  period have to be in next to the operating reports.  In

Page 20

1    addition, quarterly fees are due while the cases are in

2    Chapter 11.  Do you understand these two requirements?

3              MR. GOLDWASSER:  Yes, and I explained Mr.

4    (indiscernible) on the phone, the first report's going to be

5    a little bit unwieldy to get, so we're working to get it

6    done before the end of the month.  But then from there it'll

7    be in a process that'll be fine.

8              MS. NAKANO:  Okay.

9              MR. GOLDWASSER:  I'm just, predicating it gain,

10    it's just been -- it's there, but it's just a matter of

11    making sure the processes are built.  And while we're

12    getting all the other information, it's just been a little

13    bit harder.

14              MS. NAKANO:  All right.

15              MR. GOLDWASSER:  But we'll be there.

16              MS. NAKANO:  Do you understand that my office may

17    be prompted to file a motion to convert or dismiss if these

18    two requirements are not met?

19              MR. GOLDWASSER:  Yes, I do.

20              MS. NAKANO:  All right.  At this time, I'd like to

21    set a continuation date.  September 3rd at 2:30 p.m. here at

22    Bowling Green, and the floor of the U.S. Trustee's office.

23    At that time, we will go over the statements of financial

24    affairs, which hopefully will have been filed in the

25    intervening period.  And that would also be the control date

Page 21

1    for the filing, or the giving, the Debtor's providing to our

2    office the governance documents we've requested, as well as

3    the other documents, including the rent rolls, the schedules

4    of executory contracts, the checks and disbursements for the

5    90 days prepetition, and the certifications and checklists,

6    all right?

7              MR. GOLDWASSER:  Yes, absolutely.

8              MS. NAKANO:  So at this time, does the creditor

9    have any questions?

10             MR. FLIMAN:  Yes, I have a few questions.

11             MS. NAKANO:  All right.  I would just like to

12   interpose my usual admonition that this is not a 2004 exam.

13   I understand that your client has actually obtained a 2004

14   order.

15             MR. FLIMAN:  Correct.

16             MS. NAKANO:  However, please feel free to examine

17   the Debtor concerning the financial affairs of the Debtor.

18             MR. FLIMAN:  Sure, thank you.

19             MS. NAKANO:  And just identify --

20             MR. FLIMAN:  Yeah, for the record, Daniel Fliman

21   with Stroock Stroock & Lavan representing Brooklyn Lender.

22   Mr. Goldwasser, a few questions for you.  so you would

23   reference that there's some instruments signed by Mr.

24   Strulovitch that authorizes you to have certain powers in

25   connections with the Debtors, is that right?

Page 22

1          MR. GOLDWASSER:  Yes, for the estate, for the

2     bankruptcy estate --

3          MR. FLIMAN:  Okay.

4          MR. GOLDWASSER:  Not for -- yes, to act on behalf

5     of those for the bankruptcy estate.

6          MR. FLIMAN:  And is that authorizing you

7     individually, or GC Realty?

8          MR. GOLDWASSER:  GC Realty, with me being under GC

9     Realty.  (indiscernible) authorized signature for GC Realty.

10          MR. FLIMAN:  What is that instrument, what is that

11     document?

12          MR. GOLDWASSER:  A general, giving management on

13     the list of all the different entities.  This is where I'm

14     acting as a manager for the entities of the estate, as

15     opposed to being an equity member.  I'm just clarifying, so

16     you understand, so I'm not part of the -- I'm not part of

17     the operating agreements.  I'm just tasked in running the

18     bankruptcy here.

19          MR. FLIMAN:  So are either you or GC Realty an

20     officer of any of the Debtor entities?

21          MR. GOLDWASSER:  Manager.

22          MR. FLIMAN:  A manager of one of the Debtor

23     entities?

24          MR. GOLDWASSER:  Yes.

25          MR. FLIMAN:  Okay, and what is the scope of

Page 23

1    authority granted to you by the Debtor entities.

2              MR. GOLDWASSER:  It's a little bit of a broad

3    scope, just to deal with the bankruptcy, and the running of

4    the bankruptcy.  Similar to what you would be akin to, a

5    CRO, but we -- it's a title of manager, because it's not a

6    restructuring officer, from the legal term, just so you

7    know.  But as a manager for the restructuring of the debt.

8              MR. FLIMAN:  So the actual manager of the entities

9    is GC Realty.

10             MR. GOLDWASSER:  Yes.

11             MR. FLIMAN:  Of which you are a vice president, is

12   that right?

13             MR. GOLDWASSER:  I'm head cook and bottle washer,

14   but yeah, no, I am GC Realty.

15             MR. FLIMAN:  Well, you signed the petitions as, as

16   I can show it to you, but you signed it as vice president,

17   that was the notation of the petitions.

18             MR. GOLDWASSER:  It may have been, yeah.  It must

19   have been oversight.

20             MR. FLIMAN:  Okay, so just the reason I'm asking -

21   -

22             MR. GOLDWASSER:  Sure, no, no --

23             MR. FLIMAN:  Is GC Realty a vice president in any

24   way, of any of the entities?

25             MR. GOLDWASSER:  No.

Page 24

1                MR. FLIMAN:  Are you a vice president?

2                MR. GOLDWASSER:  No.

3                MR. FLIMAN:  Does GC Realty, your entity, owe

4       fiduciary duties?

5                MR. GOLDWASSER:  I'm sorry?

6                MR. FLIMAN:  Does it owe fiduciary duties?

7                MR. GOLDWASSER:  Can you clarify your question?

8                MR. FLIMAN:  Sure, is it a fiduciary for the

9       estate, GC Realty?

10               MR. GOLDWASSER:  I'm not a lawyer, you tell me.

11               MR. FLIMAN:  Okay.  Is there a contract between GC

12      Realty Advisors and the Debtor entities?

13               MR. GOLDWASSER:  They're part of the agreement,

14      yes.

15               MR. FLIMAN:  I didn't understand that answer.

16               MR. FRANKEL:  When we produce the agreement,

17      you'll see.  He doesn't obviously remember the details of

18      it.

19               MR. GOLDWASSER:  Fund management services, for the

20      purposes of being in a bankruptcy restructuring, and the

21      bankruptcy, and I get fees for doing so.

22               MR. FLIMAN:  Okay, sorry, I wasn't clear.  It

23      seems like there's some resolution that vests you with

24      authority.

25               MR. GOLDWASSER:  Okay.

1           MR. FLIMAN:  And is there separate agreement with

2    the Debtors, or is one self-contained document that has all

3    this?

4           MR. GOLDWASSER:  One self-contained document.

5           MR. FLIMAN:  Okay.  And what is your fee

6    arrangement with the Debtor?

7           MR. GOLDWASSER:  That'll be on the document.

8           MR. FLIMAN:  You don't know your fee arrangement?

9           MR. GOLDWASSER:  I know my fee arrangement, but

10   it'll be -- I don't care, it makes no difference, it'll be

11   disclosed anyway.  $25,000 to set up and get all the

12   documentation prepared for the filings, and then $7500 a

13   month as manager of the estate, and preparing all the

14   paperwork, preparing all reports, filing all documents,

15   court appearances, et cetera, et cetera.

16          MR. FLIMAN:  And that's aggregate for all the

17   Debtor entities?

18          MR. GOLDWASSER:  Yes, I'm sorry, yes.

19          MR. FLIMAN:  And how much did you get paid prior

20   to the petition date by the Debtors?

