**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov, Esq.
ivolkov@mcgrailbensinger.com
*Attorneys for Mr. Raphael Barouch Elkaim,*
*Mr. Binyomin Schonberg and Mr. Binyomin Halpern,*
*individually and as the managing members/authorized*
*agents of the limited liability companies identified on* **Exhibit A** *hereto*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>53 STANHOPE LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23013 (RDD)<br>(Jointly Administered)<br><br>**WITHDRAWAL OF APPEARANCE OF ILANA VOLKOV, ESQ.** |

**TO:**   Clerk, United States Bankruptcy Court

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws her appearance as counsel for *Mr. Raphael Barouch Elkaim, Mr. Binyomin Schonberg and Mr. Binyomin Halpern, individually and as the managing members/authorized agents of the limited liability companies identified on* **Exhibit A**.

DATED:   January 15, 2020

MCGRAIL & BENSINGER LLP
*Attorneys for Mr. Raphael Barouch Elkaim, Mr. Binyomin Schonberg and Mr. Binyomin Halpern, individually and as the managing members/authorized agents of the limited liability companies identified on* **Exhibit A** *hereto*

By: _____
Ilana Volkov

## EXHIBIT A

Bergen Operations LLC
Bushwick Operations LLC
1285 Bushwick Operations LLC
Kingston Operations LLC
Jefferson Operations LLC
369 Gates Operations LLC
853 Lexington Operations LLC
945 Park Place Operations LLC
1078 Dekalb Operations LLC
618 Lafayette Operations LLC
74 Van Buren Operations LLC
325 Franklin Operations LLC
348 St. Nicholas Operations LLC
760 Willoughby Operations LLC
Slope Equities Operations LLC
454 Central Avenue Operations LLC
855 Dekalb Avenue Operations LLC
Willoughby Estates Operations LLC
73 Empire Development Operations LLC
980 Atlantic Holdings Operations LLC
720 Livonia Operations LLC
8 Maple Avenue Operations LLC
1301 Putman Operations LLC

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of January, 2020, the foregoing Withdrawal of Appearance was served on all counsel of record by electronic filing.

MCGRAIL & BENSINGER LLP

By: _____
Pearl Shah, Esq.
888-C 8th Avenue #107
New York, New York 10019
Tel: (908) 801-6056
