| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | | HEARING DATE: February 12, 2021<br>HEARING TIME: 10:00 a.m. |

---------------------------------------------------------- x
                                                                       :    Chapter 11

In re:                                                     :
                                                        :    Case No. 18-23013 (RDD)

53 STANHOPE LLC,                     :

                            Debtor.         :
---------------------------------------------------------- x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court will have a status conference as requested by the Office of the United States Trustee before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the United States Bankruptcy Court, 300 Quarropas St, White Plains, NY 10601, on February 12, 2021 at 10:00 a.m.

Dated: New York, New York
         January 9, 2021

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

                    By:    /s/ Greg M. Zipes_____
                           Greg M. Zipes
                           Trial Attorney
                           201 Varick Street, Room 1006
                           New York, New York 10014
                           Tel. No. (212) 510-0500
                           Fax. No. (212) 668-2255