UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                                      Chapter 11

    53 STANHOPE LLC, *et al*,[1]                                  Case no.  19-23013 (RDD)
                                                                Jointly Administered

                    Debtors.
-----------------------------------------------------------x

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR ACCEPTANCES OR REJECTIONS OF PLAN AND FOR THE CONFIRMATION HEARING, COMBINED WITH NOTICE THEREOF**

        A Fourth Amended Disclosure Statement, dated April 19, 2021 (the "Disclosure Statement") under chapter 11 of the Bankruptcy Code having been filed by 53 Stanhope LLC, 325, Franklin LLC, 618 Lafayette LLC, 92 South 4th St LLC, 834 Metropolitan Avenue LLC, 1125-1133 Greene Ave LLC, APC Holding 1 LLC; Eighteen Homes LLC, and 1213 Jefferson LLC (each a Debtor and collectively the "Debtors") pertaining to the Fourth Amended Plan of Reorganization filed by the Debtors, dated April 19, 2021 (the "Plan"); and the Disclosure Statement and Plan having adequately addressed the Court's rulings, comments and questions at the duly noticed hearing on the Debtors' request for approval of a disclosure statement; and no additional notice or hearing being required with respect to such request; and, after due deliberation, the Court having been determined that the Disclosure Statement contains adequate information under 11 U.S.C. § 1125 and that the Debtors are entitled to solicit acceptances of the Plan as provided herein; and good and sufficient cause appearing, it is hereby:

        ORDERED, and NOTICE IS HEREBY GIVEN THAT:

    A.    The Disclosure Statement is approved pursuant to 11 U.S.C. § 1125.

    B.    **May 20, 2021 at 5:00 p.m. (EDT)** is fixed as the last day for submitting written acceptances or rejections to the Plan.  Therefore, to be counted ballots indicating acceptance or rejection of the Plan must be completed, signed, and returned to the address indicated on the ballot (Backenroth Frankel & Krinsky, LLP, at its offices located at 800 Third Avenue, New York, New York 10022) **so as to be received on or before May 20, 2021, at 5:00 p.m. (EDT)**.

---

[1] The debtors in these jointly administered chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC  Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer  LLC (8197); 106 Kingston  LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

        C.       Within 1 business day after entry of this order, the Plan, the Disclosure Statement, and, to those entitled to receive them, ballots conforming to Official Form 314 substantially in the form annexed hereto, shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee as provided in Fed. R. Bankr. P. 3017(d).

        D.       **May 20, 2021 at 5:00 p.m. (EDT)** is fixed as the last day for filing and serving written objections to confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1), which objections must be filed and served **so as to be received by such date and time** the Debtors' attorneys and the Clerk of Court, with a courtesy copy to the Court's chambers, 300 Quarropas Street, White Plains, NY 10601−5008. The Debtor may file and serve a reply on or before May 25 at 5:00 p.m. (EDT), with a courtesy copy to the Court's chambers.

        E.       **May 27, 2021, at 10:00 a.m. (EDT)**, or as soon thereafter as counsel may heard, is fixed for the hearing on confirmation of the Plan (the "Hearing"), to be conducted telephonically, before the Honorable Robert D. Drain, 300 Quarropas Street, White Plains, NY 10601−5008. Please go to the Court's website for information on the conduct of the hearing (instructions on appearing remotely).

        F.       This Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Dated: White Plains, New York
       April 20, 2021

                                                      */s/Robert D. Drain*
                                                      UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                            Chapter 11

    53 STANHOPE LLC, *et al*,[2]                    Case no.  19-23013 (RDD)
                                                   Jointly Administered
                         Debtors.
-----------------------------------------------------------x

## EQUITY CLASS 5 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION[3]

       53 Stanhope LLC, 325, Franklin LLC, 618 Lafayette LLC, 92 South 4th St LLC, 834 Metropolitan Avenue LLC, 1125-1133 Greene Ave LLC, APC Holding 1 LLC; Eighteen Homes LLC, and 1213 Jefferson LLC (each a "Debtor" and collectively the "Debtors") filed their Fourth Amended Plan of Reorganization dated April 19, 2021 (the "Plan"). The Court has approved the Debtors' Fourth Amended Disclosure Statement with respect to the Plan, dated April 19, 2021 (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Mark Frankel, Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022, (212) 593-1100.  Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

       You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your membership interest ("Interest") has been placed in Class 5 under the Plan. If you hold Interests in more than one Debtor, please vote your Interests in each Debtor in which you are entitled to vote.

       If your ballot is not completed, signed and received by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022 on or before **May 20, 2021 at 5:00 p.m. (EDT)**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

       If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

---

[2] The debtors in these jointly administered chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC  Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer  LLC (8197); 106 Kingston  LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

[3] Unless otherwise noted herein, all capitalized terms shall have meaning set forth in the Plan.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of Class 5 Interests in each Debtor indicated below in the percentage listed below votes to accept or reject the Plan as indicated below:

| Debtor | Case Number | Membership Percentage | Accept Plan | Reject Plan |
|---|---|---|---|---|
| 53 Stanhope LLC | 19-23013 |  | ☐ | ☐ |
| 92 South 4th St LLC | 19-23023 |  | ☐ | ☐ |
| 325 Franklin LLC | 19-23017 |  | ☐ | ☐ |
| 618 Lafayette LLC | 19-23018 |  | ☐ | ☐ |
| 834 Metropolitan Avenue LLC | 19-23024 |  | ☐ | ☐ |
| 1125-1133 Greene Ave LLC | 19-23025 |  | ☐ | ☐ |
| 1213 Jefferson LLC | 19-23031 |  | ☐ | ☐ |
| APC Holding 1 LLC | 19-23026 |  | ☐ | ☐ |
| Eighteen Homes LLC | 19-23030 |  | ☐ | ☐ |

Dated: _____

Print or type name of Interest holder: _____

Signature: _____

Title (if corporation or partnership) _____

Address:
_____
_____
_____

**For this ballot to be counted, you must complete, sign and return it so that it is received on or before May 17, 2021 at 5:00 p.m. (EDT) by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York 10022.**

2