UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *In re*<br><br>53 STANHOPE LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br>Case No.: 19-23013 (RDD)<br>(Jointly Administered) |

### NOTICE OF CONTINUANCE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY BROOKLYN LENDER LLC

**PLEASE TAKE NOTICE** that on March 11, 2021, Brooklyn Lender LLC ("Brooklyn Lender") filed the *Disclosure Statement for Chapter 11 Plan of Liquidation Proposed by Brooklyn Lender LLC* [Dkt. No. 204].

**PLEASE TAKE FURTHER NOTICE** that on April 11, 2021, Brooklyn Lender filed the *Disclosure Statement for First Amended Chapter 11 Plan of Liquidation Proposed by Brooklyn Lender LLC* [Dkt. No. 235] (as may be amended, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of an order finding, among other things, that the Disclosure Statement contains adequate information pursuant to 11 U.S.C. § 1125 (the "Hearing") occurred on April 12, 2021 at 10:00 a.m. before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D & W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

      **PLEASE TAKE FURTHER NOTICE** that, with the permission of the Bankruptcy Court, the Hearing has been continued to **April 28, 2021 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with General Order M-543 dated March 20, 2020, the Hearing may be conducted telephonically. Any parties wishing to participate in the Sale Hearing must make arrangements through Court Solutions LLC. General Order M-543 and instructions to register for Court Solutions LLC can be viewed at https://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19.

      **PLEASE TAKE FURTHER NOTICE that the Disclosure Statement Hearing may be adjourned from time to time without further notice to creditors, equity holders, or parties in interest other than by an announcement in the Bankruptcy Court of such adjournment on the date scheduled for the Disclosure Statement Hearing or as indicated in any notice of adjournment filed by the Debtors with the Bankruptcy Court.**

Dated: April 21, 2021
       New York, New York

                                          **KASOWITZ BENSON TORRES LLP**

                                  By:  */s/ Matthew B. Stein*
                                         Jennifer S. Recine
                                         David S. Rosner
                                         Matthew B. Stein
                                         1633 Broadway
                                         New York, New York 10019
                                         Telephone: (212) 506-1700
                                         Facsimile: (212) 506-1800

                                         *Attorneys for Brooklyn Lender LLC*