UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                    Chapter 11

    53 STANHOPE LLC, *et al*,[1]                       Case no. 19-23013 (RDD)
                                                         Jointly Administered

                      Debtors.
---------------------------------------------------------x

## **SUPPLEMANTAL CERTIFICATION OF CREDITOR ELECTIONS**[2]

Mark Frankel, being duly affirmed, deposes and says under penalty of perjury:

    1.    I am a member of the firm of Backenroth Frankel & Krinsky, LLP, attorneys for the above-captioned Debtors and I am submitting this supplemental certification of creditor elections with respect to the Fifth Amended Plan of Reorganization of 55 Stanhope LLC, 119 Rogers LLC, 127 Rogers LLC, C&YSW, LLC, Natzliach LLC, 106 Kingston LLC, and 167 Hart LLC.

    2.    New Class 4 Election Forms were received electing to continue to receive interests instead of Cash payment from: Waterfront Management LLC asserting a $90,000 Claim against 106 Kingston LLC, Allen Stein asserting a $600,000 Claim against 55 Stanhope LLC, Joshua Wagshal asserting a $360,155 Claim against C&YSW, LLC and a $238,982 Claim

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

[2] All terms not defined herein shall have the meaning set forth in the respective referenced Plan.

against Natzliach LLC, and CS Construction LLC asserting a $12,195 Claim against 119 Rogers LLC, $12,805 against 127 Rogers LLC and $30,000 against 167 Hart LLC.

Dated:  New York, New York
        October 18, 2021

                                      **BACKENROTH FRANKEL & KRINSKY, LLP**
                                      Attorneys for the Debtors

                            By:    s/Mark A. Frankel
                                   800 Third Avenue
                                   New York, New York 10022
                                   (212) 593-1100