UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re                                                                                   Chapter 11

    53 STANHOPE LLC, *et al*,[1]                              Case no. 19-23013 (RDD)

                                      Jointly Administered

                  Debtors.

------------------------------------------------------------x

## SECOND AMENDED NOTICE OF SALE

        PLEASE TAKE NOTICE, that in accordance with the Order approving the Joint Plan of Liquidation (the "Plan") of 53 Stanhope LLC, 325, Franklin LLC, 618 Lafayette LLC, 92 South 4th St LLC, 834 Metropolitan Avenue LLC, 1125-1133 Greene Ave LLC, APC Holding 1 LLC; Eighteen Homes LLC, and 1213 Jefferson LLC (each a "Debtor", and collectively, the "Debtors"), the Debtors have re-scheduled the auction ("Auction Sale") of the properties ("Real Property") listed below:

| Debtor | Property |
|---|---|
| 53 Stanhope LLC<br>325 Franklin LLC<br>(Joint Owners) | 53 Stanhope Street, Brooklyn, NY 11221<br>325 Franklin Ave, Brooklyn, NY 11238 |
| 618 Lafayette LLC | 618 Lafayette Avenue, Brooklyn, NY 11216 |
| Eighteen Homes LLC | 263 18th Street, Brooklyn, NY 11215 |
| 1213 Jefferson LLC | 1213 Jefferson Ave, Brooklyn, NY 11221 |
| 92 South 4th LLC<br>834 Metropolitan LLC<br>(Joint Owners) | 92 South 4th Street, Brooklyn, NY 11249<br>834 Metropolitan Ave, Brooklyn, NY 11211 |
| 1125-1131 Greene Avenue, LLC | 1125 Greene Ave, Brooklyn, NY 11221<br>1127 Greene Ave, Brooklyn, NY 11221<br>1129 Greene Ave, Brooklyn, NY 11221<br>1131 Greene Ave, Brooklyn, NY 11221<br>1133 Greene Ave, Brooklyn, NY 11221 |
| APC Holding 1 LLC | 568 Willoughby Avenue, Brooklyn, NY 11206 |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

**PLEASE TAKE FURTHER NOTICE,** that the Auction Sale will be conducted on **January 6, 2022 at 11:00 a.m.** virtually from the offices of Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, Floor 11, New York, New York 10022.

**PLEASE TAKE FURTHER NOTICE,** that the bidding procedures annexed to the Plan will govern the Auction Sale.

**PLEASE TAKE FURTHER NOTICE,** that the minimum opening aggregate bid is Seventeen Million Three Hundred Fifty Thousand ($17,350,000.00). There are no minimum opening bids for property-by-property bids.

**PLEASE TAKE FURTHER NOTICE,** that requests for information about the Real Property and the Auction Sale can be obtained by contacting Greg Corbin, Rosewood Realty Group, 212.359.9904, greg@rosewoodrg.com.

**PLEASE TAKE FURTHER NOTICE** that a hearing to confirm the results of the Auction will be conducted at a date and time to be announced.

Dated: New York, New York
December 29, 2021

                                                  BACKENROTH FRANKEL & KRINSKY, LLP
                                                Attorneys for Debtors

By:   s/Mark A. Frankel
        800 Third Avenue
        New York, New York 10022
        (212) 593-1100