## Exhibit C

**January 4, 2022 Email from Greg Corbin to Brooklyn Lender**

| | |
|---|---|
| **From:** | Greg Corbin |
| **To:** | David Aviram; Ted Martell; Jason Leibowitz; Jim Yetter; Jenna Goldman; Thomas Hooker; Elizabeth Zevallos |
| **Subject:** | Marketing report for Strulovitch Portfolio |
| **Date:** | Tuesday, January 4, 2022 7:20:06 PM |
| **Attachments:** | image001.png |
| | Marketing Report_13 Building Portfolio in Brooklyn.pdf |

Happy new year all.

I just spoke to FREO, they will allocate per property tomorrow. Jason, I'll call you in the morning to discuss numbers.

Please find our marketing report attached.

A few things to consider:

1. Not sure if you are aware, but there are illegal units who could stop paying rent if they chose in a few of the buildings (we know of 2 buildings, there might be more): 92 South 4th is a legal 3, and there are 4 tenants. 834 Metropolitan is a legal 2, and there are 3 tenants.

2. A full property condition report / SOW was done by KOW a few weeks ago, which determined there are a sizeable amount of issues which need to be addressed / cured, totaling between $850,000 to $1,200,000 (see excerpt in the attached).

3. If you take the properties back and subsequently sell, what can you expect? Even at $20,000,000 (a 4 and change cap on real numbers...I think you'll agree it's near impossible to get people in the high 3 cap range) the number is highly unlikely since the market has spoken and people have seen this for a year and are not willing to pay more. The properties have had MASSIVE exposure as you can see from the attached + being in The Real Deal 3 times and other news. Since last spring, the deal has been marketed on a dozen websites and social media platforms, email blasted multiple times, snail mailed, advertised in print, online, and banner ads...along with a robust ongoing phone campaign. Investors who had interest have already stepped forward, and most valued the portfolio in the $14.5M - $16.5M range, and we've spoken to hundreds upon hundreds of investors. Even if someone found an investor to pay the $20M, after transfer tax, brokerage fees, legal, misc (approx. 8% total) you're down to $18.4M. If you were to achieve $20M, you'd need to make the necessary repairs for approx. a million so you're <u>exactly back to where we are now, a net of $17,350,000</u>.

4. With predicted continued raising interest rates and inflation, most of the real estate industry believes cap rates will rise in tandem...thus our 4.5 cap is not going to a 4 cap, it's FAR more likely to go to a 5.5% cap or 6%+ cap.

5. Inefficient to manage and repair scattered 2 and 3 families

6. **FREO is paying approximately 25 – 30 % higher** for the Strulovitch Portfolio than the price of the other comparable portfolio on the market (where the market is trading). *See Attached pg. 34-36.* The other portfolio is slightly less expensive, has more units (and lower PPU), more SF (and lower PPSF), and higher NOI.

**COMPARABLE BROOKLYN PACKAGE:**

- 8 Building Package
- 52 Residential & 2 Commercial Units
- 44,940 Square Feet
- 6.13% Cap Rate (advertised)
- $398 / Sq. Ft.
- $321,000 / Unit
- $18,000,000 Gross
- **Advertised (broker) NOI: $1,103,427**

**STRULOVTICH :**

- 9 Building Package*
- 40 Residential & 1 Commercial Unit
- 34,483 Square Feet
- 4.8% Cap Rate (advertised)
- $530 / Sq. Ft.
- $445,000 / Unit
- $18,250,000 Gross
- **Advertised (broker) NOI: $880,849**

*We are marketing as 13, but it has been viewed by most as 9, and for comparison purposes

| STRULOVITCH | COMPARABLE BROOKLYN PACKAGE | Each metric better in comparison |
|---|---|---|
| 9 Building Package* | 8 Building Package | |
| 40 Residential & 1 Commercial Unit | 52 Residential & 2 Commercial Units | 32% more units |
| 34,483 Square Feet | 44,940 Square Feet | 31% more Sq. Ft. |
| 4.8% Cap Rate (advertised) | 6.13% Cap Rate (advertised) | 28% better cap rate return |
| $530 / Sq. Ft. | $398 / Sq. Ft. | 24% cheaper per Sq. Ft. |
| $445,000 / Unit | $321,000 / Unit | 28% cheaper per unit |
| $18,250,000 Gross | $18,000,000 Gross | Slightly less expensive |
| Advertised (broker) NOI: $880,849 | Advertised (broker) NOI: $1,103,427 | 25% higher NOI |

Happy to discuss anything in regard to this or the upcoming auction.

Greg

_____

**Greg Corbin**
**President, Bankruptcy and Restructuring**
Rosewood Realty Group
Direct: 212.359.9904
Cell: 917.406.0406
greg@rosewoodrg.com

**Investment Sales | Bankruptcy | Restructuring | Foreclosures | Stalled Construction | Note Sales**

*2021 Property IDX Broker of the Year*
*2021 Crain's Most Influential People in Real Estate*
*2020 Connect Media New York / Tri-State Top Broker*
*2020 CoStar PowerBroker*



# MARKETING REPORT:

## BANKRUPTCY SALE, 13 BUILDING PORTFOLIO, BROOKLYN NY



Greg Corbin
President, Bankruptcy and Restructuring

# EXECUTIVE SUMMARY

Rosewood Realty Group marketed the subject 13 buildings as individual properties, in bulk, and as a package through numerous mediums to a vast number of investors, bankruptcy attorneys and trustees, lenders, family offices, syndicators, institutional funds, and distressed asset investors both locally and nationally. We also worked with Rosewood's internal team of brokers, and outside commercial and residential brokerage firms. With direct emails, snail mail, social media, industry websites, co-brokers, and print & online advertisements, we estimate that we've reached **over 80,000 people in 2021.**

We:

- Created and sent multiple HTML email campaigns to 39,000 investors
- Sent emails to 2,540 bankruptcy and real estate attorneys, and trustees
- Launched multiple social media campaigns on LinkedIn, Instagram, Facebook, and Twitter
- Designed a 92-page offering memorandum to email to investors
- Snail mailed 1000 auction calendar brochures to investors and bankruptcy professionals; subject properties featured in calendar pages and 2-page spread
- Hired a 3rd party service to take aerial drone photos and create amenities maps
- Researched and featured important new developments in marketing materials
- Posted the listing to real estate websites: CoStar / Loopnet, Crexi, Brevitas, Crezma, Propertyshark / Commercial Café, Sonoture, and Apartmentbuildings.com
- Featured on the Rosewood Realty Group website
- Utilized our proprietary database to call and email Brooklyn-centric, greater New York, and nationwide investors
- Complied and utilized additional real time market data including new buyers and sellers of similar buildings, who we subsequently contacted
- Emailed the outside brokerage community, both residential and commercial, from our proprietary tri-state list of 26,250 brokers and sales agents
- Reached out to media and press and received coverage from multiple publications including The Real Deal
- Were featured as New York Real Estate Journal Property of the Month (paid advertorial)
- Ran banner ads in Pincus Media Co's newsletter
- Ran print and online ads in The Epoch Times

 CoStar™ |  LoopNet™ | Listing

Portfolio of 9 Assets For Sale 13 BUILDING BANKRUPTCY SALE PORTFOLIO
For Sale | Price Not Disclosed | Active



| | Days Since Last Update | Marketing Quality | Marketing Tools | Exposure Level |
|---|---|---|---|---|
| | Updated Today | Good | ☑ Leads | Silver |
| | **Edit Listing** | | ✉ Create Email Campaign | This listing appears on |
| | **Confirm up-to-date** | | 📄 Create Flyer | CoStar™ LoopNet™ |
| | | Want to improve? | 📊 Listing Performance | View on LoopNet |
| | | | | **Get More Exposure** |

VIEW SALE INFO ⌄    REMOVE LISTING



☰ Menu    👥 CoTour          LoopNet™          ⑦ Help    ✍ Share    🖨 Print    **Advertise**

## 13 BUILDING BANKRUPTCY SALE PORTFOLIO
### 9 Properties in Brooklyn, NY

Retail Properties / New York / Brooklyn / 13 BUILDING BANKRUPTCY SALE PORTFOLIO

☑ **Edit Listing** - edit details, photos, attachments, contacts, and more.          Updated today    **Confirm up-to-date**

Chaya Milworn

**Rosewood Realty Group**

### INVESTMENT HIGHLIGHTS

● Portfolio                                    ● Income Producing



For Sale › Multifamily › NY › Brooklyn › Bankruptcy Sale: 13 Building Portfolio in Brooklyn

## Property    Due Diligence

### Address

92 S 4th St, Brooklyn, NY 11249

Show on Map

| Date Added | Days on Market | Time Since Last Update |
|---|---|---|
| May 11, 2021 | 174 days | 31 days |

### Details

| Property Type | Multifamily | Subtype | Apartment Building |
|---|---|---|---|
| Investment Type | Value Add | Investment Sub Type | Income Producing |
| Square Footage | 33,900 | Occupancy | 95% |
| Units | 40 | Buildings | 13 |
| Stories | 3 | | |

### Marketing Description

Rosewood Realty Group is pleased to present a portfolio of walk-up apartment buildings in a few of Brooklyn's most transformed neighborhoods, including Williamsburg, Bedford-Stuyvesant, Bushwick & Greenwood Heights.

