Exhibit A

| Sale Closing Costs | | | |
|---|---|---|---|
| Sale Price | | | $18,310,001.00 |
| Buyer Broker Premium | | 5.00% | $915,500.05 |
| **Total to be Paid by the Buyer** | | | **$19,225,501.05** |
| | | | |
| Total Number of Properties | | | 13 |
| | | | |
| Title Fees (Estimate) | | $7,500 | $97,500.00 |
| Sale Legal Fees (Estimate) | | $10,000 | $130,000.00 |
| Transfer Taxes (NY State) | | 0.00% | $0.00 |
| Transfer Taxes (NYC) | | 0.000% | $0.00 |
| Class 1 Claims - RE Taxes (as of 1/25/22) | | | $59,039.87 |
| Class 1 Claims - Open Water (as of 1/25/22)* | | | $18,717.98 |
| Class 1 Claims - Violations (as of 1/25/22) | | | $54,559.18 |
| Class 3 Claims | | | $0.00 |
| Class 4 Claims - Vendors | | | $0.00 |
| Class 5 Claims | | | $0.00 |
| Professional Fees (Estim.) - Backenroth Frankel & Krinsky | | | $360,519.00 |
| Professional Fees (Estim.) - Abrams Fenstermar | | | $356,919.52 |
| Professional Fees (Estim.) - Robinson Brog | | | $77,951.61 |
| BK Manager Fee (TBD) | | | $300,000.00 |
| US Trustee Fees (1.00%) | | | $192,255.01  *Include buyer premium as well* |
| Other Closing Costs (Estim.) | | | $50,000.00 |
| **Total Closing Costs** | | | **$1,697,462.17** |
| | | | |
| **REMAINING CASH** | | | **$16,612,538.83**  *Excluding buyer premium* |

*Water balance includes past due balance and balance due

| | | |
|---|---|---|
| Total Loans | 14 | |
| Subject Loans | 7 | |

| Legal Fees | | |
|---|---|---|
| | Total Amount | Amount Based on # of Loans |
| Backenroth Frankel & Krinsky | $721,038.00 | $360,519.00 | *as of 1/25/2022* |
| Abrams Fensterman | $713,839.03 | $356,919.52 | *Includes the contracts work too* |
| Robinson Brog | $155,903.22 | $77,951.61 | *as of 1/25/22* |
| **Total** | **$1,590,780.25** | **$795,390.13** |