**Exhibit** B

| # | Address | Lender Bid (Credit) | Closing Costs |
|---|---|---|---|
| 1 | 1125-1133 Greene Ave, Brooklyn, NY 11221 | $5,050,000 | $378,529.72 |
| 2 | 1213 Jefferson Ave, Brooklyn, NY 11221 | $1,899,000 | $142,342.16 |
| 3 | 568 Willoughby Avenue, Brooklyn, NY 11206 | $2,650,000 | $198,634.41 |
| 4 | 618 Lafayette Avenue, Brooklyn, NY 11216 | $2,937,000 | $220,146.89 |
| 5 | 834 Metropolitan Ave, Brooklyn, NY 11211 | $3,640,000 | $272,841.22 |
| 6 | 92 South 4th Street, Brooklyn, NY 11249 | | |
| 7 | 53 Stanhope Street, Brooklyn, NY 11221 | $4,470,000 | $335,055.02 |
| 8 | 325 Franklin Ave, Brooklyn, NY 11238 | | |
| 9 | 263 18th Street, Brooklyn, NY 11215 | $2,000,000 | $149,912.76 |
| **TOTAL** | | **$22,646,000** | **$1,697,462.17** |

**Total Closing Costs**
$1,697,462.17

| |
|---|
| 22.30% |
| 8.39% |
| 11.70% |
| 12.97% |
| 16.07% |
| 19.74% |
| 8.83% |
| **100.00%** |