Exhibit C

## SCHEDULE OF WINNING BIDDERS

- 
- 1125-1133 Greene Avenue
  Winning Bid: Marvin Azrak - Maguire Capital, $4,600,000.00

- 1213 Jefferson Avenue
  Winning Bid: Marvin Azrak - Maguire Capital, $975,000.00

- 568 Willoughby Avenue
  Winning Bid:  Josef Mikkelson, $1,800,000.00

- 618 Lafayette Avenue
  Winning Bid: Joel Wertzberger, $1,600,001.00

- 834 Metropolitan Avenue
  Winning Bid:  Joel Wertzberger, $1,610,000.00

- 92 South 4th Street, Brooklyn
  Winning Bid: Marvin Azrak - Maguire Capital, $2,400,000.00

- 325 Franklin Avenue, Brooklyn
  Winning Bid: Marvin Azrak - Maguire Capital, $2,725,000.00

- 53 Stanhope Street, Brooklyn
  Winning Bid: Marvin Azrak - Maguire Capital, $1,000,000.00

- 263 18th Street, Brooklyn
  Winning Bid: Marvin Azrak - Maguire Capital, $1,600,000.00