Jennifer S. Recine
David S. Rosner
Matthew B. Stein
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel.:  (212) 506-1700
Fax:  (212) 506-1800

*Counsel for Brooklyn Lender LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| 53 STANHOPE LLC, *et al.*,[1] | Case No.: 19-23013 (RDD) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF INTENT OF BROOKLYN LENDER LLC PURSUANT TO**
**ORDER AND NOTICE OF AMENDED BIDDING AND AUCTION PROCEDURES**

     Brooklyn Lender LLC ("Brooklyn Lender"), creditor in the above-captioned chapter 11

cases of the debtors and debtors in possession 53 Stanhope LLC, 325 Franklin LLC, 618

Lafayette LLC, 92 South 4th St LLC, 834 Metropolitan Avenue LLC, 1125-1133 Greene Ave

LLC, APC Holding 1 LLC, Eighteen Homes LLC, and 1213 Jefferson LLC (the "Debtors"), by

and through its undersigned counsel, hereby submits its statement of intent (the "Statement of

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D & W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

Intent"), pursuant to the Court's *Order and Notice of Amended Bidding Procedures* (Dkt. 357) (the "Order"), and respectfully represents as follows:

1.      Brooklyn Lender does not intend to bid at the auction noticed for February 23, 2022 at 10:00 a.m. (Dkt. 358) (the "Auction") for the properties of each of the Debtors subject to:  (1) the continuation and conclusion of the Auction on February 23, 2022, as noticed; and (2) the amount of the closing costs not exceeding the $1,697,462.17 referenced in Schedule A to the Order.

2.      To the extent that either of the two conditions referenced in the preceding paragraph are not satisfied, Brooklyn Lender reserves all rights to amend this Statement of Intent to renew its ability to credit bid.

Dated: February 17, 2022
        New York, New York

                                **KASOWITZ BENSON TORRES LLP**

                                By: */s/ Matthew B. Stein*
                                        Jennifer S. Recine
                                        David S. Rosner
                                        Matthew B. Stein
                                1633 Broadway
                                New York, New York 10019
                                Telephone:  (212) 506-1700
                                Facsimile:  (212) 506-1800

                                *Attorneys for Brooklyn Lender LLC*