Jennifer S. Recine
David S. Rosner
Matthew B. Stein
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Telephone No.: (212) 506-1700
Facsimile No.: (212) 506-1800

*Attorneys for Brooklyn Lender LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>53 STANHOPE LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No.: 19-23013 (RDD)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

    I, Andrew H. Elkin, an attorney employed by Kasowitz Benson Torres LLP ("Kasowitz"), certify under penalty of perjury, that on February 17, 2022, employees of Kasowitz under my supervision caused to be served upon registered users of this Court's CM/ECF electronic filing system in the above-captioned chapter cases, the *Statement of Intent of Brooklyn Lender LLC Pursuant to Order and Notice of Amended Bidding and Auction Procedures* [Dkt. 359].

Dated: February 22, 2022
New York, New York

                                                                                      /s/ *Andrew H. Elkin*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D & W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).