UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                               Chapter 11

    53 Stanhope *et al*,[1],                                        Case No. 19-23013

    Debtor.
------------------------------------------------------------x

## NOTICE OF HEARING ON APPLICATION FOR FINAL COMPENSATION

    PLEASE TAKE NOTICE, that a video hearing will be held before the Honorable Robert D. Drain by Zoom.Gov at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601-4140, on March 22, 2022 at 10:00 a.m., or as soon thereafter as counsel can be heard, to consider the request for final compensations of (a) Backenroth Frankel & Krinsky, LLP, counsel to the Debtor herein, for $729,353 in fees, plus disbursements of $37,092 for a total of $766,445 and (b) Abrams Fensterman, LLP, special litigation counsel to the Debtor herein, for $709,229.50 in fees, plus disbursements of $9,819.03 for a total of $719,048.53.

    PLEASE TAKE FURTHER NOTICE, that objections shall be filed with the Clerk of the Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601-4140, and served upon the undersigned and the United States Trustee, 201 Varick Street, New York, New York 10014.

    PLEASE TAKE FURTHER NOTICE, that the fee applications are available upon request of the undersigned, and may also be obtained on the Bankruptcy Court's internet site: www.nyeb.uscourts.gov.

Dated: New York, New York
       February 10, 2022

                                      BACKENROTH FRANKEL & KRINSKY, LLP
                                      Attorneys for the Debtor
                                      By: s/Mark A. Frankel
                                          800 Third Avenue
                                          New York, New York 10022
                                          (212) 593-1100

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).