# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>53 Stanhope et al. | CASE NO: 19-23013<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 2/25/2022, I did cause a copy of the following documents, described below,

Notice of Hearing on Fee Applications

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/25/2022

/s/ Mark Frankel
Mark Frankel

Backenroth Frankel & Krinsky, LLP
800 3rd Ave. Fl 11
New York, NY  10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO: 19-23013 |
| 53 Stanhope et al. | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 2/25/2022, a copy of the following documents, described below,

Notice of Hearing on Fee Applications

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/25/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 3rd Ave. Fl 11
New York, NY  10022

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
CASE INFO

 1LABEL MATRIX FOR LOCAL NOTICING     53 STANHOPE LLC                         NEW YORK CITY DEPARTMENT OF FINANCE
02087                                 116 NOSTRAND AVE                        NEW YORK CITY LAW DEPARTMENT
CASE 19-23013-RDD                     BROOKLYN NY 11205-2823                  100 CHURCH STREET
SOUTHERN DISTRICT OF NEW YORK                                                 NEW YORK NY 10007-2668
WHITE PLAINS
WED JAN 22 12-02-18 EST 2020


EXCLUDE

WHITE PLAINS DIVISION                 325 FRANKLIN LLC                        BRONSTEIN GEWIRTZ GROSSMAN LLC
300 QUARROPAS STREET                  116 NORSTRAND AVE                       60 EAST 42ND STREET SUITE 4600
WHITE PLAINS NY 10601-4140            BROOKLYN NY 11205-2823                  NEW YORK NY 10165-0006




BACKENROTH FRANKEL KRINSKY            BROOKLYN LENDER LLC                     DAVID RYNESS
800 THIRD AVENUE                      CO MAVERICK REAL ESTATE                 CO BRONSTEIN GEWIRTZ ATTNY SOLOVEICHI
11TH FLOOR                            100 PARK AVE SUITE 2805                 60 EAST 42ND STREET SUITE 4600
NEW YORK NY 10022-7651                NEW YORK NY 10017-5536                  NEW YORK NY 10165-0006




DEPARTMENT OF THE TREASURY            ELIYAHU STERN                           HUTMAN HUTMAN CERTIFIED PUBLIC
INTERNAL REVENUE SERVICE              CO BRONSTEIN GEWIRTZ ATTNY SOLOVEICHI   ACCOUNTA
POST OFFICE BOX 7346                  60 EAST 42ND STREET SUITE 4600          435 E COUNTY LINE ROAD
PHILADELPHIA PA 19101-7346            NEW YORK NY 10165-0006                  LAKEWOOD NJ 08701-1426




JAMES E JOHNSON                       MCGRAIL BENSINGER LLP                   NYC DEPT OF FINANCE
ATTORNEY FOR CITY OF NEW YORK AND     888C 8TH AVENUE 107                     OFFICE OF LEGAL AFFAIRS
NEW YORK CITY DEPARTMENT OF FINANCE   NEW YORK NEW YORK 10019-8511            COLLECTION UNIT
100 CHURCH STREET                                                             375 PEARL STREET 30TH FLOOR
NEW YORK NEW YORK 10007-2622                                                  NEW YORK NV 10038-1442




OFFICE OF THE UNITED STATES TRUSTEE   SAMANTHA J CHU ESQ                      SEE EXHIBIT A LIST OF CLAIMANTS
US FEDERAL OFFICE BUILDING            NEW YORK CITY LAW DEPARTMENT            CO BRONSTEIN GEWIRTZ
201 VARICK STREET                     NEW YORK CITY DEPARTMENT OF FINANCE     ATTN- YE SOLOVEICHIK
SUITE 1006                            100 CHURCH STREET                       60 EAST 42ND STREET SUITE 4600
NEW YORK NY 10014-4811                NEW YORK NY 10007-2668                  NEW YORK NY 10165-0006




SILVER SPRING CAPITAL                 STROOCK STROOCK LAVAN LLP               TIMOTHY DONALDSON JORDAN DONALDSON
244 5TH AVE SUITE 2232                ATTORNEYS FOR BROOKLYN LENDER LLC       53 STANHOPE STREET
NEW YORK NY 10001-7604                180 MAIDEN LANE                         2ND FLOOR
                                      NEW YORK NY 10038-4982                  BROOKLYN NY 11221-3410




