UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                    Chapter 11

    53 Stanhope *et al*,[1],                                          Case No.  19-23013

    Debtor.
-------------------------------------------------------------x

## PROOF OF SERVICE BY EMAIL

I, Mark Frankel, declare that I am a resident of or employed in the County of New York, State of New York. My business address is 800 Third Avenue, New York 10022. I am over the age of eighteen years of age and am not a party to this case.  On February 12, 2022 I served this firm's fee application, docket no. 361, on the parties listed below, by email: 'Leslie A. Berkoff' <lberkoff@moritthock.com>; 'Andrea J. Caruso' <ACaruso@Abramslaw.com>; 'Chu, Samantha (Law)' <sachu@law.nyc.gov>; 'kconroy@kasowitz.com'; 'Dolinger, Samuel (USANYS' <Samuel.Dolinger@usdoj.gov>; 'Andrew H. Elkin' <AElkin@kasowitz.com>; 'Matthew B. Stein' <MStein@kasowitz.com>; 'Longo, Kim' <klongo@windelsmarx.com>; 'Zipes, Greg  (USTP)' <Greg.Zipes@usdoj.gov>; Greg Corbin <Greg@Rosewoodrg.com>; 'Melissa A. Peña, Esq.' <mapena@norris-law.com>; 'Jennifer S. Recine' <JRecine@kasowitz.com>; Fred Ringel  (fbr@robinsonbrog.com); 'sselbst@herrick.com'; pshah@mcgrailbensinger.com; 'Ezi Soloveichik' <soloveichik@bgandg.com>; David Goldwasser <dgoldwasser@fiacp.com>; Mendel Brach <brach.mendel@gmail.com>; 'Chaskiel Strulovitch' <cs@csrealestate.com>

Dated: New York, New York
       February 25, 2022

                                          BACKENROTH FRANKEL & KRINSKY, LLP
                                          Attorneys for the Debtor


                                          By: s/Mark A. Frankel
                                                800 Third Avenue
                                                New York, New York 10022
                                                (212) 593-1100

---

[1] [1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC  Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer  LLC (8197); 106 Kingston  LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).