ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
Fred B. Ringel
*Special Counsel for the Debtors and Debtors
in Possession*

Hearing Date and Time
March 22, 2022 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

**53 STANHOPE LLC, et al,1**

                Debtors.

Chapter 11

Case No: 19-23013-rdd
Jointly Administered

-----------------------------------------------------------X

## NOTICE OF HEARING TO CONSIDER APPLICATIONS FOR FINAL ALLOWANCE OF <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS FOR THE DEBTORS</u>

**PLEASE TAKE NOTICE**, that a hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601-4140 on **March 22, 2022 at 10:00 a.m.** ("Hearing Date"), or as soon thereafter as counsel may be heard, to consider the applications ("Fee Applications"), for final allowance of compensation for professional services rendered and reimbursement of expenses incurred for the time periods as set forth below:

---

1 The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

| Applicant | Fees Requested | Reimbursement of Expenses |
|---|---|---|
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. (special counsel to the Debtors) **Final Fee Application** August 1, 2019 – October 22, 2021 | $152,509.50 | $243.72 |
| Rosewood Realty Group (real estate broker to the Debtors) **First and Final Fee Application** | $915,500.05 | None |

**PLEASE TAKE FURTHER NOTICE**, that any party who wishes to attend the hearing must register an appearance utilizing the Electronic Appearance portal on the Court's website at

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. The hearing will be conducted via Zoom and a link to the Zoom hearing will be provided by the Court by email in advance of the hearing. Zoom for Government instructions can be found at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE**, that the Fee Applications may be examined with a password on the Bankruptcy Court's electronic filing system on the Internet at http://www.nysb.uscourts.gov or by requesting a copy of the Fee Applications from the undersigned counsel for the Debtors at the address set forth below. Copies of redacted Applicant's time records are available upon request.

**PLEASE TAKE FURTHER NOTICE**, that objections to the Fee Applications must be in writing and shall state with particularity the grounds therefore and be filed and served as described below so as to be received **no later than 5:00 p.m., seven (7) days prior** to the Hearing Date.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Fee Application, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the Court, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140, with a copy to Chambers, provided, however, that pursuant to *general order* No. M-399 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted with Adobe Acrobat file format) at http://www. nysb.uscourts.gov. and served so as to be received by the Applicant, special counsel for the Debtors, **Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, New York, New York 10022, Attention: A. Mitchell Greene, Esq.**, and the **Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006 New York, New York 10014**, no later than **seven (7) days** prior to the Hearing Date.

Dated:  New York, New York
        March 1, 2022        **ROBINSON BROG LEINWAND**
                                        **GREENE GENOVESE & GLUCK P.C.**
                                       Special Counsel for the Debtors
                                       875 Third Avenue, 9th Floor
                                       New York, New York 10022
                                       Tel. No.: 212-603-6300

                                       By: __/s/ A. Mitchell Greene_____
                                             A. Mitchell Greene