UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

In re                                                                      :

       Case No.: 19-23013 (RDD)

53 Stanhope LLC, et al.                                        :

       Chapter 11

    Debtors.                                                    :

       (Jointly Administered)

-------------------------------------------------------- X

**PROOF OF SERVICE BY EMAIL**

    I, Andrea J. Caruso, Esq., declare that I am a resident of or employed in the County of Brooklyn, State of New York. My business address is 1 MetroTech Center Suite 1701 Brooklyn, New York 11201. I am over the age of eighteen years of age and am not a party to this case.

    On February 25, 2022, I served this firm's fee application, docket no. 365, on the parties listed below, by email: 'Leslie A. Berkoff lberkoff@moritthock.com; 'Andrea J. Caruso'ACaruso@Abramslaw.com; 'Chu, Samantha (Law)'; sachu@law.nyc.gov> 'kconroy@kasowitz.com'; 'Dolinger, Samuel (USANYS'Samuel.Dolinger@usdoj.gov; Andrew H. Elkin'AElkin@kasowitz.com 'Matthew B. Stein'MStein@kasowitz.com; Longo, Kim'klongo@windelsmarx.com; 'Zipes, Greg (USTP)'Greg.Zipes@usdoj.gov; Greg Corbin Greg@Rosewoodrg.com; 'Melissa A. Pena, Esq. mapena@norris-law.com; 'Jennifer S. Recine'JRecine@kasowitz.com; Fred Ringel (fbr@robinsonbrog.com); sselbts@herricks.com'; pshah@mcgrailbensinger.com; 'Ezi Soloveichik'soloveichik@bgandg.com; David Goldwasserdgoldwasser@fiacp.com; Mendel Brachbrach.mendel@gmail.com; 'Chaskiel Strulovitch'cs@csrealestate.com

Dated: Brooklyn, New York
       March 1, 2022

                                                    ABRAMS, FENSTERMAN, LLP
                                                    Special Counsel for the Debtor

                                                    By _/s/ Andrea J. Caruso_
                                                      Andrea J. Caruso, Esq.
                                                      1 Metro Tech Center, Suite 1701
                                                      Brooklyn, New York 11201
                                                      acaruso@abramslaw.com