UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                          Chapter 11

    53 Stanhope *et al*,[1],                                 Case No.  19-23013

                     Debtor.
------------------------------------------------------------x

**PROOF OF SERVICE BY EMAIL**

I, Mark Frankel, declare that I am a resident of or employed in the County of New York, State of New York. My business address is 800 Third Avenue, New York 10022. I am over the age of eighteen years of age and am not a party to this case.  On March 4, 2022 I served the Debtors' Notice of Sale Hearing with exhibits, docket no. 371, on the parties listed below, by email: 'Leslie A. Berkoff' <lberkoff@moritthock.com>; 'Cahn, Aaron' <cahn@clm.com>; 'Andrea J. Caruso' <ACaruso@Abramslaw.com>; 'John Cahalan' <JCahalan@Abramslaw.com>; 'Mark J. Caruso' <MCaruso@Abramslaw.com>; 'Chu, Samantha (Law)' <sachu@law.nyc.gov>; 'kconroy@kasowitz.com'; 'Dolinger, Samuel (USANYS' <Samuel.Dolinger@usdoj.gov>; 'Andrew H. Elkin' <AElkin@kasowitz.com>; 'Zipes, Greg  (USTP)' <Greg.Zipes@usdoj.gov>; 'Melissa A. Peña, Esq.' <mapena@norris-law.com>; 'Jennifer S. Recine' <JRecine@kasowitz.com>; 'Matthew B. Stein' <MStein@kasowitz.com>; Fred Ringel  (fbr@robinsonbrog.com); 'sselbst@herrick.com'; 'Ezi Soloveichik' <soloveichik@bgandg.com>; David Goldwasser <dgoldwasser@fiacp.com>; 'Greg Corbin' <Greg@Rosewoodrg.com>; 'Chaya Milworn' <Chaya@Rosewoodrg.com>; 'mark@gdcapitalgroup.com'; 'dmandl@steinadlerlaw.com'; 'mdabah@steinadlerlaw.com'; 'eli@habitatlivingnyc.com'; 'esteinmetz@rspclawyers.com'; 'aundre@aoradev.com'; 'uchemadu@gmail.com'; 'fredrik.wide@gmail.com'; 'phardy@shupackhardy.com'; 'Erica Aisner'

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC  Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer  LLC (8197); 106 Kingston  LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

<eaisner@kacllp.com>; 'manulafayette@gmail.com'; 'rcadoch@gmail.com'; 'Daniel Levine' <daniel@russellwalshlaw.com>; 'Gedolia Steinmetz' <gsteinmetz@themintcapital.com>; 'chaim schiff' <chaimextra@gmail.com>; 'Meng Lee' <M.Lee@freogroup.com>; 'Longo, Kim' <klongo@windelsmarx.com>; 'joyland@gmail.com'

Dated: New York, New York
       March 7, 2022

                BACKENROTH FRANKEL & KRINSKY, LLP
                Attorneys for the Debtor

                By: s/Mark A. Frankel
                    800 Third Avenue
                    New York, New York 10022
                    (212) 593-1100