UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                                                    Chapter 11

      53 STANHOPE LLC[1],                              Case No.  19-23013

                Debtor.

--------------------------------------------------------x

## NOTICE OF HEARING

      PLEASE TAKE NOTICE, a hearing will be held on December 20, 2022 at 10:00 a.m. (the "Hearing") before the Honorable Sean H. Lane at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601−5008, to consider the previously served application of 53 STANHOPE LLC and the jointly administered debtors herein, for a final decree [Docket no. 88].  Attorneys and self-represented individuals must sign up to appear at the Hearing the Court's eCourt Appearances tool, by 4:00pm, one business day before the scheduled hearing date. If you require assistance, please contact the Judge's Chambers or Court Services at (212) 284-4040.

      PLEASE TAKE FURTHER NOTICE, that objections, if any, must be in writing, served upon the undersigned, and filed with the Clerk of the Bankruptcy Court, with a courtesy copy to the Honorable Sean H. Lane's chambers, so as to be received at least seven (7) days prior to the Hearing date.

Dated:  New York, New York
      November 25, 2022

                       BACKENROTH FRANKEL & KRINSKY, LLP
                       By:    s/Mark A. Frankel
                            800 Third Avenue
                            New York, New York 10022
                            (212) 593-1100

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC  Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer  LLC (8197); 106 Kingston  LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                          Chapter 11

      53 STANHOPE LLC[1]                               Case No.  19-23013

                    Debtor.
----------------------------------------------------------x

## **FINAL DECREE**

      Upon the application of 53 STANHOPE LLC and the jointly administered debtors herein (the "Debtors") requesting that a final decree be entered and that the Chapter 11 cases be closed, and the Debtors having substantially consummated the provisions of their Chapter 11 plans confirmed by orders of this Court dated June 9, 2021, June 11, 2021 and October 23, 2021, it is

      ORDERED, that pursuant to Bankruptcy Rule 3022, the above-captioned Chapter 11 cases be, and the same are hereby closed, and a final decree is hereby issued; and it is further

      ORDERED, that the Debtors provide a declaration detailing all disbursements it has made on the Debtor's behalf through the date of this Order and pay all United States Trustee fees and any applicable interest thereon within ten (10) days of the date of this Order.

Dated:      New York, New York
          December __, 2022

                              _____
                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC  Holding 1 LLC (0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer  LLC (8197); 106 Kingston  LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                                                          Chapter 11

      53 STANHOPE LLC[1]                              Case No.  19-23013

                           Debtor.
----------------------------------------------------------x

## APPLICATION FOR FINAL DECREE

       53 STANHOPE LLC, and the jointly administered debtor herein (the "Debtors"),
by their attorneys, Backenroth Frankel & Krinsky, LLP, as and for their application for a final
decree respectfully represent as follows:

       1.      On June 9, 2021, June 11, 2021 and October 23, 2021, this Court entered
orders confirming the Debtors' plans of reorganization (the "Plans").

       2.      The terms of the Plans have been substantially consummated.

       3.      By this application, the Debtor seeks the entry of a final decree declaring
the Debtors' Chapter 11 cases closed.

       WHEREFORE, the Debtor respectfully requests that the Court enter the prefixed
order and grant such other and further relief as may be just and proper.

Dated: New York, New York
       November 25, 2022

                                  BACKENROTH FRANKEL & KRINSKY, LLP
                                  Attorneys for the Debtor

                            By:     s/ Mark Frankel
                                    800 Third Avenue
                                    New York, New York  10022
                                    (212) 593-1100

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as
follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325
Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St
LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC  Holding 1 LLC
(0290); D&W Real Estate Spring LLC (4591); Meserole and Lorimer  LLC (8197); 106 Kingston  LLC (2673);
Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                    Chapter 11

       53 STANHOPE LLC                          Case No.  19-23013

                        Debtor.
----------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $104,258 | FEES for ATTORNEYS for DEBTOR |
| $101,722 | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 0% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
       November 25, 2022

                      BACKENROTH FRANKEL & KRINSKY, LLP
                      Attorneys for the Debtor

              By:    s/Mark Frankel_____
                    800 Third Avenue
                    New York, New York  10022
                    (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                                                Chapter 11

      55 STANHOPE LLC                                   Case No.  19-23014

            Debtor.

----------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $81,411 | FEES for ATTORNEYS for DEBTOR |
| _____ | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 100% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
       November 25, 2022

                    BACKENROTH FRANKEL & KRINSKY, LLP
                    Attorneys for the Debtor

            By:     s/Mark Frankel_____
                    800 Third Avenue
                    New York, New York  10022
                    (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re                                                      Chapter 11

       119 ROGERS LLC                              Case No.  19-23015

                     Debtor.