21          MR. GOLDWASSER:  I don't think it was by the

22   Debtors, but the $25,000 was received prior to the petition.

23          MR. FLIMAN:  So who'd you get paid by?

24          MR. GOLDWASSER:  Mr. Strulovitch.

25          MR. FLIMAN:  Does your agreement, to your

Page 26

1    knowledge, indemnify you or GC Realty?

2             MR. GOLDWASSER:  It might be in some of the

3    language, but I'm not sure.

4             MR. FLIMAN:  When you -- I can show it to you,

5    when you filed the petitions, you indicated that this case

6    is -- that these Debtor cases are related to 73 Empire

7    Development, LLC as affiliates.

8             MR. GOLDWASSER:  Mm hmm, yes.

9             MR. FLIMAN:  What is the affiliate connection

10   between the Debtor entitles and 73 Empire Development, LLC?

11            MR. GOLDWASSER:  Mr. Strulovitch, Mr. Strulovitch

12   owns it --

13            MR. FLIMAN:  Just let me finish my --

14            MR. GOLDWASSER:  Oh, I'm sorry.

15            MR. FLIMAN:  Yeah, yeah, what is, what is the

16   relationship, the affiliate relationship between 73 Empire

17   Development, and the Debtor entities?

18            MR. GOLDWASSER:  Mr. Strulovitch owns 80 percent

19   of 73 Empire, and he owns 100, or 99 percent -- he owns a

20   majority, I will say, of each of these entities.  It's his

21   own affiliation, not mine.

22            MR. FLIMAN:  And that's the only affiliate

23   connection, correct?  To your knowledge?

24            MR. GOLDWASSER:  Yes.

25            MR. FLIMAN:  Who prepared the list of equity

Page 27

1    holders that you just went through in the schedules?

2            MR. GOLDWASSER:  We provided information, we

3    prepared it, and as I said, he doesn't want to do things, I

4    want to amend after reviewing all the documentation that

5    we've been doing to back up, so we can provide it to the

6    trustee's office.

7            MR. FLIMAN:  So you say we will provide

8    information, that's -- who's that, who's we?

9            MR. GOLDWASSER:  Me, me and my staff.

10           MR. FLIMAN:  Your staff at GC Realty?

11           MR. GOLDWASSER:  Mm hmm.

12           MR. FLIMAN:  Okay, and by whom will you provide

13   information?

14           MR. GOLDWASSER:  Mr. Strulovitch and his

15   management companies.

16           MR. FLIMAN:  Did you review any documents in

17   preparing the list of equity security holders, or rely on

18   information that Mr. Strulovitch gave you?

19           MR. GOLDWASSER:  We relied on the information,

20   which is why, as I stated earlier, we're fully reviewing to

21   make sure that we have every document buttoned down.  If I

22   have to amend, I'm going to amend.

23           MR. FLIMAN:  Okay, but you swore under penalty of

24   perjury that these documents were correct, right?

25           MR. GOLDWASSER:  And I said I might amend some of

1    them under threat of perjury.

2             MR. FLIMAN:  Okay.  Did you review any documents

3    to assess the validity of the creditor lists that are

4    included in the schedules?

5             MR. GOLDWASSER:  I reviewed some documentation.  I

6    was provided some documentation.  And again, through the

7    process we're going to equalize and make sure everything is

8    exact.

9             MR. FLIMAN:  What documents did you review to

10   assess the creditors?

11            MR. GOLDWASSER:  You haven't referenced any

12   specific creditors.

13            MR. FLIMAN:  Sure, let's do that.  I think that'd

14   be helpful.  So I have a different binder than that one.

15   But let's try to just do this in concept, maybe that'll be

16   the way to do it.

17            MR. GOLDWASSER:  Much easier.

18            MR. FLIMAN:  If not, we'll put it right in front

19   of you.  So there are references throughout three of the

20   schedules to Mr. Joshua Goshal, who I think we discussed

21   earlier.

22            MR. GOLDWASSER:  Wagshal.

23            MR. FLIMAN:  I'm sorry, how do you pronounce that?

24            MR. GOLDWASSER:  Wagshal.

25            MR. FLIMAN:  Wagshal, sorry.  Wagshal, having

Page 29

1   claims for $2.5 million, three different Debtor entities.

2   You're aware of that?

3          MR. GOLDWASSER:  Yes.

4          MR. FLIMAN:  And do you understand the nature of

5   those claims?

6          MR. GOLDWASSER:  Yes, he -- from what I

7   understand, and I don't have all the documentation, but from

8   what I understand, as a general course of business, Mr.

9   Strulovitch buys properties, he takes in, excuse me, profit

10  share partners, and they give him money to put into the

11  entities as a loan, so they can receive a specific type of

12  return, similar to a preferred return in a typical

13  transaction.

14          So his money is owed -- I'm sorry, the money that

15  is allocated from Mr. Wagshal to the specific properties is

16  monies that he gave to Mr. Strulovitch in order to invest in

17  the properties.  Not to be a partner, but to be a profit

18  share partner.

19          MR. FLIMAN:  Did you review any documentation to

20  reflect that arrangement?

21          MR. GOLDWASSER:  I have not.  I requested it, and

22  again, part of why I'm saying we need a little bit more time

23  is I'm getting documentation to aback everything up.

24          MR. FLIMAN:  Do you know whether there is any

25  documentation reflecting --

Page 30

1              MR. GOLDWASSER:  I --

2              MR. FLIMAN:  Let me just finish.  Do you know

3    whether there's any documents reflecting the arrangement

4    that you've just described?

5              MR. GOLDWASSER:  I've requested it, and upon

6    receipt, I can tell you that.

7              MR. FLIMAN:  So you don't know.

8              MR. GOLDWASSER:  As of right now, I was told there

9    is, but I don't have it.

10             MR. FLIMAN:  The schedules also refer to $500,000

11   being owed to (indiscernible) Oberlander.

12             MR. GOLDWASSER:  Mm hmm.

13             MR. FLIMAN:  IS that similar to the answer you

14   just gave with respace to Mr. Wagshal?

15             MR. GOLDWASSER:  Correct.

16             MR. FLIMAN:  What about Alan Stein?  Do you happen

17   to know that as well?

18             MR. GOLDWASSER:  I don't know, what's the amount?

19             MR. FLIMAN:  $600,000.

20             MR. GOLDWASSER:  Yes, then I would assume it's the

21   same.

22             MR. FLIMAN:  What about Mr. Moses Guttman?

23             MR. GOLDWASSER:  Similar.

24             MR. FLIMAN:  Similar, okay.  Now looking to Mr.

25   Wagshal, we just went through the list of equity

Page 31

1      securityholders.  In certain of the Debtors, or at least one

2      of the Debtors, he's described as actually being a part

3      member of the LLC, is that correct?

4                MR. GOLDWASSER:  Yes, yes.

5                MR. FLIMAN:  And is that district from the profit-

6      sharing arrangement that you --

7                MR. GOLDWASSER:  I --

8                MR. FLIMAN:  Let me just finish, I'm sorry.

9                MR. GOLDWASSER:  Sure.

10               MR. FLIMAN:  Is that distinct from the profit-

11     sharing arrangement that you just described?