The portfolio consists of 13 buildings totaling 40 apartments and 1 commercial unit, spanning 34,483 SF, with over 19,000 SF of air rights. The properties benefit from some operating efficiencies that include but are not limited to free market rents & favorable tax classes that result in very strong operating ratios. They are located in desirable Brooklyn residential neighborhoods that are in strong demand and as such command high rental rates. Further, there is a bundle of five buildings within the portfolio that are contiguous, allowing for managerial efficiencies.

The North Brooklyn market has been experiencing population growth in recent years as development has continued and the work & play lifestyle has taken a foothold. There has been a spike in deliveries of office space in the market in recent years with more in the pipeline, resulting in growth in rental demand from such workers. When such a trend is coupled with the already dominant characteristics that have led to the market's prominence, the future trend remains positive

### Investment Highlights

- 13 Building Portfolio

---

**Bankruptcy Sale: 13 Building Portfolio in Brooklyn**
13 BUILDING PORTFOLIO | BROOKLYN

Download OM    Submit LOI

### Listing Contacts    Active

Greg Corbin PRO
License: NY 40CO1129253
Phone Number: Sign Up or Log In to see phone number
View my profile

ROSEWOOD

| Asking Price: | Unpriced |
|---|---|

Deal terms are not currently defined. Request your own specific terms when submitting a non-binding offer.

Learn more

---












## Property Information

**Address:** 92 South 4th Street, Brooklyn, NY, USA

**Residential units:** 40

**Commercial units:** 1

**Lot size (SF.):** 33,900

**Asking price:** $0

**Annual income:** -

**Annual expenses:** -

**CAP rate:** -

**NOI:** -

## Description

Rosewood Realty Group is pleased to present a portfolio of walk-up apartment buildings in a few of Brooklyn's most transformed neighborhoods, including Williamsburg, Bedford-Stuyvesant, Bushwick & Greenwood Heights.

## Listed by

**Name:** chaya Milworn

**Broker:** Rosewood Realty Group

**Office:** 38 East 29th Street, New York, NY, USA

**Phone:** 2123599936

Contact Person



**SONOTURE** | Listing

## 92 SOUTH 4 STREET

Elite Listing · Multifamily · Brooklyn · Williamsburg

| | Submit Best Offer | -% | 40 | Contact Agent |
|---|---|---|---|---|
| | Price | Cap Rate | Units | NOI |



| | |
|---|---|
| Status | Elite |
| Days on Market | 174 |
| Property Type | Multifamily |
| Neighborhood | Williamsburg |
| Property Dimensions | 23.0 x 45.0 |
| Property Area | 33,900 sq.ft. |
| Total Units: | 40 |
| Stories: | 3 |
| NOI | Contact Agent |
| Price | Submit Best Offer |
| Price Per Unit | - |
| Cap Rate | -% |

### Exclusive Agent

**Greg Corbin**
Rosewood Realty Group

Rosewood Realty Group is pleased to present a portfolio of walk-up apartment buildings in a few of Brooklyn's most transformed neighborhoods, including Williamsburg, Bedford-Stuyvesant, Bushwick & Greenwood Heights.

The portfolio consists of 13 buildings totaling 40 apartments and 1 commercial unit, spanning 34,483 SF, with over 19,000 SF of air rights. The properties benefit from some operating efficiencies that include but are not limited to free market rents & favorable tax classes that result in very strong operating ratios. They are located in desirable Brooklyn residential neighborhoods that are in strong demand and as such command high rental rates. Further, there is a bundle of five buildings within the portfolio that are contiguous, allowing for managerial efficiencies.

The North Brooklyn market has been experiencing population growth in recent years as development has continued and the work & play lifestyle has taken a foothold. There has been a spike in deliveries of office space in the market in recent years with more in the pipeline, resulting in growth in rental demand from such workers. When such a trend is coupled with the already dominant characteristics that have led to the market's prominence, the future trend remains positive

| |
|---|
| Greg Corbin |
| tcg@rosewoodrg.com |
| Phone |
| Please send me more information about 92 SOUTH 4 STREET. |
| **Contact Agent** |









## 13 Building Portfolio | Brooklyn
92 S 4th St, Brooklyn, NY 11249

For Sale
**Contact for pricing**

Property Type
**Multi-Family**

Property Size
**33,900 Sqft**

Units
**40**

Lot Size
**0.05 Acre**

Property Tenancy
**Multi-Tenant**


**ApartmentBuildings.com** | Listing



## 13 BUILDING PORTFOLIO | BROOKLYN



### PROPERTY DESCRIPTION

• 13 Building Portfolio • Williamsburg, Bed-Stuy, Bushwick, and Greenwood Hts. • 40 apartments and 1 commercial unit • 34,500 SF with 19,000 SF or air rights • Low taxes / favorable tax classes: 1 and 2A . Rosewood Realty Group is pleased to present a portfolio of walk-up apartment buildings in a few of Brooklyn's most transformed neighborhoods, including Williamsburg, Bedford-Stuyvesant, Bushwick & Greenwood Heights.The portfolio consists of 13 buildings totaling 40 apartments and 1 commercial unit, spanning 34,483 SF, with over 19,000 SF of air rights. The properties benefit from some operating efficiencies that include but are not limited to free market rents & favorable tax classes that result in very strong operating ratios. They are located in desirable Brooklyn residential neighborhoods that are in strong demand and as such command high rental rates. Further, there is a bundle of five buildings within the portfolio that are contiguous, allowing for managerial efficiencies.

## 92 South 4th street , Brooklyn, NY 11211

The North Brooklyn market has been experiencing population growth in recent years as development has continued and the work & play lifestyle has taken a foothold. There has been a spike in deliveries of office space in the market in recent years with more in the pipeline, resulting in growth in rental demand from such workers. When such a trend is coupled with the already dominant characteristics that have led to the market's prominence, the future trend remains positive

ROSEWOOD REALTY GROUP
Listing







### 13 Building Portfolio
Williamsburg, Bedford-Stuyvesant, Bushwick, & Greenwood Heights, Brooklyn, NY

 












## SCHEDULED BANKRUPTCY AND FORECLOSURE SALES

| DATE | ADDRESS | TYPE |
|------|---------|------|
| Jul 26th | 1414 & 1376 Utica Avenue, Brooklyn | Bankruptcy Sale |
| Jul 29th | 51-53 East 73rd Street, Manhattan | Bankruptcy Sale |
| Aug 2nd | 157 Beach 96th Street, Queens | Bankruptcy Sale |
| Aug 24th | 25-16 37th Street, LIC, Queens, | UCC Foreclosure |
| Aug 31st | 617 62nd Street, Brooklyn | UCC Foreclosure |
| Sept 1st | 4811, 5505 & 5507 5th Avenue, Brooklyn | Bankruptcy Sale |
| Sept 2nd | 1580 Nostrand Avenue, Brooklyn | UCC Foreclosure |
| Sept 9th | 23 Orchard Street, Montgomery, NJ | CA Sale |
| Sept 10th | 540 Concord Avenue, Bronx | UCC Foreclosure |
| Oct/Nov | 650 & 700 Plaza Drive, Secaucus, NJ | UCC Foreclosure |
| Oct/Nov | 1526 52nd Street, Brooklyn | Bankruptcy Sale |
| Oct/Nov | 286 Rider Avenue, Bronx | Bankruptcy Sale |
| Oct/Nov | 13 Building Portfolio, Brooklyn | Bankruptcy Sale |
| Oct/Nov | 49-55 Dupont Avenue, Brooklyn | Bankruptcy Sale |
| Oct/Nov | 27 Marker Place, Irvington, NY | Bankruptcy Sale | Recap | JV |
| Oct/Nov | 140 East 37th Street, Manhattan | Foreclosure Sale |
| Oct/Nov | 159 Broadway, Brooklyn | Bankruptcy Sale | Recap | JV |

*Rosewood Realty Group | 5*



## AUCTION CALENDAR

### JULY

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### AUGUST

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |

### SEPTEMBER

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

### OCTOBER/NOVEMBER



*Rosewood Realty Group | 7*

## 13 Building Portfolio
*Williamsburg, Bed-Stuy, Bushwick, & Greenwood Heights, Brooklyn, NY*

**BANKRUPTCY SALE: OCT/NOV**

### HIGHLIGHTS

- 13 Building Portfolio
- Can Be Sold Individually
- Prime Williamsburg, Bed-Stuy, Greenwood Hts., and Bushwick
- 40 apartments and 1 commercial unit
- 34,500 SF with 19,000 SF of air rights
- Low taxes / favorable tax classes: 1 and 2A

### ADDRESSES

- 92 South 4th Street
- 834 Metropolitan Avenue
- 1125-1133 Greene Avenue
- 53 Stanhope Street
- 1213 Jefferson Avenue
- 568 Willoughby Avenue
- 618 Lafayette Avenue
- 325 Franklin Avenue
- 263 18th Street











**紐約州政府**

## 紐約州「房東租金援助計畫」(LRAP) 已經開放申請 先到先得

**紐約州長曾近日宣布:**
提供 1.25 億美元的資金,幫助無法獲得紐約緊急租金援助計畫 (ERAP) 補助的房東。

房租金援助計畫採取先到先得。

- 優先考慮出租單位少於 20 個,在 10 月 7 日起 45 天內提出申請的房東。
- 房東最多可獲得 12 個月的積欠租金補助。
- 已申請租金援助計畫的房東,可通過現有帳戶完成申請。
網址 https://tinyurl.com/rvtevmac
詳細資訊可上網站 otda.ny.gov/lrap 查詢。