EDWARD SMITH                          BINYOMIN HALPERN                        RAPHAEL BAROUCH ELKAIM
ABRAMS FENSTERMAN FENSTERMAN ET AL    CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC
81 MAIN STREET                        60 EAST 42ND STREET                     60 EAST 42ND STREET
STE 306                               SUITE 4600                              SUITE 4600
WHITE PLAINS NY 10601-1719            NEW YORK NY 10165                       NEW YORK NY 10165




BUSHWICK OPERATIONS LLC               KINGSTON OPERATIONS LLC                 JEFFERSON OPERATIONS LLC
CO BRONSTEIN GEWIRTZ GROSSMAN LLC     CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC
60 EAST 42ND STREET                   60 EAST 42ND STREET                     60 EAST 42ND STREET
SUITE 4600                            SUITE 4600                              SUITE 4600
NEW YORK NY 10165                     NEW YORK NY 10165                       NEW YORK NY 10165
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 1078 DEKALB OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 618 LAFAYETTE OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 |
| 74 VAN BUREN OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 760 WILLOUGHBY OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 454 CENTRAL AVENUE OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 |
| 855 DEKALB AVENUE OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 720 LIVONIA OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | SLOPE EQUITIES OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 |
| WILLOUGHBY ESTATES OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 73 EMPIRE DEVELOPMENT OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 980 ATLANTIC HOLDINGS OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 |
| 325 FRANKLIN OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 8 MAPLE AVENUE OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 853 LEXINGTON OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 |
| 348 ST NICHOLAS OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 1301 PUTNAM OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | 945 PARK PLACE OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 |
| MARK A FRANKEL<br>BACKENROTH FRANKEL KRINSKY LLP<br>800 THIRD AVENUE<br>11TH FLOOR<br>NEW YORK NY 10022-7651 | CITY OF NEW YORK<br>NYC LAW DEPARTMENT<br>100 CHURCH ST<br>NEW YORK NY 10007-2668 | STATE OF NEW YORK<br>ATTORNEY GENERALS OFFICE<br>120 BROADWAY<br>NEW YORK NY 10271-0002 |
| UNITED STATES OF AMERICA<br>CO US ATTORNEY<br>86 CHAMBERS STREET<br>NEW YORK NY 10007-1825 | NYC WATER BOARD<br>PO BOX 11863<br>NEWARK NJ 07101-8163 | CHARLES WILLIAM MERCER<br>53 STANHOPE STREET<br>2ND FLOOR<br>BROOKLYN NY 11221-3410 |
| SANTOS MUNIZ<br>53 STANHOPE ST<br>1ST FLOOR<br>BROOKLYN NY 11221-3410 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN SERENE K NAKANO<br>US FEDERAL OFFICE BUILDING<br>201 VARICK ST ROOM 1006<br>NEW YORK NEW YORK 10014-9449 | INTERNAL REVENUE SERVICE<br>CO US ATTORNEY CLAIMS UNIT<br>ONE SAINT ANDREWS PLAZA RM 417<br>NEW YORK NY 10007-1701 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| NYC DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK NY 10038-3728 | NYS DEPT OF TAX FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY NY 12205-0300 | NYC DEPT OF FINANCE<br>PO BOX 680<br>NEWARK NJ 07101-0680 |
| ABRAMS FENSTERMAN LLP<br>1 METROTECH CENTER<br>SUITE 1701<br>BROOKLYN NY 11201-3949 | SF LOCKSMITH INC<br>199 LEE AVE<br>BROOKLYN NY 11211-8919 | TIMOTHY DONALDSONJORDAN<br>DONALDSON<br>53 STANHOPE STREET<br>2ND FLOOR<br>BROOKLYN NY 11221-3410 |
| CS CONSTRUCTION LLC<br>116 NOSTRAND AVE<br>BROOKLYN NY 11205-2823 | DANIEL SCHUY<br>55 STANHOPE STREET<br>1-B<br>BROOKLYN NY 11221-6242 | DANIELLE A WASSELL<br>55 STANHOPE STREET<br>1-A<br>BROOKLYN NY 11221-6242 |