------------------------------------------------------------x

### CLOSING REPORT IN CHAPTER 11 CASE

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $81,411 | FEES for ATTORNEYS for DEBTOR |
| _____ | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 100% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
      November 25, 2022

                          BACKENROTH FRANKEL & KRINSKY, LLP
                          Attorneys for the Debtor

                          By:    s/Mark Frankel_____
                                    800 Third Avenue
                                    New York, New York  10022
                                    (212) 593-1100

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                  Chapter 11

      127 ROGERS LLC                                    Case No.  19-23016

                      Debtor.
---------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):


| | |
|---|---|
| $81,411 | FEES for ATTORNEYS for DEBTOR |
| _____ | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 100% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |


Dated: New York, New York
      November 25, 2022

                      BACKENROTH FRANKEL & KRINSKY, LLP
                      Attorneys for the Debtor

              By:    s/Mark Frankel_____
                      800 Third Avenue
                      New York, New York  10022
                      (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re                                                         Chapter 11

       325 FRANKLIN LLC                        Case No.  19-23017

                Debtor.
---------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $104,258 | FEES for ATTORNEYS for DEBTOR |
| $101,722 | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 0% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
       November 25, 2022

                BACKENROTH FRANKEL & KRINSKY, LLP
                Attorneys for the Debtor

             By:    s/Mark Frankel_____
                   800 Third Avenue
                   New York, New York  10022
                   (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                          Chapter 11

      618 LAFAYETTE LLC                                 Case No.  19-23018

                    Debtor.
---------------------------------------------------------x

## <u>CLOSING REPORT IN CHAPTER 11 CASE</u>

        To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):


$104,258      FEES for ATTORNEYS for DEBTOR
$101,722      OTHER PROFESSIONAL FEES and ALL EXPENSES
_____      TRUSTEE FEE (if applicable)
_____      FEE for ATTORNEY for TRUSTEE (if applicable)
__0%__      DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS
_____      FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to
be determined)
YES____      INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED
_____      OTHER: (explain)

Dated: New York, New York
         November 25, 2022

                BACKENROTH FRANKEL & KRINSKY, LLP
                Attorneys for the Debtor

                By:     s/Mark Frankel_____
                        800 Third Avenue
                        New York, New York  10022
                        (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                                      Chapter 11

   C & YSW LLC                              Case No.  19-23019

      Debtor.

----------------------------------------------------------x

<u>**CLOSING REPORT IN CHAPTER 11 CASE**</u>

   To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| <u>$81,411</u> | FEES for ATTORNEYS for DEBTOR |
| _____ | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| <u>100%</u> | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| <u>YES</u> | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
   November 25, 2022

      BACKENROTH FRANKEL & KRINSKY, LLP
      Attorneys for the Debtor

     By:  <u>s/Mark Frankel</u>
       800 Third Avenue
       New York, New York  10022
       (212) 593-1100

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                    Chapter 11

     NATZLIACH LLC                                   Case No.  19-23021

               Debtor.
----------------------------------------------------------x
## CLOSING REPORT IN CHAPTER 11 CASE

       To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):


| | |
|---|---|
| $81,411 | FEES for ATTORNEYS for DEBTOR |
| _____ | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 100% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
      November 25, 2022

                         BACKENROTH FRANKEL & KRINSKY, LLP
                         Attorneys for the Debtor

                         By:    s/Mark Frankel_____
                              800 Third Avenue
                              New York, New York  10022
                              (212) 593-1100

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                    Chapter 11

        92 SOUTH 4TH ST LLC                        Case No.  19-23023

                    Debtor.
----------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $104,258 | FEES for ATTORNEYS for DEBTOR |
| $101,722 | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 0% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES____ | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
      November 25, 2022

                          BACKENROTH FRANKEL & KRINSKY, LLP
                          Attorneys for the Debtor

                          By:     s/Mark Frankel_____
                                 800 Third Avenue
                               New York, New York  10022
                               (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re                                                     Chapter 11

       834 METROPOLITAN AVENUE LLP            Case No.  19-23024

              Debtor.

---------------------------------------------------------x

### CLOSING REPORT IN CHAPTER 11 CASE

     To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $104,258 | FEES for ATTORNEYS for DEBTOR |
| $101,722 | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 0% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
      November 25, 2022

                    BACKENROTH FRANKEL & KRINSKY, LLP
                    Attorneys for the Debtor

                    By:    s/Mark Frankel_____
                          800 Third Avenue
                          New York, New York  10022
                          (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                    Chapter 11

      1125-1133 GREENE AVE LLC                    Case No.  19-23025

             Debtor.
----------------------------------------------------------x

## <u>CLOSING REPORT IN CHAPTER 11 CASE</u>

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| <u>$104,258</u> | FEES for ATTORNEYS for DEBTOR |
| <u>$101,722</u> | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| <u> 0% </u> | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| <u>YES  </u> | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
      November 25, 2022

          BACKENROTH FRANKEL & KRINSKY, LLP
          Attorneys for the Debtor

          By:    <u>s/Mark Frankel_____</u>
                800 Third Avenue
                New York, New York  10022
                (212) 593-1100

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                                    Chapter 11

      APC HOLDING LLC                          Case No.  19-23026

                      Debtor.