12               MR. GOLDWASSER:  I believe it's part of the

13     taxation benefits where he gets a certain higher percentage

14     of -- look, and again, I'm giving you the theory, as were

15     talking in theory, is that he's listed there, so that he can

16     get a specific type of tax benefit, but I don't, you know,

17     I'm not an attorney, I'm not an accountant, but from what I

18     understand, that's why he's listed, as a one percent member,

19     versus being a larger member.

20               MR. FLIMAN:  Do you know whether the entity CS

21     Construction, which is listed in the schedules, has any

22     affiliation with the Debtors, or the Debtor's owners?

23               MR. GOLDWASSER:  Do I know for a fact?  I don't.

24     But I believe it does.  But I'm not trying to -- no, that

25     doesn't mean that that money isn't owed to vendors, but I'm

1    just saying that even though it might be a creditor for

2    purposes of -- it might have an ownership common, but it

3    doesn't mean that the vendors aren't owed money, so that's

4    why I think we list it in the way that it was listed.  And

5    not listed as an insider claim.

6            MR. FLIMAN:  Well, on that point, you referenced

7    the fact that there may have been payments made prior to the

8    bankruptcy, to insiders, and that you were going to put

9    together a list of that, is that right?

10           MR. GOLDWASSER:  Mm hmm, yeah.

11           MR. FLIMAN:  Who do you consider insiders, in

12   giving that answer?

13           MR. GOLDWASSER:  Mr. Strulovitch.

14           MR. FLIMAN:  Nobody else?

15           MR. GOLDWASSER:  I haven't seen all of it, but I

16   believe that it's Mr. Strulovitch is 90 percent of anything

17   that might have been given out.  But again, it's a wash,

18   where he would lend money to one and put it back.  So that's

19   where we were having the discussion from disbursements to

20   insiders, if, just as just we're having this, if it zeros

21   out because the monies were put back in, is that actually a

22   distribution or not?

23           MR. FLIMAN:  I don't understand that point, can

24   you explain that to me?

25           MR. GOLDWASSER:  Okay, so as common in real

Page 33

1    estate, let's say I own a building, which I own some

2    buildings, and the building needs to pay a bill for a

3    plumbing riser that's $20,000, okay, and the building

4    account doesn't have $20,000.  I will write out a check from

5    my account to the building, so they can pay the plumber for

6    the $20,000 bill.

7           When the money does come in, and is surplus in the

8    account for that building, I will take that money back.  I

9    lent it for the purposes of fixing the plumbing risers, so

10   that the building could operate.  So when that money comes

11   out to me, it looks as a disbursement to David Goldwasser,

12   but really it wasn't a disbursement, it was a reimbursement.

13           MR. FLIMAN:  Okay.

14           MR. GOLDWASSER:  So that's why I'm saying, almost

15   all of the disbursements, and we're categorizing them, going

16   through them, to make sure which ones are offset by monies

17   that were lent to the entity and then paid back.

18           MR. FLIMAN:  So as of the petition date, is Mr.

19   Strulovitch owed anything else on the account of the

20   financing arrangement you just described?

21           MR. GOLDWASSER:  Part of what we're going through,

22   no.  I don't think he is, but part of -- you know, we're

23   trying to equalize exactly what every building is, so that

24   we can properly answer that question.  If we did have an

25   answer, it would have been listed.

1              MR. FLIMAN:  The -- your declaration that's

2     submitted in connection with the schedules.  I don't think

3     you necessarily need to turn to it, but references the fact

4     that there's a possibility to reinstate, or there's a

5     reference to a specific section of the Bankruptcy Code that

6     there may be a way to not pay penalty rate to my client.

7              MR. GOLDWASSER:  Sure.

8              MR. FLIMAN:  Do you recall that?  Would it help

9     for me to put it in front of you, or you recall that?  Okay.

10    Is it the Debtor's intention right now to reinstate my

11    client's loans, or only to repay my client's loans with exit

12    financing?

13             MR. GOLDWASSER:  So there's an option on both

14    sides.  Some of the loans have matured, some of the loans

15    are -- I don't have the specific list in front of me as

16    we're talking without looking at any specific documents, but

17    the actual intent is to pay them off.  If there are some

18    that we could reinstate, we don't have a specific

19    preference, but the actuality is we're intending to pay them

20    off.

21             MR. FLIMAN:  When were you retained by the

22    Debtors?

23             MR. GOLDWASSER:  Exactly a few weeks before.

24             MR. FLIMAN:  When we have the agreements.

25             MR. GOLDWASSER:  Correct, but what I'm saying,

Page 35

1    it's in order to prepare all the documents and make sure, I

2    would assume it took, I think about two weeks to get the

3    prepared, something in that range.

4              MR. FLIMAN:  Prior to that, had you had any

5    interaction with these Debtor entities?

6              MR. GOLDWASSER:  These Debtor entities, no.

7              MR. FLIMAN:  Had you had interactions with Mr.

8    Strulovitch prior to that?

9              MR. GOLDWASSER:  Yes.

10             MR. FLIMAN:  And what were your interactions to

11   Mr. Strulovitch prior to being retained by these Debtors?

12             MR. GOLDWASSER:  Working on the 73 Empire, I

13   (indiscernible) the 73 Empire, which is a related case, in

14   order to work through that and a bankruptcy plan in order to

15   try to if that project.

16             MR. FLIMAN:  Okay.  Oh, do you know the nature of

17   the claim that Silver Spring Capital asserts against the

18   Debtors?  Do you happen to know that?

19             MR. GOLDWASSER:  I don't.  (indiscernible) find

20   out.

21             MR. FLIMAN:  And what about Waterfront Properties?

22             MR. GOLDWASSER:  I am not sure, but I will --

23             MR. FRANKEL:  It's under managing agent?

24             MR. GOLDWASSER:  I'm not sure, we have Waterfront

25   Management.  Maybe that's --

1           MR. FLIMAN:  I'm just seeing round numbers in the

2    schedule, so I didn't know whether --

3           MR. GOLDWASSER:  I have to look into it.  I'm not

4    trying to be evasive.

5           MR. FLIMAN:  Okay, last question for you is aside

6    from Mr. Wagshal, Guttmann, Oberlander, are you aware of

7    anybody else that has the profit-sharing partnership or

8    arrangement with any of the Debtor entities?

9           MR. GOLDWASSER:  From what I have seen, I believe

10   those are -- that is the list.  But again, I'm making sure

11   of every little detail, while we go through all the text

12   returns and verify every detail, to make sure that we have

13   everything listed properly.  But I think that encapsulates

14   the list.  If there are any additional, obviously we're

15   going to provide it.

16          MR. FLIMAN:  Okay, that's all I had.

17          MS. NAKANO:  Great.  So we will continue this

18   meeting on September 3rd at 2:30.