**LRAP 申請 條件**

1. 房東所出租物業的租金不得高於市場行情的 150%;
2. 必須是在 2020 年 3 月 1 日疫情爆發之後被積欠的租金,並提供相關紀錄;
3. 被積欠的租金是由於租戶拒絕申請紐約緊急租金援助計畫或因拖欠租金而撤離。



**房屋買賣**

### 皇后區3家庭房售
皇后區 Ridgewood 60-63 68th Ave,一棟老磚房 3 家庭房, 6臥3浴, 3層房, 售$1,245,000
電: Rosa 718-710 - 1967 (英文)

旺角物業管理公司需要大量房源,同時為廣大屋主提供物業管理.買賣一條龍服務
旺角地產杜先生 917-607-2902


**艾姆赫斯**
鬧中取靜 8年新四家庭, 獨立電梯
大街鄰 89.5萬 25年減免, 收入高開支少
近地鐵, 公園 馬路對面是公園 179萬9
24小時租車 近7號地鐵一站到J站紐約紐澤


**可樂娜公園**
自住投資首選


**Greg Corbin**
212-359-9904
greg@rosewoodrg.com

**Leah Chen**
646-642-5650
leahchen8888@gmail.com

## 抵債拍賣 FORECLOSURE SALE


拍賣時間 :10月21日

曼哈頓東 37 街 140 號
- Murray Hill 中心歷史悠久的 5 層建築
- 清空無租客
- 可為一家庭或多家庭
- 5,342 SF + 900 SF 地下室
- 鼓勵業可作為居住/政府和非營利組織/ 生活/工作 醫療設施/辦公室

**ROSEWOOD REALTY GROUP** 法拍屋大拍賣 **BANKRUPTCY SALES**


**617-639 62nd street**
布魯克林 UCC股權拍賣

- 20,000平方英尺
- 建地拍賣 :地下室可作為 18,000平方英尺的超市, 一樓可作為10,000平方英尺的零售商店 二樓可作為 10,000平方英尺的餐廳 '3 至5樓可作為28,000平方英尺的醫療辦公室。
- 40分鐘到達哈頓中央車站
- 緊鄰N和R地鐵線


拍賣時間 :9月
13棟布魯克林大樓打包出售
- Williamsburg、Bed-Stuy 、Bushwick 和 Greenwood Hts。
- 40 套自由市場公寓 + 1 套社區服務
- 34,500 SF '19,000 SF 空中權
- 低稅/優惠稅種 :1 和 2A


**1580 Nostrand Avenue,**
布魯克林 UCC股權拍賣

- 228,856平方英尺的商住混合用途開發項目
- 已完工建築有95個單位
- 分別為2 '3和4臥室
- 空地計畫建立115個單位
- 項目位於布魯克林展望公園
- 格局方正的格局並且前後都有大露臺
- 2條街到2和5地鐵站


**拍賣时间 :9月**
13棟布魯克林大樓打包出售
- Williamsburg、Bed-Stuy 、Bushwick 和 Greenwood Hts。
- 40 套自由市場公寓 + 1 套社區服務
- 34,500 SF '19,000 SF 空中權
- 低稅/優惠稅種 :1 和 2A


**ROSEWOOD REALTY GROUP** 法拍屋大拍 破產出售

### 紐約布魯克林 13 棟建築


* Williamsburg
* Bed-Stuy
* Bushwick
* Greenwood Hts

- 40套自由市場公寓 + 1套社區服務
- 34,500 SF, 19,000 SF 加蓋權
- 低稅/優惠稅種: 1 和 2A

拍賣時間 01/06

# THE CORBIN GROUP AT ROSEWOOD REALTY | Email Blast to 39,043 Investors



# THE CORBIN GROUP AT ROSEWOOD REALTY | Mass Email Blast to 39,043 Investors



**Rosewood Realty Group Exclusive Offering**

## BANKRUPTCY SALE

**13 BUILDING PORTFOLIO**
**Williamsburg | Bushwick | Bed-Stuy | Greenwood Hts.**
**Brooklyn, NY**

### COURT APPROVED BANKRUPTCY SALE

- 13 Building Portfolio
- Williamsburg, Bed-Stuy, Bushwick, and Greenwood Hts.
- 40 apartments and 1 commercial unit
- 34,500 SF with 19,000 SF or air rights
- Low taxes / favorable tax classes: 1 and 2A



**FOR THE FULL OFFERING MEMORANDUM OR FOR A COMPLIMENTARY PROPERTY EVALUATION PLEASE CONTACT:**

    

| William Tavoulareas | Aaron Jungreis | Greg Corbin | Chaya Milworn | Shaun Rose |
|---|---|---|---|---|
| Head Analyst | CEO | President, Bankruptcy and Restructuring | Senior Director | Director |
| Direct: 212.359.9923 | Direct: 212.359.9901 | Direct: 212.359.9936 | Direct: 212.359.9936 | Direct: 212.359.9926 |
| Cell: 561.212.5555 | Cell: 516.941.6900 | Cell: 917.406.0406 | Cell: 917.604.7458 | Cell: 917.523.7656 |
| william@rosewoodrg.com | aaron@rosewoodrg.com | greg@rosewoodrg.com | chaya@rosewoodrg.com | shaun@rosewoodrg.com |

**Bankruptcy | Restructuring | Foreclosures | Stalled Construction | Note Sales**

**2020 CoStar PowerBroker**

**2020 Crain's Most Influential in Real Estate**

**2020 Property IDX Broker of the Year**

Rosewood Realty Group has achieved annual sales north of $3.2 billion, and has been ranked by Costar as a the #1 single office investment sales firm in New York from 2010-2020 in terms of transaction volume. Rosewood and its principals have sold over 3,350 buildings with an aggregate value of 20.5 billion. The firm focuses on investment sales of multifamily apartment buildings, mixed-use, office, development sites, retail, and commercial properties throughout Manhattan, The Boroughs, New Jersey, Connecticut and Florida. Additionally, Rosewood's bankruptcy and restructuring group is regarded as one of the most experienced and active players in the sector.

# NEW YORK REAL ESTATE JOURNAL: HOT PROPERTY ALERT | Email Blast





# INVESTOR DEMAND | Sample of inbound emails & requests for information and OMs



# INVESTOR DEMAND | Sample of inbound email requests for information and OMs







Was this email forwarded to you?

<u>Click here</u> to get this free development email.



*Development Leads is written using artificial intelligence technology, but relies on suggestions and insights from readers. It tracks new building, alteration (A1 and A2 filings above $20,000) and demolition filings with the Department of Buildings as well as Acris, New York State Attorney General and other public records. It is edited by Atticus O'Brien-Pappalardo, available at (203) 241-5788 or <u>atticus@pincusco.com</u>.*

**News summary**

- <u>David Weisz</u> files plans for 44-unit mixed-use building in Kensington

- <u>Joseph Safdie</u> files plans to add 24 units to resi building in Tremont

- <u>Ascent Development</u> permitted for 92-unit resi building in LIC



## BANKRUPTCY SALE
### 13 Free Market Buildings



Williamsburg | Bushwick
Bed-Stuy | Greenwood Heights
Brooklyn, NY

40 Residential Units, 1 Commercial Unit

34,483 Total SF | 19,000 SF of Air Rights

Properties can be sold individually



Aaron Jungreis: aaron@rosewoodrg.com | 212.359.9901
Greg Corbin: greg@rosewoodrg.com | 212.359.9904



## BANKRUPTCY SALE
13 Free Market Buildings | Brooklyn, NY

Williamsburg | Bushwick | Bed-Stuy | Greenwood Hts



Aaron Jungreis:
aaron@rosewoodrg.com | 212.359.9901
Greg Corbin:
greg@rosewoodrg.com | 212.359.9904





# OFFERING MEMORANDUM

## 1125-1133 Greene Ave, Brooklyn, NY 11221



| | |
|---|---|
| Block/Lot | 03285-1, 93, 92, 91 & 90 |
| Neighborhood | Bushwick |
| Lot Dimensions | 50 ft x 100 ft |
| Building SF | 10,975 |
| Stories | 3 |
| Residential | 10 |
| Commercial | 0 |
| Zoning | R6 |
| Year Built | 2013 |
| Tax Class | 1 |
| Air Rights | 1,176 |
| R.E. Taxes Tentative (21/22) | $39,165 |

## EXPENSES

| Revenue | |
|---|---|
| Residential | $396,300.00 |
| Vacancy & Collection Loss (5%) | $(19,815.00) |
| **Effective Gross Income** | **$376,485.00** |

| Operating Expenses | |
|---|---|
| R.E. Taxes Tentative (21/22) | $39,165.00 |
| Water & Sewer | $13,629.07 |
| Fuel | $11,000.00 |
| Electric | $3,500.00 |
| Insurance | $14,888.84 |
| Repairs, Maintenance, & Misc. | $13,290.31 |
| Cleaning | $8,134.32 |
| Exterminator | $4,763.27 |
| Supplies | $4,127.99 |
| Payroll | $10,000.00 |
| Management Fee (3%) | $11,294.55 |
| **Total Expenses** | **$133,793.35** |

| | |
|---|---|
| **Net Operating Income** | **$242,691.65** |

## RENT ROLL

| Building | Tenant | Unit | Type | Monthly | Annual |
|---|---|---|---|---|---|
| 1125 Greene Ave | Runtao Yang, Carmen Otey | 1125-1 | Residential | 3,450 | 41,400 |
| 1125 Greene Ave | Hirschtick, Emily | 1125-2 | Residential | 3,500 | 42,000 |
| 1127 Greene Ave | Loly Bo, Francia Valbuena, | 1127-1 | Residential | 3,200 | 38,400 |
| 1127 Greene Ave | Jessica E, Matthew Duell | 1127-2 | Residential | 3,775 | 45,300 |
| 1129 Greene Ave | Zoila Pomavilla, Luis Anguizaca | 1129-1 | Residential | 2,500 | 30,000 |
| 1129 Greene Ave | Kathleen Maas, Mallory Perry | 1129-2 | Residential | 3,200 | 38,400 |
| 1131 Greene Ave | Colin Denlinger, Joni Koay | 1131-1 | Residential | 2,500 | 30,000 |
| 1131 Greene Ave | Jones, Sidney | 1131-2 | Residential | 3,700 | 44,400 |
| 1133 Greene Ave | Alina Tip, Jared Shirkey, | 1133-1 | Residential | 3,300 | 39,600 |
| 1133 Greene Ave | Kelsey Legeny, Karolina Knepate | 1133-2 | Residential | 3,900 | 46,800 |
| **Total** | | | | **33,025** | **396,300** |