| HOUTEX LLC<br>55 NORTHERN BLVD<br>GREAT NECK NY 11021-4027 | KATHLEEN BARRONGANESH SARMA<br>55 STANHOPE STREET<br>3-B<br>BROOKLYN NY 11221-6242 | MANHATTAN FIRE AND SECURITY<br>1133 MCDONALD AVE<br>BROOKLYN NY 11230-3327 |
| PILKU CONSTRUCTION SERVICE INC<br>150 MILL ST<br>BROOKLYN NY 11231-3207 | HUTMAN HUTMAN CERTIFIED PUBLIC<br>ACCOUNTS<br>435 E COUNTY LINE ROAD<br>LAKEWOOD NJ 08701-1426 | COLIN GARLANDSARAH E CORRIGAN<br>55 STANHOPE STREET<br>2-B<br>BROOKLYN NY 11221-6242 |
| DAY ELEVATOR AND LIFT<br>50 HEMPSTEAD GARDENS DRIVE<br>WEST HEMPSTEAD NY 11552-2642 | GERARD CAREYCHRISTOPHER RUSSELL<br>55 STANHOPE STREET<br>3-A<br>BROOKLYN NY 11221-6242 | JOHN M MINOGUE<br>SAMANTHA M SIRAGUSA<br>55 STANHOPE STREET<br>4-A<br>BROOKLYN NY 11221-6242 |
| MY DEVELOPERS INC<br>2 SKILLMAN STREET<br>BROOKLYN NY 11205-1551 | CHANDLER MERCER<br>53 STANHOPE STREET<br>2ND FLOOR<br>BROOKLYN NY 11221-3410 | VIDEL R TORRES<br>55 STANHOPE STREET<br>4-B<br>BROOKLYN NY 11221-6242 |
| ALEXANDRE BETTING<br>119 ROGERS AVENUE<br>3R<br>BROOKLYN NY 11216-6030 | COLLIN SLEASMAN<br>CAROLINE PORTU HUYEN DO<br>119 ROGERS AVENUE<br>1R<br>BROOKLYN NY 11216-6030 | KRISS FEUERSTEIN LLP<br>360 LEXINGTON AVE<br>NEW YORK NY 10017-6555 |
| MICHAEL FRANCIS<br>119 ROGERS AVENUE<br>2L<br>BROOKLYN NY 11216-6029 | SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK NY 10019-6088 | CHRISTOPHER W BARNETT<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DEVON BUCHANAN<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 | EMELINE LUI<br>127 ROGERS AVENUE<br>3R<br>BROOKLYN NY 11216-3943 | CHRISTINA W WAIREGI<br>DAVID SEMELBERGER<br>119 ROGERS AVENUE<br>3L<br>BROOKLYN NY 11216-6029 |
| IPFS CORP<br>52 CORPORATE CIRCLE SUITE 208<br>ALBANY NY 12203-5176 | MAX GORELICKJAKE R MILLER<br>119 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-6029 | PLUMBING CONSULTANTS LLC<br>4403 15TH AVE<br>BROOKLYN NY 11219-1604 |
| CHESLY KOHEN<br>127 ROGERS AVENUE<br>2R<br>BROOKLYN NY 11216-3943 | COURTNEY CONNELLY<br>127 ROGERS AVENUE<br>2R<br>BROOKLYN NY 11216-3943 | DONNEAL D JOHNSON<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 |
| JAKE SLOOFMAN<br>127 ROGERS AVENUE<br>3R<br>BROOKLYN NY 11216-3943 | JULLIET GENNARI<br>127 ROGERS AVENUE<br>2L<br>BROOKLYN NY 11216-3943 | KENEIL H JOHNSON<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 |
| KORPO DANIELS<br>127 ROGERS AVENUE<br>3L<br>BROOKLYN NY 11216-3943 | RANDOLPH GOODLUCK<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 | STEFANIE BIONDI<br>127 ROGERS AVENUE<br>2R<br>BROOKLYN NY 11216-3943 |
| WALDEN HUNTLER FENNER<br>127 ROGERS AVENUE<br>3L<br>BROOKLYN NY 11216-3943 | DAWN CHENG ZENG<br>325 FRANKLIN AVENUE<br>2-F<br>BROOKLYN NY 11238-1465 | HERRICK FEINSTEIN LLP<br>TWO PARK AVENUE<br>NEW YORK NY 10016-9302 |
| JUSTINA CHOI<br>127 ROGERS AVENUE<br>3R<br>BROOKLYN NY 11216-3943 | KITA AUSTIN<br>127 ROGERS AVENUE<br>3L<br>BROOKLYN NY 11216-3943 | LUKE BENNETBRANDON G REILLY<br>127 ROGERS AVENUE<br>1R<br>BROOKLYN NY 11216-3943 |
| SARAH DINKELASKER<br>127 ROGERS AVENUE<br>2L<br>BROOKLYN NY 11216-3943 | STEVEN HOLLENKAMP<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 | BMW PLUMBING<br>199 LEE AVE<br>BROOKLYN NY 11211-8919 |
| EMILY W MEBANEREBECCA BIRSTOCK SOPHIA<br>325 FRANKLIN AVENUE<br>3-B<br>BROOKLYN NY 11238-1465 | JEFFREY GRIFFINKARA STOLEYMIKE CZEI<br>325 FRANKLIN AVENUE<br>1-B<br>BROOKLYN NY 11238-1465 | MADISON JESMER MEGAN JESMER STANLEY SI<br>325 FRANKLIN AVENUE<br>3-F<br>BROOKLYN NY 11238-1465 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ANNE BRADFORD                    ES MAINTENANCE                   JAMES MARLOW
618 LAFAYETTE AVENUE             P O BOX 190917                   618 LAFAYETTE AVENUE
1                                BROOKLYN NY 11219-0917           3
BROOKLYN NY 11216-1062                                            BROOKLYN NY 11216-1062