-----------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $104,258 | FEES for ATTORNEYS for DEBTOR |
| $101,722 | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 0% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
      November 25, 2022

                BACKENROTH FRANKEL & KRINSKY, LLP
                Attorneys for the Debtor

                By:    s/Mark Frankel_____
                      800 Third Avenue
                      New York, New York  10022
                      (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                            Chapter 11

        D&W REAL ESTATE SPRING LLC                Case No.  19-23027

                   Debtor.
----------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

        To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $49,518 | FEES for ATTORNEYS for DEBTOR |
| _____ | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 100% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
       November 25, 2022

                             BACKENROTH FRANKEL & KRINSKY, LLP
                             Attorneys for the Debtor

                           By:     s/Mark Frankel_____
                                 800 Third Avenue
                                 New York, New York  10022
                                 (212) 593-1100

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                    Chapter 11

           MESEROLE AND LORIMER LLC              Case No.  19-23028

                        Debtor.
----------------------------------------------------------x
## CLOSING REPORT IN CHAPTER 11 CASE

        To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $49,518 | FEES for ATTORNEYS for DEBTOR |
| _____ | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 100% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES____ | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
        November 25, 2022

                        BACKENROTH FRANKEL & KRINSKY, LLP
                        Attorneys for the Debtor

                    By:    s/Mark Frankel_____
                        800 Third Avenue
                        New York, New York  10022
                        (212) 593-1100

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                    Chapter 11

      106 KINGSTON LLC                            Case No.  19-23029

                 Debtor.
----------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| $81,411 | FEES for ATTORNEYS for DEBTOR |
| _____ | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| 100% | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| YES | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
      November 25, 2022

                      BACKENROTH FRANKEL & KRINSKY, LLP
                      Attorneys for the Debtor

                      By:    s/Mark Frankel_____
                            800 Third Avenue
                            New York, New York  10022
                            (212) 593-1100

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                      Chapter 11

      EIGHTEEN HOMES LLC                       Case No.  19-23030

                   Debtor.
-----------------------------------------------------------x
### CLOSING REPORT IN CHAPTER 11 CASE

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):


$81,411        FEES for ATTORNEYS for DEBTOR

_____        OTHER PROFESSIONAL FEES and ALL EXPENSES

_____        TRUSTEE FEE (if applicable)

_____        FEE for ATTORNEY for TRUSTEE (if applicable)

\_\_100%\_\_      DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS

_____        FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to
                be determined)

YES\_\_\_\_        INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

_____        OTHER: (explain)


Dated: New York, New York
       November 25, 2022

                        BACKENROTH FRANKEL & KRINSKY, LLP
                        Attorneys for the Debtor

                    By:    s/Mark Frankel_____
                        800 Third Avenue
                        New York, New York  10022
                        (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                                    Chapter 11

      119 ROGERS LLC                          Case No.  19-23031

                  Debtor.

--------------------------------------------------------x

<u>**CLOSING REPORT IN CHAPTER 11 CASE**</u>

      To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

| | |
|---|---|
| <u>$81,411</u> | FEES for ATTORNEYS for DEBTOR |
| _____ | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| _____ | TRUSTEE FEE (if applicable) |
| _____ | FEE for ATTORNEY for TRUSTEE (if applicable) |
| <u>100%</u> | DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS |
| _____ | FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined) |
| <u>YES</u> | INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED |
| _____ | OTHER: (explain) |

Dated: New York, New York
       November 25, 2022

                       BACKENROTH FRANKEL & KRINSKY, LLP
                       Attorneys for the Debtor

                     By:    <u>s/Mark Frankel</u>
                       800 Third Avenue
                       New York, New York  10022
                       (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                              Chapter 11

            167 HART LLC                                   Case No.  19-23041

                              Debtor.
----------------------------------------------------------x
## CLOSING REPORT IN CHAPTER 11 CASE

        To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

$81,411    FEES for ATTORNEYS for DEBTOR
_____    OTHER PROFESSIONAL FEES and ALL EXPENSES
_____    TRUSTEE FEE (if applicable)
_____    FEE for ATTORNEY for TRUSTEE (if applicable)
__100%    DIVIDEND PAID/TO BE PAID GENERAL UNSECURED CREDITORS
_____    FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to
                  be determined)
YES____    INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED
_____    OTHER: (explain)

Dated: New York, New York
            November 25, 2022

                              BACKENROTH FRANKEL & KRINSKY, LLP
                              Attorneys for the Debtor

                              By:      s/Mark Frankel_____
                                       800 Third Avenue
                                       New York, New York  10022
                                       (212) 593-1100