19          MR. GOLDWASSER:  Thank you.

20          MS. NAKANO:  Thank you.

21

22

23

24

25

Page 37

1                    C E R T I F I C A T I O N

2

3         I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6    Sonya Ledanski Hyde

Digitally signed by Sonya Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o, ou,
email=digital@veritext.com, c=US
Date: 2019.07.25 16:20:32 -04'00'

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  July 25, 2019

**[& - authorizes]**

### &

**&**   3:8,10 6:24
8:20 9:8 21:21

### 1

**1**   4:5 5:5
**100**   6:2 7:17 26:19
**106**   11:3
**10601**   1:14
**11**   19:21 20:2
**11205**   3:15
**11501**   37:23
**116**   3:14
**119**   9:24
**120**   12:20
**121**   13:5
**13**   6:6 8:8
**14**   6:24 8:22 9:8
**15th**   19:23
**167**   5:23 7:6 9:14
**18**   3:16 5:12 7:7
9:12 15:24
**19-23013**   1:3 2:5
5:5

### 2

**2.5**   29:1
**20**   17:9
**20,000**   33:3,4,6
**2004**   21:12,13
**2019**   1:16 2:2
37:25
**23**   1:16 2:2
**25**   37:25
**25,000**   25:11,22
**2:30**   20:21 36:18
**2:40**   1:17 2:3

### 3

**3**   9:24
**300**   1:13 37:22
**31**   12:12,20 13:5
**330**   37:21
**341**   1:19

**3rd**   20:21 36:18

### 4

**4th**   11:3

### 5

**5**   7:17 9:20
**500,000**   30:10
**5000**   17:10
**510**   10:19
**53**   1:7

### 6

**600,000**   30:19

### 7

**7**   10:18
**73**   26:6,10,16,19
35:12,13
**7500**   25:12

### 8

**8**   6:9,11 10:5,14
10:16
**80**   26:18
**81**   5:5

### 9

**90**   15:14,21 21:5
32:16
**92**   11:2
**95**   6:1 7:17 9:20
**99**   6:1 26:19

### a

**aback**   29:23
**able**   8:5
**absolutely**   4:3 9:7
21:7
**account**   15:9 33:4
33:5,8,19
**accountant**   31:17
**accounts**   18:9
**accurate**   37:4
**act**   8:3,9,12,23 9:1
9:10 22:4

**acting**   22:14
**actions**   13:21,23
**actual**   23:8 34:17
**actuality**   34:19
**actualized**   16:20
**addition**   20:1
**additional**   36:14
**address**   3:13
**addressing**   18:7
**adjudicate**   19:16
**adjudicated**   14:13
**administered**   2:4
**admonition**   21:12
**advisors**   24:12
**affairs**   11:1,4,14
11:19 12:7 16:16
17:2,21 20:24
21:17
**affiliate**   26:9,16
26:22
**affiliates**   26:7
**affiliation**   26:21
31:22
**affirm**   2:10,12
**agent**   35:23
**aggregate**   25:16
**aging**   15:9
**agreement**   9:2,4
24:13,16 25:1,25
**agreements**   8:11
22:17 34:24
**akin**   23:4
**al**   2:4
**alan**   30:16
**allocated**   29:15
**allow**   2:19
**altogether**   3:17
**amend**   7:14 9:22
27:4,22,22,25
**amended**   7:22
**amendments**   4:15
4:17

**amount**   30:18
**answer**   2:21 15:1
15:1 17:3,16,16
18:12 24:15 30:13
32:12 33:24,25
**answered**   18:13
**anybody**   36:7
**anyway**   25:11
**apologize**   9:12
17:15
**appear**   4:1
**appearances**   3:7
25:15
**appoint**   8:14 9:1
**approved**   8:6
**arduous**   17:13
**argument's**   17:4
**arrangement**   25:6
25:8,9 29:20 30:3
31:6,11 33:20
36:8
**arrears**   13:10
**aside**   36:5
**asked**   7:12
**asking**   2:20,24
3:25 23:20
**asserts**   35:17
**assess**   28:3,10
**assets**   16:5
**assume**   30:20
35:2
**attachment**   15:12
**attention**   5:5 7:24
**attorney**   2:6
31:17
**attorneys**   3:9
**authority**   4:1 5:8
8:12,25 9:17 23:1
24:24
**authorized**   8:9,23
9:10 22:9
**authorizes**   21:24

**authorizing** 8:3
22:6
**avenue** 3:14
**aware** 29:2 36:6

**b**

**b** 1:23
**back** 10:14 13:11
13:23 14:22 17:18
27:5 32:18,21
33:8,17
**backed** 16:20
**backenroth** 3:8
**background** 12:9
**bag** 16:24
**balance** 6:2
**balances** 13:1
**bank** 14:15,16
18:9 19:24
**bankruptcy** 1:1
1:12 8:6 12:5
13:15,18,25 14:12
14:13,25 22:2,5
22:18 23:3,4
24:20,21 32:8
34:5 35:14
**based** 13:4
**baseless** 13:22
**basis** 18:23
**behalf** 3:11 4:1
8:3,6,9,12,23 9:10
9:18 22:4
**believe** 4:23 5:13
5:25 7:16 8:4 9:20
9:23 10:24 13:22
14:11 18:16 19:17
31:12,24 32:16
36:9
**benefit** 31:16
**benefits** 31:13
**best** 2:25 3:21
16:7 19:4
**better** 14:24,24

**bill** 33:2,6
**bills** 13:2 14:2
**binder** 28:14
**bit** 16:9 18:6,14
18:25 20:5,13
23:2 29:22
**blank** 12:7
**bonuses** 18:1
**books** 18:18
**bottle** 23:13
**bought** 14:9
**bound** 7:19
**bowling** 20:22
**boxes** 12:6,6
**bring** 13:1
**broad** 23:2
**brooklyn** 3:11,14
21:21
**brought** 6:12
14:19
**build** 17:12
**building** 12:16,18
17:14 33:1,2,3,5,8
33:10,23
**buildings** 12:13
12:13,14,14,15,15
12:18 13:5 17:14
33:2
**built** 20:11
**business** 3:13 13:4
29:8
**businesses** 12:10
16:5
**buttoned** 27:21
**buy** 17:7
**buyer** 13:21
**buys** 29:9

**c**

**c** 2:1 5:15,16 37:1
37:1
**capacity** 9:1
**capital** 35:17

**care** 25:10
**case** 1:3 2:5 8:6
13:19 17:14 18:24
19:1,7 26:5 35:13
**cases** 2:4 4:12
19:3,21 20:1 26:6
**categories** 15:7
**categorizing**
33:15
**cent** 19:10
**cents** 19:18
**certain** 21:24 31:1
31:13
**certainty** 17:3
**certifications**
15:22 21:5
**certified** 37:3
**cetera** 25:15,15
**chance** 4:5,8
**changing** 18:9
**chapter** 19:21
20:2
**chaskiel** 5:15 7:10
7:17,24 10:19
**check** 11:11 12:6
13:12 17:5 33:4
**checked** 12:6 13:8
**checking** 10:3
**checklist** 15:22
**checklists** 21:5
**checks** 13:1 15:6
15:14,17,20 17:3
21:4
**claim** 14:22 19:16
19:17,18 32:5
35:17
**claimed** 14:9
**claims** 14:13 29:1
29:5
**clarify** 24:7
**clarifying** 22:15
**clear** 2:21 24:22

**client** 21:13 34:6
**client's** 34:11,11
**cny** 10:15,18
**code** 34:5
**collection** 18:17
**come** 14:13 33:7
**comes** 33:10
**coming** 14:1
**commercial** 12:19
**common** 32:2,25
**companies** 8:3
12:25 18:8 27:15
**company** 3:20
18:21
**compilations**
11:23
**comply** 19:22
**concept** 28:15
**concerning** 21:17
**connection** 26:9
26:23 34:2
**connections** 21:25
**consider** 32:11
**consisting** 12:13
**consolidated**
12:11
**construction**
31:21
**consult** 3:3
**contained** 25:2,4
**continuation**
11:19 20:21
**continue** 36:17
**contract** 24:11
**contracts** 15:14
21:4
**control** 20:25
**controlling** 18:22
**convert** 20:17
**cook** 23:13
**copies** 4:11,13,18
15:6