# OFFERING MEMORANDUM | 92 Page OM (Sample Pages)



**BANKRUPTCY SALE**

# 13

**BUILDING PORTFOLIO**

BROOKLYN, NY

## PROPERTY DETAILS

| Address | Block/Lot | Neighborhood | Lot Dimensions | Building SF | Stories | Residential | Commercial | Zoning | Year Built | Tax Class | Air Rights | R.E. Taxes Tentative (21/22) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325 Franklin Ave | 01954-0004 | Bedford-Stuyvesant | 30 ft x 82.5 ft | 4,050 | 3 | 4 | 1 | R6A, C2-4 | 1968 | 2A | 3,364 | $11,885 |
| 53 Stanhope St | 03254-72 | Bushwick | 25 ft x 100 ft | 1,848 | 2 | 2 | 0 | R6 | 1901 | 1 | 4,225 | $2,306 |
| 92 South 4th St | 02443-0010 | Williamsburg | 23 ft x 100 ft | 4,140 | 3 | 3 | 0 | M1-2/R6, MX-8 | 1899 | | | |
| 618 Lafayette Ave | 01789-0022 | Bedford-Stuyvesant | 18.75 ft x 100 ft | 1,944 | 3 | 4 | 0 | R6B | 1899 | | | |
| 834 Metropolitan Ave | 02916-0001.7 | Williamsburg | 25 ft x 100 ft | 2,136 | 3 | 3 | 0 | R6B, C2-4 | 1910 | | | |
| 1125-1133 Greene Ave | 03285-1, 93, 92, 91 & 90 | Bushwick | 50 ft x 100 ft | 10,975 | 3 | 10 | 0 | R6 | 2013 | | | |
| 1213 Jefferson Ave | 03382-0048 | Bushwick | 20 ft x 100 ft | 2,250 | 2 | 3 | 0 | R6 | 1905 | | | |
| 568 Willoughby Ave | 01767-0034 | Bedford-Stuyvesant | 20 ft x 100 ft | 4,290 | 4 | 6 | 0 | R6B | 1899 | | | |
| 263 18th St | 00443-0071 | Carroll Gardens | 20 ft x 97.83 ft | 2,267 | 2 | 5 | 0 | R6B | 1901 | | | |
| **Total** | | | | **33,900 SF** | | **40 Units** | **1 Units** | | | | | |



## PORTFOLIO FINANCIAL ROLLUP

| Address | Effective Gross Income | Operating Expenses | Net Operating Income |
|---|---|---|---|
| 325 Franklin Ave | 145,202 | 40,427 | 104,775 |
| 53 Stanhope St | 61,104 | 15,071 | 46,033 |
| 92 South 4th Ave | 121,410 | 35,596 | 85,814 |
| 618 Lafayette Ave | 107,445 | 32,672 | 74,773 |
| 834 Metropolitan Ave | 106,020 | 33,906 | 72,114 |
| 1125-1133 Greene Ave | 376,485 | 133,793 | 242,692 |
| 1213 Jefferson Ave | 102,315 | 29,898 | 72,417 |
| 568 Willoughby Ave | 156,180 | 64,001 | 92,179 |
| 263 18th St | 130,245 | 40,193 | 90,052 |
| **Total** | **$1,306,406** | **$425,557** | **$880,849** |

## 92 South 4th Street, Brooklyn, NY 11211

**LOCATION MAP**



**BIRDS-EYE-VIEW**



**ZONING MAP**

**TAX MAP**

Williamsburg Retail







| First Name | Last Name | Title | Company | Office Pho | D Mobile Pho | Primary E-mai |
|---|---|---|---|---|---|---|
| Aaron | Marcus | | Lexin Capital | | (212) 750-3500 | |
| Aaron | Segal | Vice President | M Melnick & Co | (718) 292-6 . | | aaron@mmelr |
| Abraham | Esses | | Optimum Properties | (212) 980-1 | (646) 450-2( | ae@optimump |
| Abraham | Rabadi | | | | (914) 403-7! | aberabadi4@g |
| Achille | Raspantini | Founder | Tech Ops | (212) 465-1 . | | a.raspantini@t |
| Adam | Ecker | CEO | Davada Property Group | | (914) 512-0! | adam@davada |
| Adam | Geller | | Geller Associates | (973) 971-0 | (917) 226-2 | adamgeller1@ |
| Adam | Kessner | Principal | K5 Equities | (212) 289 (2 | (917) 662-0( | adamkessner@ |
| Adam | Stein | Senior Vice President | WinnCompanies | (617) 239-4 . | | astein@winnc |
| Aharon | Watson | Acquisitions | Audubon Partners | | (917) 498-5! | watson@audu |
| Al | Bokhour | President | Bokhour Developers | (516) 882-2 | (516) 850-0! | al@bokhourde |
| Al | Gindi | Acquisitions | ASG Equities | (212) 235-6 | (917) 921-2 | alrgindi@asge |
| Alan | Jamnik | | | (516) 308-1! . | | alan@ajamk.c |
| Alan | Wasserman | Founder | Wasserman Management | (914) 637-6 | (914) 400-7 | aw@swmanag |
| Alec | Brackenridge | EVP, Investments | Equity Residential | (617) 648-2 | (617) 312-6( | abrackenridge |
| Alessandro | Bonati | Partner | Colonnade Group | (917) 283-0 . | | alessandro@e |
| Alex | Goldstein | CEO | Samson Management | (718) 830-0 . | | alex@samsonr |
| Alex | Mehmataj | | | | (646) 879-2 | cabinetsexpres |
| Alexander | Muravsky | Acquisitions Associate | Kimco Realty Corporation | (516) 869-9 . | | amuravsky@ki |
| Alexander | Scharf | | Esplanade Partners | (212) 874-5( | (917) 921-2( | ali545@aol.co |
| Alexander | Spivak | CEO & Founder | Stagg Development | (347) 538-7 . | | commercialace |
| Alexander | Szikla | Acquisitions Associate | Newcastle Realty Services | (646) 472-7! . | | alex@newcast |
| Allan | Kleban | Vice President of Bus | KBE Building Corporation | (860) 284-7 | (443) 812-6 | akleban@kbet |
| Allen | Handelman | VP of Development | Conifer | (585) 324-0! | (585) 943-3! | ahandelman@ |
| Allen | Stein | | Sprain Brook Manor Rehab | (914) 472-3 | (917) 337-0 | stein1120@gn |
| Alphonse | Lembo | Director of Pre-Const | Monadnock Development | (718) 875-8 . | | alembo@mon |
| Amer | Ebrahim | Transactions Manage | Namdar Realty Group | (516) 773-0( . | | amer@namda |
| Andrew | Carbonara | Acquisitions | Welllife Network | (718) 559-0! . | | andrew.carbor |
| Andrew | Ehinger | Acquisitions Associate | Storage Deluxe | | | aehinger@stor |
| Andrew | Goldberg | Vice Chairman Adviso | CBRE | (212) 984-8( . | | andrew.goldbe |
| Andrew | Landesman | | ADL Properties | (917) 455-8 | (646) 723-2 | alandesman@ |
| Angelo | Tamo | | | | (917) 841-7 | newerafunding |