MEGAN DERVIN                     SITE COMPLI                      ALEXANDRA ENGLEZOSKAYLA NAKAGAWA
618 LAFAYETTE AVENUE             53 WEST 23RD STREET              109 SOUTH 3RD STREET
4                                FRANKLIN SQUARE NY 11010         109-1
BROOKLYN NY 11216-1062                                            BROOKLYN NY 11249-5574


STORE ZUCO SOSA                  CON EDISON                       INSURANCE RECOMMENDATIONS REPAIR
325 FRANKLIN AVENUE              JAF STATION                      116 NOSTRAND AVENUE
STORE                            PO BOX 1702                      BROOKLYN NY 11205-2823
BROOKLYN NY 11238-1465           NEW YORK NY 10116-1702


LUCAS WALDRON                    PERFECT PEST                     BSMT MARIA DEL VALLE
618 LAFAYETTE AVENUE             199 LEE AVENUE 631               109 SOUTH 3RD STREET
2                                BROOKLYN NY 11211-8919           BROOKLYN NY 11249-5574
BROOKLYN NY 11216-1062


TYSON KUBE                       ELLIOT YANCYHALLIE DAVIES        AMAZON
109 SOUTH 3RD STREET             109 SOUTH 3RD STREET             PO BOX 81226
109-3                            109-2                            SEATTLE WA 98108-1300
BROOKLYN NY 11249-5574           BROOKLYN NY 11249-5574


BS ENTERPRISE                    BORAH GOLDSTEIN                  INDUSTRIAL ELECTRIC
715 MYRTLE AVE                   377 BROADWAY                     259 JOHNSON AVE
BROOKLYN NY 11205-3862           NEW YORK NY 10013-3907           BROOKLYN NY 11206-2820


LUXURY DESIGN                    ALUF APPLIANCE                   ANWAR ALRUWAILIBENJAMIN BURGE
240 BROADWAY                     1455 49TH ST 3F                  129 SOUTH 2ND STREET
BROOKLYN NY 11211-8409           BROOKLYN NY 11219-3205           129-1
                                                                  BROOKLYN NY 11249-5215


BEST SUPER CLEANING              BUNGALOW LIVING INC              CROSSTOWN COUNTRY GLASS
5222 NEW UTRECHT AVENUE          129 SOUTH 2ND STREET             406 WILLOUGHBY AVENUE
BROOKLYN NY 11219-3828           129-2                            BROOKLYN NY 11205-4509
                                 BROOKLYN NY 11249-5215