[copy - exception]                                                                    Page 3

copy 8:15 9:5
copying 10:6
correct 4:10,13,18
 4:20 5:9 10:22
 11:5 19:10 21:15
 26:23 27:24 30:15
 31:3 34:25
corrected 9:16
corresponding
 19:24
counsel 3:2,3
country 37:21
course 8:17 29:8
court 1:1,12 13:23
 14:12 25:15
creditor 21:8 28:3
 32:1
creditors 1:19 2:3
 2:7 28:10,12
cro 23:5
cs 31:20
current 12:23
 18:3 19:9
cut 16:2

**d**

d 2:1,15
d&w 5:22 6:5 8:8
daniel 3:10 21:20
data 12:2 16:19
date 14:10 16:6
 18:16,16 20:21,25
 25:20 33:18 37:25
david 2:15 33:11
day 14:4 19:23
days 14:9 15:14
 15:21 21:5
deal 23:3
debt 19:9 23:7
debtor 1:9 3:9
 6:16 7:6 8:19,23
 9:10,25 10:19
 14:20,21 15:3,6
 15:11 21:17,17

22:20,22 23:1
24:12 25:6,17
26:6,10,17 29:1
35:5,6 36:8
debtor's 2:8 3:13
 4:11,19 12:9 19:6
 19:8 21:1 31:22
 34:10
debtors 3:9,16,19
 3:23 4:2 5:12,22
 6:5 11:2,3 13:15
 13:17 15:2 16:5
 16:22 17:25 18:3
 18:19 19:20 21:25
 25:2,20,22 31:1,2
 31:22 34:22 35:11
 35:18
declaration 34:1
declined 14:16
default 14:7,8,15
 14:16,18
delays 18:14
depending 18:17
depth 18:25
describe 12:9
described 30:4
 31:2,11 33:20
detail 36:11,12
details 24:17
development 26:7
 26:10,17
difference 25:10
different 12:25
 14:5 16:10 17:11
 18:8,24 22:13
 28:14 29:1
direct 5:4
disbursement
 33:11,12
disbursements
 15:14,21 17:16,17
 21:4 32:19 33:15

disclosed 16:16
 17:20 25:11
discrepancy 18:6
discussed 28:20
discussion 32:19
disgruntled 18:10
 18:11
dismiss 20:17
dismissed 14:21
distinct 31:10
distribution 32:22
district 1:2 31:5
dividends 18:1
docket 5:5
document 5:7,11
 6:8,11 7:19,21 8:4
 10:5 22:11 25:2,4
 25:7 27:21
documentation
 7:13 9:22 25:12
 27:4 28:5,6 29:7
 29:19,23,25
documents 4:6,9
 4:25 5:2 7:12,14
 8:2 15:5,7 16:9
 21:2,3 25:14
 27:16,24 28:2,9
 30:3 34:16 35:1
doing 24:21 27:5
drag 7:23
due 4:15 14:4
 19:22 20:1
dump 8:18
duties 24:4,6

**e**

e 1:23,23 2:1,1,16
 5:15 37:1
earlier 16:19
 27:20 28:21
easier 28:17
ecf 5:5
eight 12:13,16,17

either 6:1 17:5
 22:19
email 15:18
empire 26:6,10,16
 26:19 35:12,13
encapsulates
 36:13
entities 5:20 6:1
 16:10 17:11 22:13
 22:14,20,23 23:1
 23:8,24 24:12
 25:17 26:17,20
 29:1,11 35:5,6
 36:8
entitled 5:7
entitles 26:10
entity 8:12 24:3
 31:20 33:17
entry 7:12
equalize 28:7
 33:23
equity 5:19 7:1,9
 9:25 10:8 14:20
 19:18 22:15 26:25
 27:17 30:25
established 18:19
estate 5:23 6:5 8:8
 13:4 22:1,2,5,14
 24:9 25:13 33:1
estimation 12:1
et 2:4 25:15,15
evasive 36:4
evened 17:17
event 16:15
everybody 13:12
 17:24
exact 28:8
exactly 33:23
 34:23
exam 21:12
examine 21:16
exception 5:22

excess 19:10
excuse 29:9
execute 8:2
executed 8:5,10
executory 15:13
  21:4
exhibit 4:5
exit 34:11
explain 32:24
explained 17:13
  20:3

**f**

f 1:23 37:1
fact 14:16,18
  31:23 32:7 34:3
factions 18:25
factual 14:11
familiar 5:14
family 12:13,14
  12:14,15,15,16
far 16:13 18:15
fashion 14:3
federal 14:19
fee 25:5,8,9
feel 10:21 21:16
fees 18:1 20:1
  24:21
fiduciary 24:4,6,8
file 5:8 10:12 12:1
  13:17 14:16 16:21
  18:23 19:10,20
  20:17
filed 4:14,20 9:25
  10:4,5 11:2,4,7,8
  11:12 12:7 13:15
  13:21,25 14:8
  15:10 16:17 20:24
  26:5
filing 4:16 11:22
  12:5 14:25 16:23
  18:1 19:3 21:1
  25:14

filings 25:12
finalized 12:2
finally 3:1
financial 11:1,4
  11:14,18 12:7
  16:8,16 17:2,21
  20:23 21:17
financing 8:13
  33:20 34:12
find 35:19
fine 3:4 20:7
finish 2:20 26:13
  30:2 31:8
first 14:10 15:10
  17:6 20:4
five 12:15
fixing 33:9
fliman 3:10,10
  21:10,15,18,20,20
  22:3,6,10,19,22
  22:25 23:8,11,15
  23:20,23 24:1,3,6
  24:8,11,15,22
  25:1,5,8,16,19,23
  25:25 26:4,9,13
  26:15,22,25 27:7
  27:10,12,16,23
  28:2,9,13,18,23
  28:25 29:4,19,24
  30:2,7,10,13,16
  30:19,22,24 31:5
  31:8,10,20 32:6
  32:11,14,23 33:13
  33:18 34:1,8,21
  34:24 35:4,7,10
  35:16,21 36:1,5
  36:16
floor 20:22
following 19:23
foreclosure 13:21
foregoing 37:3
formed 3:20

former 14:19
forth 13:23
four 5:25 12:14
  12:18,25 14:9
frankel 3:8,8,8
  10:3,11,13 11:16
  12:3 15:16,19,23
  19:11,13 24:16
  35:23
free 21:16
front 28:18 34:9
  34:15
full 2:14
fully 27:20
fund 24:19