THE CORBIN GROUP | List of 2,540 Real Estate & Bankruptcy Attorneys & Trustees

| First Name | Last Name | Company | Job Title | E-mail Address | Office Phone | Business Street | Business City | Business Postal |
|---|---|---|---|---|---|---|---|---|
| John F. | Iaffaldano | Stroock and Stroock and Lavan LLP | Associate | aldanc | ck.c(212) 806 132 | 180 Maiden Lane | New York | 10038 |
| Harold | (Allen | | Partner | orzin@ | w.co(330) 670 077 | Cleveland-Massillc | Akron | 44333 |
| Seth Van | A | | Member | alten@ | hot(646) 563 892 | nue of the Ameri | New York | 10019 |
| Anne Marie | Aar | | Partner | son@ | hla(215) 71) | Market St. Ste 3! | Philadelphia | 19102 |
| Derek C. | Al | ll LLP | Partner | tt@m | hol(302) 351 93 | North Market Stree | Wilmington | 19899 |
| Eliot C. | Al | P | Partner | eabbo | sha (305) 358 | 800 Third | New York | 10022 |
| Philip | Ab | | Partner | belso | eca(212) 819 890 | Avenue of the Am | New York | 10020 |
| Elizabeth M | Abo | | Partner | ulafiac | allp. (516) 296 | 100 Quentin | Garden City | 11530 |
| Joseph S | Ab | | Partner | youn( | aw.(973) 575-96( | Bloomfield Ave # | Pine Brook | NJ 07058 |
| Robert | Ab | | Vice President | rabrah | zca (212) 838 | 505 Park Ave Fl | New York | 10022 |
| Aleksandra | Abr | | Associate | nova@ | esse[ 2) 478 728 | Madison Ave Fl | New York | 10022 |
| Arthur | Abra | Podolsky, P.A. | Shareholder | itz@sh | ilve(561) 661 208 | 08 Harper Dr #20 | Moorestown | NJ 08057 |
| Chelsea | Abra | | Associate | chelse | no (212) 824 | 1500 Broadway | New York | 10036 |
| Steven M | Abra | | Partner | amowi | aw.(212) 237 013 | Avenue of the Am | New York | 10036 |
| Robert | Ab | | Executive Partner | babra | ora (16) 328 230 | 3 Dakota Drive, | Lake Success | 11042 |
| Marc | Ab | LP | Partner | brams | ie.c(12) 728-8208 | 7 Seventh Avenu | New York | 10019 |
| Marc | Ab | LLP | Senior Counsel | mabra | rtpl (302) 357 | 405 N King St | Wilmington | 19801 |
| Robert A | Ab | | Partner | ms@k | ring(212) 716 323 | 605 3rd Ave | New York | 10158 |
| Joseph A | Ac | Capital | Business Development | .accar | ople'32) 596 016 | Wood Ave S Ste | Iselin | NJ 08830 |
| Anthony M | Acc | | Managing Director | rdino( | ark(212) 909-84( | 900 3rd Ave Fl | New York | 10022 |
| Enrique | Ac | | Director | ado@ | tne(12) 202 22 | 700 Broadway, Fl | New York | 10019 |
| Sally M | Ac | C | rector, Senior Legal Counse | do@gu | imp(12) 739 076 | Madison Ave Rm | New York | 10017 |
| Alan | Ack | | ommerical Banking Officer | barali@ | ban(17) 492 273 | 1539 3rd Ave | New York | 10128 |
| Benjamin C. | Ac | LP | Senior Counsel | lv@hu | erit(304) 788 8475 | 1 East Byrd Stree | Richmond | 23219 |
| Neil H | Ack | | Of Counsel | .prvor | up.c16 997-0995 | Old Country Ro | Westbury | 11570 |
| Stephanie A. | Ack | | Associate | ermant | law(12) 847-2855 | Rockefeller Plaz | New York | 10111 |
| Lesley P. | Ac | | Associate | mo@l | ein.(646) 414 797 | Avenue of the Am | New York | 10020 |
| Blaine E | Ac | LLP | Associate | adams | .co(12) 547 537 | 340 Madison | New York | 10173 |
| Colin | Ac | | Managing Director | ms@n | ers(12) 202 22 | 700 Broadway, Fl | New York | 10019 |
| Diana G | Ac | | Attorney | ldberg. | (a(607) 643 245 | Main St P.O. Box | Hobart | 13788 |
| Rashida J | Ac | t LP | Vice President | rfo@a | .co(12) 402 692 | 505 Fifth | New York | 10017 |
| Jacob R. | Ac | | Associate | adams( | cor(17) 342 402 | tington Avenue S | Boston | MA 0219 |
| Jason Reid | Ac | P | Partner | ms@k | ve.c(12) 808 505 | 175 Greenwich | New York | 10007 |
| Sean D. | Ac | | Counsel | sean.a | hil (609) 734 | 21 Roszel Road | Princeton | NJ 0854 |
| Steven J. | Ac | | Shareholder | a@stev | co(510) 478 213 | h Sixth Street P.O | Reading | 19603 |
| Purav | Ad | | Director | padiec | xp (646) 428 | 909 3rd Ave. Fl | New York | 10022 |
| Edward J. | Ac | | Partner | adkins | cor(20) 722 720 | 3 S. Ulster St. Ste | Denver | 80237 |
| Arielle B. | A | | Associate | ler@lo | in.(973) 597 243 | he Lowenstein Dri | Roseland | NJ 0706 |
| David J. | A | | Partner | dadle | art (212) 609 | 825 8th Ave Fl | New York | 10019 |
| Philippe | A | an LLP | Partner | adler@ | cor(12) 833 111 | 7 Times Square | New York | 10036 |
| Steven D. | A | | Associate | ller@br | w.c(302) 429 4270 | N. King St Ste 4 | Wilmington | 19899 |
| John | A | | President | thenes | ol. (404) | 3445 Stratford | Atlanta | 30326 |
| Jacob | Adle | rison LLP | Partner | iadlers | au (212) 373 | 1285 Avenue of | New York | 10019 |
| Brenda | Ac | | Managing Director | brenc | in (12) 573-61 | Times Sq Ste 260 | New York | 10036 |
| Nicholas | Ad | | Associate | s.adzir | kla(12) 390 4401 | Lexington Aven | New York | 10022 |
| Vinay | Ag | | Attorney | val@sa | nsi(58) 859 2389 | E 54th St Rm 6 | New York | 10022 |
| John | Agor | | Managing Director | iagogl | uar (212) | 350 5th Ave Ste | New York | 10118 |
| Steven | A | | Managing Director | ran@c | s.c(12) 909 84 | 900 3rd Ave Fl 33 | New York | 10022 |
| Alexandra | Ag | | Partner | guirre | .co(12) 336 4325 | 0 West 55th Stre | New York | 10019 |
| Ndukwe | A | Goidel, P.C. | Attorney | u@bor | steif(12) 431-13( | 377 Broadway | New York | 10013 |
| Liam | Ah | | Managing Director | @gord | p.c) 486-3600 | 950 3rd Ave Fl 17 | New York | 10022 |
| Jacqueline | Ai | g LLP | Associate | iello@: | .co(12) 812 413 | 100 Park | New York | 10017 |
| Kathleen M | Ai | Stevens, LLP | Partner | iello@ | .c(12) 972-30( | 00 W 41st St Fl 1 | New York | 10036 |
| Erica Feynman | Ai | P | Partner | easne | lp. (914) | 700 Post Road, | Scarsdale | 10583 |
| Marianne | Aie | LP | Chair - Real Estate | iemian | er.c(17) 439 289 | 155 Seaport Blvd | Boston | MA 0221 |
| Elizabeth M. | Ake | n LLP | Associate | erman( | k.c(12) 806 668 | 180 Maiden Lane | New York | 10038 |
| Adeola | Akin | | Director | kinrina | ner(12) 891 4187 | 33 Third Avenue | New York | 10017 |
| Michael | Aks | LP | Associate | el.aks | wei(12) 310 800 | 767 5th Ave | New York | 10153 |
| Kwame O | Ak | an LLP | Associate | akuffo@ | urv(12) 858 1071 | West 52nd Stree | New York | 10019 |

**CREXI |** Leads List

## Activity Summary



| First | Last | Level of Interest | Phone | Email | Last Action Date | Company | Industry Role | City |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Cathal Egan | Affect Group |
| Josh Agus | Agus Holdings |
| Aundre Oldacre | AoRa Development |
| Gia Gianchetta | AUM New York |
| Craig Berger | Avid Realty Partners |
| Abe Lowy | AYL Realty |
| Matthew Baron | Baron Properties |
| Chanie Milworn | Booth Capital |
| Chuni Reinhold | C&M Projects LLC |
| David Blatt | Centaur Properties |
| William Hubbard | Center Development Corporation |
| Chok Lei | Clearmount Capital |
| Gil Sidi | Commercial Real Estate Holdings |
| Sean Lefkowitz | DAVEAN HOLDINGS |
| Charles Shemano | David Stern |
| Marvin Davis | Davis Realty |
| Arsean Maqami | DB Partners |
| Chad Roberson | Delshah |
| Alexander Sachs | dna development llc |
| Elie Edalati | Edalati Int'l Inc. |
| Eli Scharf | Elay Equities LLC |
| Michael Dishi | Elysee Investment Company |
| Moshe Watson | Esplanade Capital |
| Menachem Brody | Extreme Homes Management |
| Margaret Streicker | Fortitude Capital, LLC |
| David Greenberg | Foundation Capital |
| Eliran Gilstron | GCRE Group LLC |
| Mark Guindi | GD Capital Group |
| Sam Friedman | Golden Lioness Corp. |

| | |
|---|---|
| Greg Fournier | Greenbrook RE |
| Elliot Horowitz | H Equities |
| David Switzer | Hammock Development, LLC |
| Rob Stufano | Highpoint |
| Bob Hold | Hold Thyssen |
| Shaul Ashkenazi | Honest Realty |
| Eury Vargas | Hubb NYC |
| Woody Chen | Infocus PC |
| Edward Tai | Island Capital Group |
| Moses Koslowitz | Jerseyside Properties |
| Joseph Frodella | JMF Enterprises |
| Justin Rofeim | JR Development Group |
| Daniel Frances | Kabr Group |
| Adam Hajibay | Klosed Properties |
| Jody Kriss | Kriss Capital |
| Kevin Liu | Lane Investments |
| Mike Pittman | Light Grove Capital |
| Michael Librett | Machine Investment Group |
| Jonathan Aylor | Mequity |
| Derrick Taub | Metro Pinnacle |
| Judah Yafeh | MNB Developers LLC |
| Robert Morgenstern | Morgenstern Cap |
| Shachar Melman | MW Real Estate Partners |
| Jonathan Lavian | Naftali Group |
| Manoj Ramprakash | Oxford Properties Group |
| Joseph Aghelian | Park Slope Associates |
| Steven Kordvani | Parkview Enterprises |
| Rob Siemens | Partner -Akoya Boca West |
| William Haddad | Partners Path |
| Ben Isfahany | Pasargad Home |
| Arthur Koptiev | Platinum Realty Associates |