JENNIFER BUTRYMOWICZ             LOANS WF                         METROPOLITAN ENVIRONMENTAL
129 SOUTH 2ND STREET             116 NOSTRAND AVENUE              199 LEE AVENUE
129-3                            BROOKLYN NY 11205-2823           SUITE 119
BROOKLYN NY 11249-5215                                            BROOKLYN NY 11211-8919
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| NOOKLYN<br>28 SCOTT AVE 106<br>BROOKLYN NY 11237-2478 | ORIENTAL LUMBER<br>1154 FLUSHING AVE<br>BROOKLYN NY 11237-1747 | SEAN MURRAY<br>129 SOUTH 2ND STREET<br>129 BL<br>BROOKLYN NY 11249-5215 |
| SIGN UP<br>539 PARK AVENUE<br>BROOKLYN NY 11205-1633 | TILE DEPOT<br>26 STEUBEN ST<br>BROOKLYN NY 11205-1306 | CERTIFIED LUMBER<br>470 KENT AVE<br>BROOKLYN NY 11249-5986 |
| RYAN ONEILTHOMAS BIANCAMANO<br>92 SOUTH 4TH STREET<br>4<br>BROOKLYN NY 11249-5505 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>US FEDERAL OFFICE BUILDING<br>201 VARICK STREET ROOM 1006<br>NEW YORK NY 10014-9449 | MOSES GUTTMAN<br>212 ROSS STREET<br>BROOKLYN NY 11211-7623 |
| SAM THE GLAZIER<br>245 WILSON AVE<br>BROOKLYN NY 11237-4514 | SEAN OWENRYAN PHILBIN<br>129 SOUTH 2ND STREET<br>129 B2<br>BROOKLYN NY 11249 | STRUCTURAL ENGINEERING TECHNOLOGIES<br>4012 28TH ST<br>LONG ISLAND CITY NY 11101-3308 |
| WATERFRONT PROPERTY MANAGEMENT<br>116 NOSTRAND AVENUE<br>BROOKLYN NY 11205-2823 | CIARA ALLEN<br>92 SOUTH 4TH STREET<br>2<br>BROOKLYN NY 11249-5505 | SARAH COHN<br>92 SOUTH 4TH STREET<br>3<br>BROOKLYN NY 11249-5505 |
| KLEIN SLOWIK<br>90 BROAD STREET SUITE 602<br>NEW YORK NY 10004-3339 | NATIONAL GRID<br>PO BOX 11741<br>NEWARK NJ 07101-4741 | STEPHANIE N STODDARD<br>834 METROPOLITAN AVENUE<br>3<br>BROOKLYN NY 11211-3073 |
| ASHLEY COURTNEY<br>1133 GREENE AVENUE<br>1133-2<br>BROOKLYN NY 11221-3814 | CAILIN YAROCH<br>1129 GREENE AVENUE<br>1129-2<br>BROOKLYN NY 11221-3814 | FRANCIA VALBUENA<br>1127 GREENE AVENUE<br>1127-1<br>BROOKLYN NY 11221-3814 |
| JARED SHIRKEY<br>1133 GREENE AVENUE<br>1133-1<br>BROOKLYN NY 11221-3814 | SHADE OLADETIMIEMMA ROS<br>1125 GREENE AVENUE<br>1125-1<br>BROOKLYN NY 11221-3814 | COURTNEY FORD BENJAMIN DEVRIES<br>568 WILLOUGHBY AVENUE<br>UNIT 6<br>BROOKLYN NY 11206-6064 |
| BABAK SARLATIBAHMAN SHARIFI<br>568 WILLOUGHBY AVENUE<br>UNIT 1<br>BROOKLYN NY 11206-6064 | ACE HARDWARE<br>347 KNICKERBOCKER AVE<br>BROOKLYN NY 11237-3740 | BRIDGET WINKLER<br>1131 GREENE AVENUE<br>1131-1<br>BROOKLYN NY 11221-3814 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DANIELLE SENKKRISTEN OR
1125 GREENE AVENUE
1125-2
BROOKLYN NY 11221-3814