**g**

g 2:1,15
g&c 8:3,8,22 9:10
gain 20:9
gc 22:7,8,8,9,19
  23:9,14,23 24:3,9
  24:11 26:1 27:10
general 22:12
  29:8
getting 11:7 20:12
  29:23
give 9:21 29:10
given 10:4 14:11
  14:12,15 17:5,6
  32:17
gives 8:11
giving 21:1 22:12
  31:14 32:12
go 5:2 6:23 11:17
  11:18 15:16 20:23
  36:11
going 7:13,20
  9:15 10:14 11:24
  13:23 15:23 16:8
  16:25 17:1 18:22
  19:15 20:4 27:22
  28:7 32:8 33:15
  33:21 36:15

goldwasser 2:12
  2:15,15,17 3:5,12
  3:14,18,21,24 4:3
  4:8,13,20,23 5:2,6
  5:10,13,17,19,25
  6:7,10,12,16,19
  6:22,25 7:2,5,8,10
  7:16 8:1,4,10,17
  8:21,24 9:3,7,11
  9:13,15,20 10:1
  10:10,16,21,24
  11:6,11,13,20,23
  12:8,11 13:7,16
  13:19 15:4,12
  16:2,7,18,24
  17:22 18:2,5,20
  19:4,8,12,15 20:3
  20:9,15,19 21:7
  21:22 22:1,4,8,12
  22:21,24 23:2,10
  23:13,18,22,25
  24:2,5,7,10,13,19
  24:25 25:4,7,9,18
  25:21,24 26:2,8
  26:11,14,18,24
  27:2,9,11,14,19
  27:25 28:5,11,17
  28:22,24 29:3,6
  29:21 30:1,5,8,12
  30:15,18,20,23
  31:4,7,9,12,23
  32:10,13,15,25
  33:11,14,21 34:7
  34:13,23,25 35:6
  35:9,12,19,22,24
  36:3,9,19
goshal 28:20
governance 21:2
granted 13:24
  23:1
great 36:17
green 20:22

**guarantee** 13:11
16:12
**guidelines** 19:22
**guttman** 30:22
**guttmann** 36:6
**guy** 14:17

**h**

**h** 5:15,16
**hand** 2:9
**happen** 14:6
30:16 35:18
**happens** 12:4
**harder** 20:13
**harmed** 14:10
**hart** 5:24 7:7 9:14
**head** 2:22 23:13
**help** 34:8
**helpful** 28:14
**higher** 31:13
**hmm** 5:6 15:13
26:8 27:11 30:12
32:10
**holder** 14:21
**holders** 7:1,9 9:25
27:1,17
**hopefully** 20:24
**hundred** 5:21
7:25 9:19 10:23
10:24 19:10,13,18
**hyde** 37:3,8

**i**

**identify** 21:19
**immediate** 13:21
**important** 10:21
**improper** 13:22
**inadvertently**
11:7
**included** 28:4
**including** 21:3
**income** 17:8,10
**incorrect** 16:21
**indemnify** 26:1

**indicated** 26:5
**indiscernible** 8:16
9:7 10:10,11,17
13:8 15:11 20:4
22:9 30:11 35:13
35:19
**individual** 18:21
**individually** 22:7
**information** 4:16
11:8,8,15 14:12
20:12 27:2,8,13
27:18,19
**initial** 15:3
**innocuous** 14:8
**insider** 17:5 32:5
**insiders** 16:23
17:1 32:8,11,20
**instance** 14:4
**instructions** 2:18
3:4
**instrument** 22:10
**instruments** 21:23
**insurance** 15:5
**intend** 11:17
**intending** 34:19
**intent** 34:17
**intention** 34:10
**interaction** 35:5
**interactions** 35:7
35:10
**interest** 7:4
**interpose** 21:12
**interposed** 7:18
**intervening** 20:25
**interview** 15:3
**invest** 29:16
**issue** 14:18
**issues** 8:13
**it'll** 12:3 20:6
25:10,10

**j**

**jacobowitz** 7:11
**jointly** 2:4
**joshua** 7:2 9:9
28:20
**july** 1:16 2:2
37:25
**jump** 2:20

**k**

**k** 5:15
**kept** 18:20
**kingston** 11:3
**know** 6:17 10:7
15:24 17:10 19:15
23:7 25:8,9 29:24
30:2,7,17,18
31:16,20,23 33:22
35:16,18 36:2
**knowledge** 3:21
13:16 16:7 18:2
19:4 26:1,23
**krinsky** 3:9

**l**

**l** 2:15 5:15,15
**laid** 17:1
**language** 26:3
**larger** 31:19
**late** 14:6
**lavan** 3:11 21:21
**law** 3:20
**lawsuit** 14:19
**lawyer** 24:10
**lead** 2:5 3:13
**leave** 6:21
**ledanski** 37:3,8
**legal** 12:12 23:6
37:20
**legislation** 12:24
**lend** 32:18
**lender** 3:11 21:21
**lenders** 14:22

**lent** 17:6 33:9,17
**liabilities** 19:3
**liability** 3:20
**likes** 10:21
**limited** 3:19
**list** 9:24 15:8,17
15:20 22:13 26:25
27:17 30:25 32:4
32:9 34:15 36:10
36:14
**listed** 6:11,13 7:1
7:9,10 10:19
31:15,18,21 32:4
32:5 33:25 36:13
**lists** 15:14 28:3
**little** 15:16 16:9
17:13 18:6,14,25
20:5,12 23:2
29:22 36:11
**llc** 1:7 2:4 5:23,23
5:24 6:6 7:7,24
9:8,14,24 26:7,10
31:3
**loan** 29:11
**loans** 13:20 16:25
34:11,11,14,14
**look** 8:18 31:14
36:3
**looking** 10:8
30:24 34:16
**looks** 17:11 33:11
**lorimer** 5:23 6:24
9:8

**m**

**m** 13:11
**machine** 2:21
**mail** 18:12
**majority** 26:20
**making** 16:19
20:11 36:10
**manage** 8:14
**managed** 12:24

**management**
  12:25 18:8,21
  22:12 24:19 27:15
  35:25
**manager** 9:1
  22:14,21,22 23:5
  23:7,8 25:13
**managing** 8:11,25
  9:16,17 35:23
**manufactured**
  14:14
**mark** 3:8 10:2
  11:25 19:10
**marked** 4:5
**market** 17:8
**matter** 1:5 17:17
  20:10
**matured** 34:14
**mean** 31:25 32:3
**meant** 10:7
**meeting** 1:19 2:3
  2:7 36:18
**meeting's** 2:19
**member** 3:22 5:19
  5:22 6:2,3,14 7:25
  8:12,25 9:17,19
  22:15 31:3,18,19
**members** 9:9
**mention** 4:14
**mentioned** 7:6
**merit** 13:22
**meserole** 5:23
  6:20,24 8:19 9:8
**messing** 14:2
**met** 6:19 20:18
**million** 17:9 29:1
**mine** 26:21
**mineola** 37:23
**mis** 7:11
**mistake** 7:19
**mixed** 12:17,18
  16:24

**mm** 5:6 15:13
  26:8 27:11 30:12
  32:10
**moment** 4:2,18
  17:3
**money** 17:18
  29:10,14,14 31:25
  32:3,18 33:7,8,10
**monies** 29:16
  32:21 33:16
**month** 19:23,23
  20:6 25:13
**monthly** 15:10
  18:23
**mortgage** 13:2
  14:9,10 19:9
**mortgages** 14:3,7
  19:16
**moses** 30:22
**motion** 13:24
  20:17
**multifamily** 12:17

**n**

**n** 2:1 37:1
**nachman** 7:11
**nakano** 1:24 2:2,5
  2:13,17 3:6,12,16
  3:19,22,25 4:4,10
  4:17,21,25 5:4,7
  5:11,14,18,21 6:4
  6:8,11,15,17,20
  6:23 7:1,3,6,9,15
  7:23 8:2,7,15,19
  8:22 9:2,5,8,12,14
  9:19,23 10:12,14
  10:18,23 11:1,10
  11:12,17,21 12:8
  13:5,14,17 15:2,5
  15:13,17,20,25
  16:4,15,22 17:20
  17:25 18:3,18
  19:2,6,19 20:8,14
  20:16,20 21:8,11