| | |
|---|---|
| Evan Papanastasiou | Premier Equities |
| Mark Dilessio | Real Stars Capital |
| Aaron Hakimian | Rugs America Corporation |
| Bharat Patel | SBP Management Inc. |
| David Eisen | Sevenstone |
| Jonathan Snider | Sherwood Equities |
| Peter Weisman | Sinvin |
| Solomon Jacobs | SLJ Management Group llc. |
| Sam Strauss | Smrc Management |
| Jarid Darvin | Sovereign Partners, LLC |
| Greg Swedels | SSG Realty Corp |
| Victor Holliday | Stuy Wash N Dry Inc. |
| Oron Tanami | Superior home |
| Tom Bencivengo | TEC Partners |
| Rob Gatenio | The Davis Companies |
| Ryan Afari | The Hillcrest Company |
| Remy Raisner | The Raisner Group |
| Seth Weissman | Urban Standard |
| Sabah Rajput | Walison Corp. |
| Charles Wattley | WBG Property Advisors LLC |
| John Lagoudis | |
| Eric Gray | Millhouse Properties |
| Cheskel Jacobs | |
| Sean Sedaghatpour | Elisheva Realty |
| Barry Fein | Sidhal |
| | |
| Michael Correale | Correale Properties |
| Matthew Weissman | Weissman Equites |
| Ram Reddy | |
| Chaim Moskowitz | |

The highest offer we have procured for the 13 buildings is $18,217,500 gross, inclusive of fee. We have not received offers which we can mix and match to come close to this number, however we expect a few parties to register to bid on individual properties.

The $18,217,500 gross, translates to metrics well above market **(20% +),** especially for small buildings spread out with little economy of scale:

- **4.5% Cap Rate (on real numbers)**

- **$537 / Sq. Ft.**

- **$445,000 / Unit**

In comparison, a similar portfolio (*see next page*) currently on the market with another well-known brokerage firm, that is comprised of larger more desirable buildings, metrics are:

- **6.13% Cap Rate (probably 5.4 to 5.8 cap on real numbers)**

- **$398 / Sq. Ft.**

- **$321,000 / Unit**

This is just one example of other properties available from competing brokerage firms offering a 5.5 - 6% cap and sub $400 / Ft and sub $350k / unit.

# COMPARABLE PACKAGE ON THE MARKET – full details and metrics





## COMPARABLE PACKAGE:

- 8 Building Package
- 52 Residential & 2 Commercial Units
- 44,940 Square Feet
- 6.13% Cap Rate (advertised)
- $398 / Sq. Ft.
- $321,000 / Unit
- $18,000,000 Gross
- **Advertised (broker) NOI: $1,103,427**

## STRULOVITCH:

- 9 Building Package*
- 40 Residential & 1 Commercial Unit
- 34,483 Square Feet
- 4.8% Cap Rate (advertised)
- $530 / Sq. Ft.
- $445,000 / Unit
- $18,250,000 Gross
- **Advertised (broker) NOI: $880,849**

*We are marketing as 13, but it has been viewed by most as 9, and for comparison purposes

| STRULOVITCH | COMPARABLE BROOKLYN PACKAGE | Each metric better in comparison |
|---|---|---|
| 9 Building Package* | 8 Building Package | |
| 40 Residential & 1 Commercial Unit | 52 Residential & 2 Commercial Units | 32% more units |
| 34,483 Square Feet | 44,940 Square Feet | 31% more Sq. Ft. |
| 4.8% Cap Rate (advertised) | 6.13% Cap Rate (advertised) | 28% better cap rate return |
| $530 / Sq. Ft. | $398 / Sq. Ft. | 24% cheaper per Sq. Ft. |
| $445,000 / Unit | $321,000 / Unit | 28% cheaper per unit |
| $18,250,000 Gross | $18,000,000 Gross | Slightly less expensive |
| Advertised (broker) NOI: $880,849 | Advertised (broker) NOI: $1,103,427 | 25% higher NOI |