GREGORY GOLDMAN
1131 GREENE AVENUE
1131-2
BROOKLYN NY 11221-3814

MATTHEW DUELL
1127 GREENE AVENUE
1127-2
BROOKLYN NY 11221-3814

WEDNESDAY DERRICO
1129 GREENE AVENUE
1129-1
BROOKLYN NY 11221-3814

POPPY CASEYTHEODORE KNUETTER
568 WILLOUGHBY AVENUE
UNIT 2
BROOKLYN NY 11206-6064

BRYN SUNI
568 WILLOUGHBY AVENUE
UNIT 4
BROOKLYN NY 11206-6064

DNJA SIMUNOVIC
568 WILLOUGHBY AVENUE
UNIT 5
BROOKLYN NY 11206-6064

WATER SEWER
PO BOX 11863
NEWARK NJ 07101-8163

JESSE PATCH
144 HUNTINGTON ST
3
BROOKLYN NY 11231-0847

ALANA VIERA
342 RODNEY ST
2
BROOKLYN NY 11211-4651

HARSHAL AMIN
318 BEDFORD AVE
2
BROOKLYN NY 11249-4926

KAISER SANDWIPI
68 CARROLL ST
2
BROOKLYN NY 11231-2749

SADEKEEN ALAM
318 BEDFORD AVE
STORE
BROOKLYN NY 11249-4376

EMMA ROSZAK
318 BEDFORD AVE
3
BROOKLYN NY 11249-4926

THOMAS RICHARDSON
568 WILLOUGHBY AVENUE
UNIT 3
BROOKLYN NY 11206-6064

ERIC TORRES
740 DRIGGS AVE
3
BROOKLYN NY 11211-5364

JOSHUA WAGSCHAL
94 HERRICK AVE
SPRING VALLEY NY 10977-3801

CLAIRE GILBERTSEN
68 CARROLL ST
3
BROOKLYN NY 11231-2749

JOSEPH CARAVAGLIA
68 CARROLL ST
2
BROOKLYN NY 11231-2749

MATTHEW KANTNER
342 RODNEY ST
1
BROOKLYN NY 11211-4651

ALEXANDER SHERBA
144 HUNTINGTON ST
1
BROOKLYN NY 11231-0847

JOSHUA KAUFMAN
342 RODNEY ST
4
BROOKLYN NY 11211-4651

KELLY LYNN CHAGNON
342 RODNEY ST
4
BROOKLYN NY 11211-4651

SANAM SKELLY
144 HUNTINGTON ST
2
BROOKLYN NY 11231-0847

VINNYSNIA ARMSWORTH
68 CARROLL ST
BSMNT
BROOKLYN NY 11231-2749

CASSITY WARNECKE
182 MESEROLE ST
2R
BROOKLYN NY 11206-2107

GABRIELLE LENART
182 MESEROLE ST
3R
BROOKLYN NY 11206-2107

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JOHN THOMASHARPER THILLAPAUGH<br>178 MESEROLE ST<br>3R<br>BROOKLYN NY 11206-2115 | KYLE KRUEGER<br>182 MESEROLE ST<br>3L<br>BROOKLYN NY 11206-2107 | LYNN BELLES<br>180 MESEROLE ST<br>2R<br>BROOKLYN NY 11206-2119 |
| MAXWELL ALIAPOULIOS<br>130 SOUTH 2ND ST<br>2<br>BROOKLYN NY 11249-5205 | TORIN MARTIN BLANKENSMITH<br>130 SOUTH 2ND ST<br>4<br>BROOKLYN NY 11249-5205 | AMALYA M GOLDBERG<br>178 MESEROLE ST<br>1<br>BROOKLYN NY 11206-2794 |
| CELINA DE JESUS<br>180 MESEROLE ST<br>3L<br>BROOKLYN NY 11206-2119 | JADE A LEITZEL<br>440 LORIMER ST<br>3<br>3801<br>BROOKLYN NY 11206-7669 | KATHERINE BRADLEY<br>180 MESEROLE ST<br>1<br>BROOKLYN NY 11206-2119 |