**21**:16,19 36:17,20
**name** 2:5,14,14
**named** 5:15
**names** 7:18
**narrative** 17:12
**nature** 12:9 14:17
  14:23 29:4 35:16
**necessarily** 34:3
**necessary** 2:23
**need** 29:22 34:3
**needs** 3:3 33:2
**new** 1:2 3:15,20
  19:9
**nod** 2:22
**nostrand** 3:14
**notation** 23:17
**note** 10:2
**notebook** 4:4,6,9
**number** 2:5 5:5,5
  6:8 10:20
**numbers** 36:1
**ny** 1:14 37:23

**o** 1:23 2:1,15 5:15
  37:1
**oberlander** 30:11
  36:6
**obligations** 18:4
**obtained** 21:13
**obviously** 24:17
  36:14
**office** 2:6 15:3
  18:22 20:16,22
  21:2 27:6
**officer** 22:20 23:6
**officially** 11:24
**offset** 33:16
**oh** 5:6 9:12 10:7,8
  26:14 35:16
**okay** 3:25 4:17
  5:6,21 6:4,15,20
  7:3,15 8:15 9:5,23
  10:1,3 11:17 12:8

**13**:14 15:2,20,25
  16:4,22 17:25
  18:18 20:8 22:3
  22:25 23:20 24:11
  24:22,25 25:5
  27:12,23 28:2
  30:24 32:25 33:3
  33:13 34:9 35:16
  36:5,16
**old** 37:21
**ones** 4:20 12:4
  15:24 33:16
**op** 19:19
**opaque** 17:15
**operate** 33:10
**operating** 8:11
  9:2,3 15:10 18:23
  19:21,25 22:17
**operation** 14:2
**opposed** 22:15
**option** 34:13
**order** 13:2 14:1
  14:23,24 21:14
  29:16 35:1,14,14
**organizer** 3:22
**originals** 4:21,23
**overall** 8:18
**overseeing** 18:22
**oversight** 10:2,22
  23:19
**owe** 24:3,6
**owed** 29:14 30:11
  31:25 32:3 33:19
**owners** 31:22
**ownership** 32:2
**owns** 26:12,18,19
  26:19

**p**

**p** 2:1
**p.m.** 2:3 20:21
**paid** 14:2,3 17:25
  18:13 19:3 25:19
  25:23 33:17

[paperwork - references]                                                            Page 7

**paperwork** 25:14
**part** 8:17 17:1
  19:13 22:16,16
  24:13 29:22 31:2
  31:12 33:21,22
**partner** 29:17,18
**partners** 29:10
**partnership** 36:7
**passed** 12:24
**pay** 13:2,2 19:9,13
  19:17 33:2,5 34:6
  34:17,19
**paying** 13:12
  14:17 18:15
**payment** 14:7
**payments** 16:23
  18:7 32:7
**pays** 14:6
**penalty** 27:23
  34:6
**percent** 5:21 6:1,2
  6:2,14 7:5,17,25
  9:19 10:19,23,24
  19:14 26:18,19
  31:18 32:16
**percentage** 7:3
  31:13
**perfect** 13:14
**perfectly** 3:3
**period** 19:25
  20:25
**perjury** 27:24
  28:1
**personally** 6:18
**persons** 16:6
**perspective** 12:23
**petition** 4:11 16:6
  18:4,18 19:2
  25:20,22 33:18
**petitions** 4:14,19
  4:22,24 5:8 12:5
  23:15,17 26:5

**phone** 20:4
**place** 13:25
**plains** 1:14
**plan** 19:10,14
  35:14
**please** 2:9,13 10:2
  10:12 21:16
**plumber** 33:5
**plumbing** 33:3,9
**pm** 1:17
**pocket** 14:24
**point** 32:6,23
**possession** 15:6
**possibility** 34:4
**possibly** 14:1
**post** 4:15 18:4,18
**powers** 21:24
**pre** 19:2
**preamble** 13:19
**precluded** 14:25
**predatory** 14:22
  14:23
**predicated** 14:18
**predicating** 20:9
**preference** 34:19
**preferred** 29:12
**preparation** 7:19
**prepare** 35:1
**prepared** 25:12
  26:25 27:3 35:3
**preparing** 25:13
  25:14 27:17
**prepetition** 15:15
  15:21 21:5
**president** 23:11
  23:16,23 24:1
**presiding** 2:7
**prevailing** 14:14
**principal** 6:16
**principals** 14:20
**prior** 13:24 16:6
  16:23 18:1 25:19
  25:22 32:7 35:4,8

  35:11
**private** 13:21
**probably** 12:3
**proceedings** 37:4
**process** 8:14
  14:11 18:9 20:7
  28:7
**processes** 20:11
**produce** 24:16
**production** 8:18
**profit** 29:9,17
  31:5,10 36:7
**project** 35:15
**prompted** 13:17
  20:17
**pronounce** 28:23
**proper** 12:12
**properly** 7:21
  33:24 36:13
**properties** 12:21
  12:22 13:4,20
  14:5 29:9,15,17
  35:21
**provide** 7:21 8:5
  9:22 27:5,7,12
  36:15
**provided** 15:6,8
  27:2 28:6
**providing** 21:1
**purports** 19:17
**purposes** 24:20
  32:2 33:9
**pursuant** 9:2,3
**put** 13:25 28:18
  29:10 32:8,18,21
  34:9
**putting** 17:18

**q**

**quality** 18:22
**quarropas** 1:13
**quarterly** 20:1
**question** 2:20,24
  16:24 24:7 33:24

  36:5
**questions** 3:2 4:1
  17:23 18:13 21:9
  21:10,22

**r**

**r** 1:23 2:1,16 5:15
  37:1
**raise** 2:9 15:25
**range** 35:3
**rate** 34:6
**rdd** 2:5
**read** 4:25 5:3
**real** 5:23 6:5 8:8
  13:3 32:25
**really** 14:21 17:10
  33:12
**realty** 8:3,8,23
  9:10 22:7,8,9,9,19
  23:9,14,23 24:3,9
  24:12 26:1 27:10
**reason** 18:11
  23:20
**recall** 11:7 34:8,9
**receipt** 30:6
**receivable** 15:9
**receive** 29:11
**received** 25:22
**receiver** 13:24,24
  13:25 14:1
**receiving** 18:15
**record** 2:21 9:21
  13:11 16:12 21:20
  37:4
**recorded** 2:19
**records** 18:19
**refer** 30:10
**reference** 6:5
  21:23 34:5
**referenced** 28:11
  32:6
**references** 28:19
  34:3

reflect 29:20
reflecting 29:25
  30:3
regarding 5:8
reimbursement
  33:12
reinstate 34:4,10
  34:18
related 26:6 35:13
relationship
  26:16,16
relied 27:19
rely 27:17
remaining 11:3
remember 24:17
remind 19:20
rent 12:21,22
  15:11,11 18:13
  21:3
rental 13:4
repaid 16:25
repay 34:11
rephrase 2:24
replaced 11:14
  17:5
report 15:10
report's 20:4
reported 19:24
reports 13:10
  18:24 19:21,25
  25:14
representative
  2:8
representing
  21:21
request 3:1
requested 15:8
  21:2 29:21 30:5
required 19:20
requirements
  20:2,18
research 4:15
  16:13