| | Name | Company | Email | Direct | Mobile | Offer (inc fee) | Property | Square Feet | Broker NOI | Broker Cap Rate | Actual NOI | Actual Cap Rate | Price Per SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Michael Consale | Consale Properties | michael@consaleproperties | (516) 924-0 | | $4,200,000 | 1125-1133 Greene Ave | 10,975 | $ 242,692.00 | 5.78% | $ 218,422.80 | 5.20% | $383 |
| 3 | Salomon Cook | Vivalex | salomon.c@vivalex.com | (732) 266-7 | | $4,620,000 | 1125-1133 Greene Ave | 10,975 | $ 242,692.00 | 5.25% | $ 218,422.80 | 4.73% | $421 |
| 4 | Michael Sheri | Alexander Property | msheri@alexanderproperty | (347) 855-5 | | $3,675,000 | 1125-1133 Greene Avenue | 10,975 | $ 242,692.00 | 6.60% | $ 218,422.80 | 5.94% | $335 |
| 5 | Marvin Aznak | Magura Capital | marvin@magura (212) 379-1 | (917) 583-1 | | $3,780,000 | 1125-1133 Greene Avenue | 10,975 | $ 242,692.00 | 6.42% | $ 218,422.80 | 5.78% | $344 |
| 6 | Matthew Weissman | Weissman Equities | Matthew@weissmanequitie | 917/804-53 | | $1,260,000 | 1213 Jefferson Avenue | 2,250 | $ 72,417.00 | 5.75% | $ 65,175.30 | 5.17% | $560 |
| 7 | Matthew Weissman | Weissman Equities | Matthew@weissmanequitie | 917/804-53 | | $1,711,500 | 263 18th Street | 2,267 | $ 90,052.00 | 5.26% | $ 81,046.80 | 4.74% | $755 |
| 8 | Mark Gundi | GD Capital | mark@gdcapita (646) 809-1 | (347) 844-0 | | $2,152,500 | 325 Franklin Ave. | 4,050 | $ 104,775.00 | 4.87% | $ 94,297.50 | 4.38% | $531 |
| 9 | John Lagnodis | Mortgage World Bank | Johnlagnodis@ 718-274-1 | (347) 662-49 | | $1,575,000 | 325 Franklin Avenue | 4,050 | $ 104,775.00 | 6.65% | $ 94,297.50 | 5.99% | $389 |
| 10 | Michael Sheri | Alexander Property | msheri@alexanderproperty | (347) 855-5 | | $1,575,000 | 325 Franklin Avenue | 4,050 | $ 104,775.00 | 6.65% | $ 94,297.50 | 5.99% | $389 |
| 11 | Shaya G | | scottfishmink@gmail.com | | | $1,500,000 | 325 Franklin Avenue | 4,050 | $ 104,775.00 | 6.99% | $ 94,297.50 | 6.29% | $370 |
| 12 | Marvin Aznak | Magura Capital | marvin@magura (212) 379-1 | (917) 583-1 | | $1,680,000 | 325 Franklin Avenue | 4,050 | $ 104,775.00 | 6.24% | $ 94,297.50 | 5.61% | $415 |
| 13 | Justin Rubin | JR Development Gro | justinru@gmai | (516) 547-5303 | | $1,785,000 | 325 Franklin Avenue | 4,050 | $ 104,775.00 | 5.87% | $ 94,297.50 | 5.28% | $441 |
| 14 | Chaim Schiff | | chaimschiff@gm 646-565-8607 | | | $1,785,000 | 568 Willoughby Ave | 4,290 | $ 92,179.00 | 5.16% | $ 82,961.10 | 4.65% | $416 |
| 15 | Samuel Mesels | | samueh99@gmail.com | | | $1,050,000 | 568 Willoughby Ave | 4,290 | $ 92,179.00 | 8.78% | $ 82,961.10 | 7.90% | $245 |
| 16 | Aundre Oldcare | | aundre@aoradio.com | | | $1,575,000 | 568 Willoughby Avenue | 4,290 | $ 92,179.00 | 5.85% | $ 82,961.10 | 5.27% | $367 |
| 17 | Isaac Friedman | | yod1230@gou 347788292 | | | $1,627,500 | 568 Willoughby Avenue | 4,290 | $ 92,179.00 | 5.66% | $ 82,961.10 | 5.10% | $379 |
| 18 | Mark Gundi | GD Capital | mark@gdcapita (646) 809-1 | (347) 844-0 | | $2,100,000 | 568 Willoughby Avenue | 4,290 | $ 92,179.00 | 4.39% | $ 82,961.10 | 3.95% | $490 |
| 19 | Matthew Weissman | Weissman Equities | Matthew@weissmanequitie | 917 804-53 | | $1,750,000 | 568 Willoughby Avenue | 4,290 | $ 92,179.00 | 5.27% | $ 82,961.10 | 4.74% | $408 |
| 20 | Michael Sheri | Alexander Property | msheri@alexanderproperty | (347) 855-5 | | $1,575,000 | 568 Willoughby Avenue | 4,290 | $ 92,179.00 | 5.85% | $ 82,961.10 | 5.27% | $367 |
| 21 | Shaya G | | scottfishmink@gmail.com | | | $1,312,500 | 568 Willoughby Avenue | 4,290 | $ 92,179.00 | 7.02% | $ 82,961.10 | 6.32% | $306 |
| 22 | Marvin Aznak | Magura Capital | marvin@magura (212) 379-1 | (917) 583-1 | | $1,625,000 | 568 Willoughby Avenue | 4,290 | $ 92,179.00 | 5.67% | $ 82,961.10 | 5.11% | $379 |
| 23 | Sean GoogpmGpot | Exclusive Realty | sean@exclusiverealty.com | | | $1,250,000 | 618 Lafayette | 1,944 | $ 74,773.00 | 5.98% | $ 67,295.70 | 5.38% | $643 |
| 24 | Shaya G | | scottfishmink@gmail.com | | | $1,155,000 | 618 Lafayette | 1,944 | $ 74,773.00 | 6.47% | $ 67,295.70 | 5.83% | $594 |
| 25 | Chaim Moskowitz | | cm482461z@gmail.com | | | $1,470,000 | 618 lafayette ave | 1,944 | $ 74,773.00 | 5.09% | $ 67,295.70 | 4.58% | $756 |
| 26 | Justin Rubin | JR Development Gro | justinru@gmai | (516) 547-5303 | | $1,260,000 | 618 lafayette ave | 1,944 | $ 74,773.00 | 5.93% | $ 67,295.70 | 5.34% | $648 |
| 27 | Mark Gundi | GD Capital | mark@gdcapita (646) 809-1 | (347) 844-0 | | $1,417,500 | 618 lafayette ave | 1,944 | $ 74,773.00 | 5.27% | $ 67,295.70 | 4.75% | $729 |
| 28 | Michael Sheri | Alexander Property | msheri@alexanderproperty | (347) 855-5 | | $1,260,000 | 618 Lafayette Avenue | 1,944 | $ 74,773.00 | 5.93% | $ 67,295.70 | 5.34% | $648 |
| 29 | Marvin Aznak | Magura Capital | marvin@magura (212) 379-1 | (917) 583-1 | | $1,312,500 | 618 Lafayette Avenue | 1,944 | $ 74,773.00 | 5.70% | $ 67,295.70 | 5.13% | $675 |
| 30 | Matthew Weissman | Weissman Equities | Matthew@weissmanequitie | 917 804-53 | | $1,365,000 | 618 Lafayette Street | 1,944 | $ 74,773.00 | 5.48% | $ 67,295.70 | 4.93% | $702 |
| 31 | Arseln Magers | DB Partners | arseen@dbpartners.us | 917 208-738 | | $1,260,000 | 92 S. 4th Street | 4,140 | $ 74,773.00 | 5.93% | $ 67,295.70 | 5.34% | $304 |
| 32 | Michael Sheri | Alexander Property | msheri@alexanderproperty | (347) 855-5 | | $1,575,000 | 92 S. 4th Street | 4,140 | $ 85,814.00 | 5.45% | $ 77,232.60 | 4.90% | $380 |
| 33 | Shaya G | | scottfishmink@gmail.com | | | $1,550,000 | 92 S. 4th Street | 4,140 | $ 85,814.00 | 5.54% | $ 77,232.60 | 4.98% | $374 |
| 34 | Marvin Aznak | Magura Capital | marvin@magura (212) 379-1 | (917) 583-1 | | $1,450,000 | 92 S. 4th Street | 4,140 | $ 85,814.00 | 5.92% | $ 77,232.60 | 5.33% | $350 |
| 35 | Eli Scharf | Elay Equities LLC | elayequities@g 516 500-9 | (917) 968-954 | | $1,625,000 | 92 South 4th Street | 4,140 | $ 85,814.00 | 5.28% | $ 77,232.60 | 4.75% | $393 |
| 36 | Fredik Wide | | fredrik.wide@g 9170039 | | | $2,100,000 | 92 South 4th Street | 4,140 | $ 85,814.00 | 4.09% | $ 77,232.60 | 3.68% | $507 |
| 37 | Mark Gundi | GD Capital | mark@gdcapita (646) 809-1 | (347) 844-0 | | $1,680,000 | 92 South 4th Street | 4,140 | $ 85,814.00 | 5.11% | $ 77,232.60 | 4.60% | $406 |
| 38 | Michael Consale | Consale Properties | michael@consaleproperties | (516) 924-0 | | $2,380,000 | 92 South 4th Street | 4,140 | $ 85,814.00 | 3.94% | $ 77,232.60 | 3.54% | $527 |
| 39 | Aaron Hakiman | Rugs America Corpor | Aaron@rugsam 631 843-8100 Ext. 102 | | | $12,075,000 | Portfolio | 33,900 | $ 880,849.00 | 7.29% | $ 792,764.10 | 6.57% | $356 |
| 40 | Abraham Chetrit | Patriarch Equities | abraham@patri (212) 228-1 | (201) 325-5 | | $14,700,000 | Portfolio | 33,900 | $ 880,849.00 | 5.99% | $ 792,764.10 | 5.39% | $434 |
| 41 | Adam Hajbat | Klosed Properties | ah@klosedrfe.o 516 946-4 | 516 712.887 | | $14,175,000 | Portfolio | 33,900 | $ 880,849.00 | 6.21% | $ 792,764.10 | 5.59% | $418 |
| 42 | Allan Lebovits | Bridge City Funding | allan@morebg.com | | | $15,750,000 | Portfolio | 33,900 | $ 880,849.00 | 5.59% | $ 792,764.10 | 5.03% | $465 |
| 43 | Barry Fein | Seihal | BFein@seihal.com | 516 477-181 | | $12,705,000 | Portfolio | 33,900 | $ 880,849.00 | 6.93% | $ 792,764.10 | 6.24% | $375 |
| 44 | Chester Jacobs | CJ Realty | chester@cj-jacobs.com | 516 941-524 | | $15,750,000 | Portfolio | 33,900 | $ 880,849.00 | 5.59% | $ 792,764.10 | 5.03% | $465 |

| | Name | Company | Email | Phone | Bid | Type | Units | Per Unit | % | | Adj | Adj % | Adj Per Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Eden | Ink Property group | eden@inkpropertygroup.com | | $15,120,000 | Portfolio | 33,900 | $ 880,849.00 | 5.83% | $ | 792,764.10 | 5.24% | $446 |
| 46 | Edward Tai | Island Capital Group | etai@islcap.us 212-705-5041 | | $14,700,000 | Portfolio | 33,900 | $ 880,849.00 | 5.99% | $ | 792,764.10 | 5.39% | $434 |
| 47 | Eric Gray | Millhouse Properties | egray@millhouseprop.com 917-282-154 | | $14,750,000 | Portfolio | 33,900 | $ 880,849.00 | 5.97% | $ | 792,764.10 | 5.37% | $435 |
| 48 | Eury Vargas | Hubb NYC | evargas@hubbnyc.com 6465653912 | | $16,275,000 | Portfolio | 33,900 | $ 880,849.00 | 5.41% | $ | 792,764.10 | 4.87% | $480 |
| 49 | Greg Fournier | Greenbrook RE | gfournier@greenbrookre.com | | $15,750,000 | Portfolio | 33,900 | $ 880,849.00 | 5.59% | $ | 792,764.10 | 5.03% | $465 |
| 50 | Jason Levine | Sagehall | jason@sagehallpartners.co (7) 499-09 | | $15,435,000 | Portfolio | 33,900 | $ 880,849.00 | 5.71% | $ | 792,764.10 | 5.14% | $455 |
| 51 | Jeremy Salzberg | Sugar Hill | jeremy.salzberg (646) 336-2 (917) 512-12 | | $15,750,000 | Portfolio | 33,900 | $ 880,849.00 | 5.59% | $ | 792,764.10 | 5.03% | $465 |
| 52 | Jonathan Snider | Sherwood Equities | jsnider@sherwo (212) 880-1 (917) 947-21 | | $13,650,000 | Portfolio | 33,900 | $ 880,849.00 | 6.45% | $ | 792,764.10 | 5.81% | $403 |
| 53 | Josh Agus | Agus Holdings | josh@agusholdings.com 561-699-775 | | $14,175,000 | Portfolio | 33,900 | $ 880,849.00 | 6.21% | $ | 792,764.10 | 5.59% | $418 |
| 54 | Josh Gotthelb | BlackSpruce Manageme | Joshua@Blacks (212) 725-5 (917) 548-50 | | $15,750,000 | Portfolio | 33,900 | $ 880,849.00 | 5.59% | $ | 792,764.10 | 5.03% | $465 |
| 55 | Leor Sabet | Sabet Group | Leor@sabetgro (212) 239-2 (516) 582-99 | | $13,650,000 | Portfolio | 33,900 | $ 880,849.00 | 6.45% | $ | 792,764.10 | 5.81% | $403 |
| 56 | Matthew Sobel | Dalan Management | msobel@dalanm (212) 510-2 (201) 675-21 | | $14,175,000 | Portfolio | 33,900 | $ 880,849.00 | 6.21% | $ | 792,764.10 | 5.59% | $418 |
| 57 | Meng Lee | FREO US | M.Lee@freogro (646) 360-1 (215) 459-06 | | $18,217,500 | Portfolio | 33,900 | $ 880,849.00 | 4.84% | $ | 792,764.10 | 4.35% | $537 |
| 58 | Michael Davis | Plymouth Group | michael.davis@ (212) 695-7934 | | $16,012,500 | Portfolio | 33,900 | $ 880,849.00 | 5.50% | $ | 792,764.10 | 4.95% | $472 |
| 59 | Moe Greenzweig | Cederbridge Manageme | MoeGreenzweig@gmail.com | | $14,910,000 | Portfolio | 33,900 | $ 880,849.00 | 5.91% | $ | 792,764.10 | 5.32% | $440 |
| 60 | Oren Scott | The Scharf Group | oren@thescharfgroup.com 646.325.077 | | $14,962,000 | Portfolio | 33,900 | $ 880,849.00 | 5.89% | $ | 792,764.10 | 5.30% | $441 |
| 61 | Ram Reddy | Surya | surya123r@yahoo.com 301-266-058 | | $15,225,000 | Portfolio | 33,900 | $ 880,849.00 | 5.79% | $ | 792,764.10 | 5.21% | $449 |
| 62 | Uri Dreifus | Rockaway Partners | uri@rockawayc (516) 480-1 (917) 741-82 | | $14,700,000 | Portfolio | 33,900 | $ 880,849.00 | 5.99% | $ | 792,764.10 | 5.39% | $434 |
| 63 | William Haddad | Partners Path | whaddad@partnerspath.co 917-648-623 | | $16,800,000 | Portfolio | 33,900 | $ 880,849.00 | 5.24% | $ | 792,764.10 | 4.72% | $496 |
| 64 | William Soto | Global Asset | William@globalasset.us 516-661-32 | | $15,645,000 | Portfolio | 33,900 | $ 880,849.00 | 5.63% | $ | 792,764.10 | 5.07% | $462 |