| LAURA MCWHORTER<br>440 LORIMER ST<br>2<br>BROOKLYN NY 11206-7669 | MARIA LUCIA CALETA<br>182 MESEROLE ST<br>1<br>BROOKLYN NY 11206-2107 | MOLLY M GANCSOS<br>182 MESEROLE ST<br>2L<br>BROOKLYN NY 11206-2107 |
| RILEY AYSSA BUTTERFIELD<br>178 MESEROLE ST<br>2R<br>BROOKLYN NY 11206-2115 | STEPHEN MARSH<br>178 MESEROLE ST<br>3L<br>BROOKLYN NY 11206-2115 | WILLIAM AMOND KUEBLER<br>180 MESEROLE ST<br>3R<br>BROOKLYN NY 11206-2119 |
| ATARA TROPPE<br>106 KINGSTON AVENUE<br>2<br>3828<br>BROOKLYN NY 11213-1636 | EW WHOLESALE<br>208 WALWORTH ST<br>BROOKLYN NY 11205-4505 | GIZEM UZUN<br>106 KINGSTON AVENUE<br>2<br>BROOKLYN NY 11213-1636 |
| LIVE LION SECURITY<br>5222 NEW UTRECHT AVENUE SUITE 343<br>BROOKLYN NY 11219-3828 | POORAN S MOLLCHANDANI<br>180 MESEROLE ST<br>2L<br>BROOKLYN NY 11206-2119 | RYAN DUFFY<br>440 LORIMER ST<br>1<br>BROOKLYN NY 11206-7669 |
| TRIANA N THOMPSON<br>178 MESEROLE ST<br>2L<br>BROOKLYN NY 11206-2115 | ABC SUPPLY<br>18614 JAMAICA AVENUE<br>HOLLIS NY 11423-2414 | CITI HARDWARE<br>321 FRANKLIN AVENUE<br>BROOKLYN NY 11238-1404 |
| GARBAGE REMOVAL<br>116 NOSTRAND AVENUE<br>BROOKLYN NY 11205-2823 | GOOD LIVING MANAGEMENT<br>116 NOSTRAND AVENUE<br>BROOKLYN NY 11205-2823 | LOCKS MORE<br>320 ROEBLING STREET 635<br>BROOKLYN NY 11211-6262 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PG 10 OF 11
MYRON
199 LEE AVENUE 527
BROOKLYN NY 11211-8919

SAMUEL MILLINGTON
1130 LORING AVE
BROOKLYN NY 11208-5019

GIILBERT PIRES SCOTT NICK BLACKBURN
263 18TH STREET
REAR
BROOKLYN NY 11215-5596

PARK SLOPE
601 5TH AVE
BROOKLYN NY 11215-5432

SEAN KERSHAW
263 18TH STREET
BSMNT
BROOKLYN NY 11215-8151

CHLOE RICE
1213 JEFFERSON AVENUE
1
BROOKLYN NY 11221-5111

RYAN JARJOURAMADISON GROVES
1213 JEFFERSON AVENUE
3
BROOKLYN NY 11221-5111

SKILLMAN TRUST LLC
50 SKILLMAN ST
BROOKLYN NY 11205

ROYAL CHAPEL INTERNATIONAL
106 KINGSTON AVENUE
STORE 11010
BROOKLYN NY 11213-1636

TREFF LOWY
481 WYTHE AVENUE 2ND FLOOR
BROOKLYN NY 11249-6186

KARELISA KIMMEL
263 18TH STREET
BROOKLYN NY 11215-8151

SARAH JACOBSALEN HOFFMAN
263 18TH STREET
2
BROOKLYN NY 11215-5596

THERESA JOSE NEGRET
263 18TH STREET
1
BROOKLYN NY 11215-5596

ELIJAH JONESBRENTON JONES
1213 JEFFERSON AVENUE
2
BROOKLYN NY 11221-5111

RACHEL KELLEHER
167 HART STREET
BROOKLYN NY 11206

CHRISTINA LAMARDO
167 HART STREET
BROOKLYN NY 11206

JACK SMITH
167 HART STREET
BROOKLYN NY 11206

KASOWITZ BENSON TORRES
1633 BROADWAY
NEW YORK NY 10019