residential 12:19
resolution 10:6
  24:23
respace 30:14
respect 5:12 8:7
  9:23
respond 2:23 3:2
response 2:22
rest 6:23
restructuring
  23:6,7 24:20
retained 34:21
  35:11
return 29:12,12
returns 36:12
revenue 13:2
review 4:6,8 7:12
  27:16 28:2,9
  29:19
reviewed 28:5
reviewing 11:25
  16:19 27:4,20
revised 15:23
right 2:9 3:12
  6:17 7:23 8:19
  10:14 12:8 16:4
  17:20,23 19:15,19
  20:14,20 21:6,11
  21:25 23:12 27:24
  28:18 30:8 32:9
  34:10
riser 33:3
risers 33:9
road 37:21
rogers 9:24
rolls 15:11,11
  21:3
round 36:1
running 22:17
  23:3

s

s 2:1,15,16 5:15
  5:15
sake 17:18
sakes 17:4
sale 13:20
satisfied 13:3
saying 13:11 17:8
  29:22 32:1 33:14
  34:25
schedule 36:2
schedules 4:11,19
  4:22 15:13 21:3
  27:1 28:4,20
  30:10 31:21 34:2
scope 22:25 23:3
section 34:5
secured 9:25
security 10:8
  27:17
securityholders
  31:1
see 2:19 9:24 10:3
  11:10,11 13:12
  16:11 24:17
seeing 36:1
seen 32:15 36:9
self 25:2,4
sell 17:7
send 15:23
sent 15:18
separate 25:1
separation 13:1
september 20:21
  36:18
serene 1:24 2:5
services 24:19
set 20:21 25:11
shake 2:22
share 29:10,18
sharing 31:6,11
  36:7

short 15:1
shorted 17:9
show 10:7 23:16
  26:4
showing 6:8 8:5
shown 16:13
sides 17:23 34:14
sign 4:21 5:8,11
  8:6 9:17
signature 22:9
signed 4:23 5:1,3
  21:23 23:15,16
silver 35:17
similar 17:7 23:4
  29:12 30:13,23,24
sir 2:8 3:16 4:4,10
  5:4,14 7:23 16:4
  16:22 19:2
six 12:13,14,15
size 18:24
slower 15:16
small 8:18
smattering 13:7
software 12:5
solemnly 2:9
solutions 37:20
somebody 8:14
  9:1 14:6,9
sonya 37:3,8
sorry 5:6 9:4 10:8
  12:19 15:17 24:5
  24:22 25:18 26:14
  28:23,25 29:14
  31:8
south 11:2
southern 1:2
special 18:1
specific 28:12
  29:11,15 31:16
  34:5,15,16,18
spell 2:14
spring 5:23 6:5
  8:8 35:17

stabilized  12:22
staff  27:9,10
stanhope  1:7 2:4
started  2:18
state  2:13 13:23
  16:25
stated  16:18 27:20
statement  5:7
  9:22 14:19,19
  16:16 17:2,8,21
statements  11:1,4
  11:14,18,22 12:7
  19:24 20:23
states  1:1,12
stein  30:16
stock  17:8
stocks  17:7
stop  14:1
strategy  19:6,8
street  1:13
stroock  3:10,10
  21:21,21
strulovitch  5:15
  5:18 6:12 7:11,18
  7:24,25 8:10,25
  9:9,16 10:19
  21:24 25:24 26:11
  26:11,18 27:14,18
  29:9,16 32:13,16
  33:19 35:8,11
submitted  34:2
sudden  17:9
suite  37:22
sure  6:7,22 13:3
  16:20 20:11 21:18
  23:22 24:8 26:3
  27:21 28:7,13
  31:9 33:16 34:7
  35:1,22,24 36:10
  36:12
surplus  33:7
swear  2:8,10

swore  27:23

          t

t  5:15,16 37:1,1
tab  5:5 6:6,24 7:7
  8:8,22 9:8,12,24
  10:14,16,18
take  2:21 3:6 8:7
  19:19 33:8
takes  29:9
talking  31:15
  34:16
tasked  22:17
tax  31:16
taxation  31:13
technical  14:8,17
tell  2:10 24:10
  30:6
tenant  13:9
tenants  12:22
  18:10
term  12:12,16
  23:6
testifying  4:6
testimony  9:21
text  36:11
thank  2:13 21:18
  36:19,20
that'd  28:13
theory  31:14,15
thing  10:9
things  14:5,23
  27:3
think  10:5 11:2,6
  11:21 15:9,17,22
  18:6 25:21 28:13
  28:20 32:4 33:22
  34:2 35:2 36:13
third  7:6
threat  28:1
three  5:25 6:4
  12:14,14,15 28:19
  29:1

time  2:2,8 3:6
  13:13 14:17 16:11
  20:20,23 21:8
  29:22
timely  14:3
title  23:5
today  2:2 4:7
  11:18 13:9,9,12
today's  2:7
told  30:8
total  12:12,20,20
transaction  29:13
transcript  37:4
transferred  16:5
transfers  16:15
trees  16:3
true  4:10,13,18
  37:4
trustee  1:25 4:5
  15:22 19:22
trustee's  2:6
  20:22 27:6
truth  2:10,10,11
try  28:15 35:15
trying  17:12
  31:24 33:23 36:4
turn  34:3
two  11:2 12:4,13
  12:25 16:6 17:14
  20:2,18 35:2
type  7:11 29:11
  31:16
typical  18:25
  29:12

          u

u  5:15
u.s.  2:6 4:5 15:21
  19:22 20:22
understand  2:24
  3:4 20:2,16 21:13
  22:16 24:15 29:4
  29:7,8 31:18
  32:23

understanding
  14:14 18:5
understands
  17:24
undertaking  16:9
united  1:1,12
units  12:17,19,20
  13:5
unusual  18:24
unwieldy  20:5
use  12:18,18
  15:23
usual  16:10 17:13
  21:12

          v

v  5:15
vacancies  13:6,8,8
validity  28:3
value  12:23
vein  8:24
vendors  31:25
  32:3
verbally  2:23
verify  6:4 36:12
veritext  37:20
versus  19:17
  31:19
vests  24:23
vice  23:11,16,23
  24:1
victor  15:18

          w

w  2:15
wagshal  6:13,15
  7:2 8:20 9:9 28:22
  28:24,25,25 29:15
  30:14,25 36:6
want  7:21 9:21
  15:19 16:2,11,21
  17:22 27:3,4
wanted  18:12,13
wash  17:4 32:17

[washer - zeros]                                                    Page 10

| | |
|---|---|
| **washer**  23:13 | |
| **waterfront**  35:21 | |
|   35:24 | |
| **way**  14:12 17:23 | |
|   23:24 28:16 32:4 | |
|   34:6 | |
| **we've**  10:1 11:24 | |
|   16:13,19 21:2 | |
|   27:5 | |
| **week**  12:3 | |
| **weeks**  34:23 35:2 | |
| **went**  27:1 30:25 | |
| **whatnot**  14:6 | |
| **white**  1:14 | |
| **witness**  3:1,3 | |
| **work**  35:14 | |
| **working**  11:25 | |
|   20:5 35:12 | |
| **world**  14:25 | |
| **write**  15:19 33:4 | |
| **wrong**  10:8 | |

**x**

**x**  1:4,10

**y**

**yeah**  10:12,17,18
  11:12 12:4 21:20
  23:14,18 26:15,15
  32:10
**year**  16:23
**years**  16:6
**yep**  11:16
**york**  1:2 3:15,20

**z**

**zero**  17:12
**zeros**  32:20