# PROPERTY CONDITIONS REPORT EXCERPTS. $850,000 - $1,200,000 REQUIRED

2021-934

Please accept the following summary of Critical Issues and Comments following our property condition assessments for the reference portfolio. Detailed comments will be included within our Property Condition Reports (PCR) and Phase I Environmental Stie Assessments (ESA). Please refer to our pending reporting for full details.

**All Buildings**
- Many electrical subpanels and main panels were observed with covers missing or not secured which should be properly secured immediately.
- Many shut off switches and meters were blocked with tenant stored items. Clear paths should always be maintained.

**1213 Jefferson Avenue**
- The Current Certificate of Occupancy is 300462773 from 2/20/1996.
- There are 3 open ECB Violations with one being working without a permit from 2010 which will need to be properly remedied. The current outstanding penalty is $0 with a 2011 payment.
- There is a heat trace on the water line in the cellar. A better solution would be at minimum an electric heater and in this area although there is no insulation at walls.
- The cellar should be cleared of debris including mold stained gypsum board and concrete that has caved in the rear egress door.
- Parging is needed badly at foundation walls.
- There is an extension cord running in the ceiling plenum which is against code and it should be replaced with proper metallic conduit wiring.
- Pig tails at the cellar ceiling should be properly terminated.
- Property is depicted as residential for all years reviewed. Minimal listings in the area. No listings for the subject property. No environmental concerns at this time.

**1125-1133 Greene Avenue**
- The Certificate of Occupancy is Final from 10/3/2013 number 320190903F considered one zoning lot 90, 91, 92 and 93. For 1127 Greene Avenue it is number 320190912F, 1129 Grene Avenue number 320190921F, 1131 Greene Avenue number 320190930F and 1133 Greene Avenue number 320190949F.
- There are no open DOB or ECB Violations.
- Lopez Auto Repair is next door.
- There is some ponded water at the boiler room from an unknown source. It does not appear to be from the boilers or water heaters but possibly just drain down from the boiler.
- Property has no database listings. Property use was historically retail/commercial until redevelopment in the 1980s and use as an automobile repair shop in 1993 and subsequent years. Interview about tanks and property history should be done.

**53 Stanhope Street**
- There are two buildings on the lot – 53 Stanhope Street and 53 Rear Stanhope Street.
- There are no open DOB or ECB Violations.
- There are no Certificates of Occupancy on file.
- No roof access and no cellar access.
- General building structure and facade appeared to be in fair condition with no immediate remediation needed.
- No obvious environmental record concerns at this time.

**834 Metropolitan Avenue**
- There is one open DOB Violation from 2014 for site safety.
- There is a Stop Work Order from 2014 due to site safety which will need to be cleared from record.
- There are no Certificates of Occupancy on file.
- There is a gasoline station a short distance west from the site.
- The leader at the rear should be connected to a kicker brought 3' from the building.
- There is a section of the overhang above the side walkway that needs waterproofing attention.
- A wall pack air conditioner at the cellar states that it should be turned on or it will smoke. This should be investigated.
- Two gas stations are listed near the subject property at 131 and 293 feet west of the property. The closer of the two spills has monitoring data that shows reduced levels of contaminants in soil and groundwater over the time period of monitoring and the site is closed at this time. Monitoring data and apparent closure documents indicate migrations downgradient is unlikely. No environmental concerns at this time.

# PROPERTY CONDITIONS REPORT EXCERPTS: $850,000 - $1,200,000 REQUIRED

**92 South 4th Street**
- There is one open DOB Violation from 2015 which needs to be cleared.
- There is an ECB Violation from 2015 with $0 due for penalties for work not in accordance with plans.
- There is a Stop Work Order from 2015 for work contrary to plans.
- The Certificate of Occupancy is from 7/9/1948 number 106128.
- There is some masonry damage at front window lintels.
- Several area of joists at the first floor support had penetration exceeding an area or length times width greater than the joist depth. Sister joists should be installed.
- The cover and door entry to the lower unit from the front needs replacement.
- The lowest floor unit has electric baseboard heat and window unit cooling. However, there is also ducted work installed overhead for heating and cooling which is not utilized. It is unknown why this system was abandoned for electric heat and cooling.
- Several contaminated sites surrounding the property including the adjoining property to the west (98-116 South 4th Street) with apparently unresolved issues. VOC, SVOC and petroleum contaminants identified in the soil at adjacent properties. property use is residential for all years reviewed. No listings for subject property. Potential vapor intrusion concern. Further review needed.

**263 18th Street**
- There are two buildings on lot – 263 18 Street and 263 Rear 18 Street.
- There is one open Compliant regarding an illegal basement apartment.
- There are no open DOB or ECB Violations.
- There are no Certificates of Occupancy on file.
- Repairs or replacement of windows and doorway, wood door frame breaking at entry.
- Cellar mechanical room blocked, roof access blocked because of construction next door. Entry to roof and cellar should be cleared.
- No listings for subject property. Adjoining property to the north was historically a blind and door factory till the 1950s. Property is residential for all observed. No environmental concerns at this time.

**325 Franklin Avenue**
- There are no open DOB or ECB Violations.
- The Current Certificate of Occupancy is from 9/9/2009 number 302369498F.
- Cellar access was blocked. Clean up and debris removal so cellar can be accessed. General building structure and facade appeared to be in fair condition with no immediate remediation needed. Pile of stuff blocking the stairwell leading to roof access should be removed.
- Sanborns and database listings indicate that a dry cleaning facility was operated at the adjoining parcel to the north from at least 1962 through 2007. No spills were reported, however operation for this long at this proximi has the possibility of a release and concern of contaminated soil and groundwater beneath the property. Potential environmental concerns present, including groundwater, soil, and vapor intrusion concerns. Further review is needed.

**618 Lafayette Avenue**
- There are no open DOB or ECB Violations.
- The Current Certificate of Occupancy is from 2/16/1959 number 164472.
- General building structure and facade appeared to be in fair condition with no immediate remediation needed.
- Minor window leak in unit 3.
- Weather sealing of all windows or window replacement is recommended.
- Cellar with gas and electric meters should be cleaned, and lights should be added or fixed.
- No obvious environmental record concerns at this time.

**568 Willoughby Avenue**
- There are no open DOB or ECB Violations.
- The Current Certificate of Occupancy is from 7/31/2012 number 310275671F.
- General building structure and facade appeared to be in fair condition with no immediate remediation needed.
- Roof was in good condition, no reported leaks.
- Property is depicted as residential for all years reviewed. Minimal listings in the immediate area. No listings for the subject property. One leaking tank site 95 feet west of the property spilled heating oil. No environmental concerns at this time.

# FOR FURTHER INFORMATION PLEASE CONTACT:



## FOR MORE INFORMATION OR TO SET UP A VIEWING, PLEASE CONTACT:



**Aaron Jungreis**
Founder and CEO
Direct: 212.359.9901
Cell: 516.852.1342
aaron@rosewoodrg.com



**Greg Corbin**
President, Bankruptcy
and Restructuring
Direct: 212.359.9904
Cell: 917.406.0406
greg@rosewoodrg.com



**Chaya Milworn**
Senior Director
Direct: 212.359.9936
Cell: 917.804.7458
chaya@rosewoodrg.com



**Ben Khakshoor**
Senior Broker
Direct: 212.359.9913
Cell: 516.477.5322
ben@rosewoodrg.com



**Shaun Rose**
Director
Direct: 212.359.9926
Cell: 917.523.7656
shaun@rosewoodrg.com



**Alex Fuchs**
Director
Direct: 212.359.9912
Cell: 516.578.8675
afuchs@rosewoodrg.com



**Daniel Messing**
Senior Associate
Direct: 212.359.9925
Cell: 917.420.0866
dmessing@rosewoodrg.com



**William Tavoulareas**
Head Analyst
Direct: 212.359.9923
Cell: 561.212.5555
william@rosewoodrg.com



