UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 19-23013 |
|---|---|
| 53 Stanhope | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 11/25/2022, I did cause a copy of the following documents, described below,

Final Decree Application

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/25/2022

/s/ Mark Frankel
Mark Frankel

Backenroth Frankel & Krinsky, LLP
800 3rd Ave. Fl 11
New York, NY  10022
212 593 1100
mfrankel@bfklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>53 Stanhope | CASE NO: 19-23013<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 11/25/2022, a copy of the following documents, described below,

Final Decree Application

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/25/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 3rd Ave. Fl 11
New York, NY  10022

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL/E-DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>1LABEL MATRIX FOR LOCAL NOTICING<br>02087<br>CASE 19-23013-RDD<br>SOUTHERN DISTRICT OF NEW YORK<br>WHITE PLAINS | DEBTOR<br>53 STANHOPE LLC<br>116 NOSTRAND AVE<br>BROOKLYN NY 11205-2823 | NEW YORK CITY DEPARTMENT OF FINANCE<br>NEW YORK CITY LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK NY 10007-2668 |
| ~~EXCLUDE~~<br>~~WHITE PLAINS DIVISION~~<br>~~300 QUARROPAS STREET~~<br>~~WHITE PLAINS NY 10601-4140~~ | 325 FRANKLIN LLC<br>116 NORSTRAND AVE<br>BROOKLYN NY 11205-2823 | BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET SUITE 4600<br>NEW YORK NY 10165-0006 |
| BACKENROTH FRANKEL KRINSKY<br>800 THIRD AVENUE<br>11TH FLOOR<br>NEW YORK NY 10022-7651 | BROOKLYN LENDER LLC<br>CO MAVERICK REAL ESTATE<br>100 PARK AVE SUITE 2805<br>NEW YORK NY 10017-5536 | DAVID RYNESS<br>CO BRONSTEIN GEWIRTZ ATTNY SOLOVEICHI<br>60 EAST 42ND STREET SUITE 4600<br>NEW YORK NY 10165-0006 |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | ELIYAHU STERN<br>CO BRONSTEIN GEWIRTZ ATTNY SOLOVEICHI<br>60 EAST 42ND STREET SUITE 4600<br>NEW YORK NY 10165-0006 | HUTMAN HUTMAN CERTIFIED PUBLIC<br>ACCOUNTA<br>435 E COUNTY LINE ROAD<br>LAKEWOOD NJ 08701-1426 |
| JAMES E JOHNSON<br>ATTORNEY FOR CITY OF NEW YORK AND<br>NEW YORK CITY DEPARTMENT OF FINANCE<br>100 CHURCH STREET<br>NEW YORK NEW YORK 10007-2622 | MCGRAIL BENSINGER LLP<br>888C 8TH AVENUE 107<br>NEW YORK NEW YORK 10019-8511 | NYC DEPT OF FINANCE<br>OFFICE OF LEGAL AFFAIRS<br>COLLECTION UNIT<br>375 PEARL STREET 30TH FLOOR<br>NEW YORK NV 10038-1442 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>US FEDERAL OFFICE BUILDING<br>201 VARICK STREET<br>SUITE 1006<br>NEW YORK NY 10014-4811 | SAMANTHA J CHU ESQ<br>NEW YORK CITY LAW DEPARTMENT<br>NEW YORK CITY DEPARTMENT OF FINANCE<br>100 CHURCH STREET<br>NEW YORK NY 10007-2668 | SEE EXHIBIT A LIST OF CLAIMANTS<br>CO BRONSTEIN GEWIRTZ<br>ATTN- YE SOLOVEICHIK<br>60 EAST 42ND STREET SUITE 4600<br>NEW YORK NY 10165-0006 |
| SILVER SPRING CAPITAL<br>244 5TH AVE SUITE 2232<br>NEW YORK NY 10001-7604 | STROOCK STROOCK LAVAN LLP<br>ATTORNEYS FOR BROOKLYN LENDER LLC<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982 | TIMOTHY DONALDSON JORDAN DONALDSON<br>53 STANHOPE STREET<br>2ND FLOOR<br>BROOKLYN NY 11221-3410 |
| EDWARD SMITH<br>ABRAMS FENSTERMAN FENSTERMAN ET AL<br>81 MAIN STREET<br>STE 306<br>WHITE PLAINS NY 10601-1719 | BINYOMIN HALPERN<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | RAPHAEL BAROUCH ELKAIM<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 |
| BUSHWICK OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | KINGSTON OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 | JEFFERSON OPERATIONS LLC<br>CO BRONSTEIN GEWIRTZ GROSSMAN LLC<br>60 EAST 42ND STREET<br>SUITE 4600<br>NEW YORK NY 10165 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (2) DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
369 GATES OPERATIONS LLC                1078 DEKALB OPERATIONS LLC              618 LAFAYETTE OPERATIONS LLC
CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC
60 EAST 42ND STREET                     60 EAST 42ND STREET                     60 EAST 42ND STREET
SUITE 4600                              SUITE 4600                              SUITE 4600
NEW YORK NY 10165                       NEW YORK NY 10165                       NEW YORK NY 10165


74 VAN BUREN OPERATIONS LLC             760 WILLOUGHBY OPERATIONS LLC           454 CENTRAL AVENUE OPERATIONS LLC
CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC
60 EAST 42ND STREET                     60 EAST 42ND STREET                     60 EAST 42ND STREET
SUITE 4600                              SUITE 4600                              SUITE 4600
NEW YORK NY 10165                       NEW YORK NY 10165                       NEW YORK NY 10165


855 DEKALB AVENUE OPERATIONS LLC        720 LIVONIA OPERATIONS LLC              SLOPE EQUITIES OPERATIONS LLC
CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC
60 EAST 42ND STREET                     60 EAST 42ND STREET                     60 EAST 42ND STREET
SUITE 4600                              SUITE 4600                              SUITE 4600
NEW YORK NY 10165                       NEW YORK NY 10165                       NEW YORK NY 10165


WILLOUGHBY ESTATES OPERATIONS LLC       73 EMPIRE DEVELOPMENT OPERATIONS LLC    980 ATLANTIC HOLDINGS OPERATIONS LLC
CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC
60 EAST 42ND STREET                     60 EAST 42ND STREET                     60 EAST 42ND STREET
SUITE 4600                              SUITE 4600                              SUITE 4600
NEW YORK NY 10165                       NEW YORK NY 10165                       NEW YORK NY 10165


325 FRANKLIN OPERATIONS LLC             8 MAPLE AVENUE OPERATIONS LLC           853 LEXINGTON OPERATIONS LLC
CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC
60 EAST 42ND STREET                     60 EAST 42ND STREET                     60 EAST 42ND STREET
SUITE 4600                              SUITE 4600                              SUITE 4600
NEW YORK NY 10165                       NEW YORK NY 10165                       NEW YORK NY 10165


348 ST NICHOLAS OPERATIONS LLC          1301 PUTNAM OPERATIONS LLC              945 PARK PLACE OPERATIONS LLC
CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC       CO BRONSTEIN GEWIRTZ GROSSMAN LLC
60 EAST 42ND STREET                     60 EAST 42ND STREET                     60 EAST 42ND STREET
SUITE 4600                              SUITE 4600                              SUITE 4600
NEW YORK NY 10165                       NEW YORK NY 10165                       NEW YORK NY 10165


MARK A FRANKEL                          CITY OF NEW YORK                        STATE OF NEW YORK
BACKENROTH FRANKEL KRINSKY LLP          NYC LAW DEPARTMENT                      ATTORNEY GENERALS OFFICE
800 THIRD AVENUE                        100 CHURCH ST                           120 BROADWAY
11TH FLOOR                              NEW YORK NY 10007-2668                  NEW YORK NY 10271-0002
NEW YORK NY 10022-7651


UNITED STATES OF AMERICA                NYC WATER BOARD                         CHARLES WILLIAM MERCER
CO US ATTORNEY                          PO BOX 11863                            53 STANHOPE STREET
86 CHAMBERS STREET                      NEWARK NJ 07101-8163                    2ND FLOOR
NEW YORK NY 10007-1825                                                          BROOKLYN NY 11221-3410


SANTOS MUNIZ                            OFFICE OF THE UNITED STATES TRUSTEE     INTERNAL REVENUE SERVICE
53 STANHOPE ST                          ATTN SERENE K NAKANO                    CO US ATTORNEY CLAIMS UNIT
1ST FLOOR                               US FEDERAL OFFICE BUILDING              ONE SAINT ANDREWS PLAZA RM 417
BROOKLYN NY 11221-3410                  201 VARICK ST ROOM 1006                 NEW YORK NY 10007-1701
                                        NEW YORK NEW YORK 10014-9449
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (2)+DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| NYC DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK NY 10038-3728 | NYS DEPT OF TAX FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY NY 12205-0300 | NYC DEPT OF FINANCE<br>PO BOX 680<br>NEWARK NJ 07101-0680 |
| ABRAMS FENSTERMAN LLP<br>1 METROTECH CENTER<br>SUITE 1701<br>BROOKLYN NY 11201-3949 | SF LOCKSMITH INC<br>199 LEE AVE<br>BROOKLYN NY 11211-8919 | TIMOTHY DONALDSONJORDAN<br>DONALDSON<br>53 STANHOPE STREET<br>2ND FLOOR<br>BROOKLYN NY 11221-3410 |
| CS CONSTRUCTION LLC<br>116 NOSTRAND AVE<br>BROOKLYN NY 11205-2823 | DANIEL SCHUY<br>55 STANHOPE STREET<br>1-B<br>BROOKLYN NY 11221-6242 | DANIELLE A WASSELL<br>55 STANHOPE STREET<br>1-A<br>BROOKLYN NY 11221-6242 |
| HOUTEX LLC<br>55 NORTHERN BLVD<br>GREAT NECK NY 11021-4027 | KATHLEEN BARRONGANESH SARMA<br>55 STANHOPE STREET<br>3-B<br>BROOKLYN NY 11221-6242 | MANHATTAN FIRE AND SECURITY<br>1133 MCDONALD AVE<br>BROOKLYN NY 11230-3327 |
| PILKU CONSTRUCTION SERVICE INC<br>150 MILL ST<br>BROOKLYN NY 11231-3207 | HUTMAN HUTMAN CERTIFIED PUBLIC<br>ACCOUNTS<br>435 E COUNTY LINE ROAD<br>LAKEWOOD NJ 08701-1426 | COLIN GARLANDSARAH E CORRIGAN<br>55 STANHOPE STREET<br>2-B<br>BROOKLYN NY 11221-6242 |
| DAY ELEVATOR AND LIFT<br>50 HEMPSTEAD GARDENS DRIVE<br>WEST HEMPSTEAD NY 11552-2642 | GERARD CAREYCHRISTOPHER RUSSELL<br>55 STANHOPE STREET<br>3-A<br>BROOKLYN NY 11221-6242 | JOHN M MINOGUE<br>SAMANTHA M SIRAGUSA<br>55 STANHOPE STREET<br>4-A<br>BROOKLYN NY 11221-6242 |
| MY DEVELOPERS INC<br>2 SKILLMAN STREET<br>BROOKLYN NY 11205-1551 | CHANDLER MERCER<br>53 STANHOPE STREET<br>2ND FLOOR<br>BROOKLYN NY 11221-3410 | VIDEL R TORRES<br>55 STANHOPE STREET<br>4-B<br>BROOKLYN NY 11221-6242 |
| ALEXANDRE BETTING<br>119 ROGERS AVENUE<br>3R<br>BROOKLYN NY 11216-6030 | COLLIN SLEASMAN<br>CAROLINE PORTU HUYEN DO<br>119 ROGERS AVENUE<br>1R<br>BROOKLYN NY 11216-6030 | KRISS FEUERSTEIN LLP<br>360 LEXINGTON AVE<br>NEW YORK NY 10017-6555 |
| MICHAEL FRANCIS<br>119 ROGERS AVENUE<br>2L<br>BROOKLYN NY 11216-6029 | SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK NY 10019-6088 | CHRISTOPHER W BARNETT<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL (2) DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DEVON BUCHANAN<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 | EMELINE LUI<br>127 ROGERS AVENUE<br>3R<br>BROOKLYN NY 11216-3943 | CHRISTINA W WAIREGI<br>DAVID SEMELBERGER<br>119 ROGERS AVENUE<br>3L<br>BROOKLYN NY 11216-6029 |
| IPFS CORP<br>52 CORPORATE CIRCLE SUITE 208<br>ALBANY NY 12203-5176 | MAX GORELICKJAKE R MILLER<br>119 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-6029 | PLUMBING CONSULTANTS LLC<br>4403 15TH AVE<br>BROOKLYN NY 11219-1604 |
| CHESLY KOHEN<br>127 ROGERS AVENUE<br>2R<br>BROOKLYN NY 11216-3943 | COURTNEY CONNELLY<br>127 ROGERS AVENUE<br>2R<br>BROOKLYN NY 11216-3943 | DONNEAL D JOHNSON<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 |
| JAKE SLOOFMAN<br>127 ROGERS AVENUE<br>3R<br>BROOKLYN NY 11216-3943 | JULLIET GENNARI<br>127 ROGERS AVENUE<br>2L<br>BROOKLYN NY 11216-3943 | KENEIL H JOHNSON<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 |
| KORPO DANIELS<br>127 ROGERS AVENUE<br>3L<br>BROOKLYN NY 11216-3943 | RANDOLPH GOODLUCK<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 | STEFANIE BIONDI<br>127 ROGERS AVENUE<br>2R<br>BROOKLYN NY 11216-3943 |
| WALDEN HUNTLER FENNER<br>127 ROGERS AVENUE<br>3L<br>BROOKLYN NY 11216-3943 | DAWN CHENG ZENG<br>325 FRANKLIN AVENUE<br>2-F<br>BROOKLYN NY 11238-1465 | HERRICK FEINSTEIN LLP<br>TWO PARK AVENUE<br>NEW YORK NY 10016-9302 |
| JUSTINA CHOI<br>127 ROGERS AVENUE<br>3R<br>BROOKLYN NY 11216-3943 | KITA AUSTIN<br>127 ROGERS AVENUE<br>3L<br>BROOKLYN NY 11216-3943 | LUKE BENNETBRANDON G REILLY<br>127 ROGERS AVENUE<br>1R<br>BROOKLYN NY 11216-3943 |
| SARAH DINKELASKER<br>127 ROGERS AVENUE<br>2L<br>BROOKLYN NY 11216-3943 | STEVEN HOLLENKAMP<br>127 ROGERS AVENUE<br>1L<br>BROOKLYN NY 11216-3943 | BMW PLUMBING<br>199 LEE AVE<br>BROOKLYN NY 11211-8919 |
| EMILY W MEBANEREBECCA BIRSTOCK SOPHIA<br>325 FRANKLIN AVENUE<br>3-B<br>BROOKLYN NY 11238-1465 | JEFFREY GRIFFINKARA STOLEYMIKE CZEI<br>325 FRANKLIN AVENUE<br>1-B<br>BROOKLYN NY 11238-1465 | MADISON JESMER MEGAN JESMER STANLEY SI<br>325 FRANKLIN AVENUE<br>3-F<br>BROOKLYN NY 11238-1465 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (2) DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE PREFERRED" ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ANNE BRADFORD<br>618 LAFAYETTE AVENUE<br>1<br>BROOKLYN NY 11216-1062 | ES MAINTENANCE<br>P O BOX 190917<br>BROOKLYN NY 11219-0917 | JAMES MARLOW<br>618 LAFAYETTE AVENUE<br>3<br>BROOKLYN NY 11216-1062 |
| MEGAN DERVIN<br>618 LAFAYETTE AVENUE<br>4<br>BROOKLYN NY 11216-1062 | SITE COMPLI<br>53 WEST 23RD STREET<br>FRANKLIN SQUARE NY 11010 | ALEXANDRA ENGLEZOSKAYLA NAKAGAWA<br>109 SOUTH 3RD STREET<br>109-1<br>BROOKLYN NY 11249-5574 |
| STORE ZUCO SOSA<br>325 FRANKLIN AVENUE<br>STORE<br>BROOKLYN NY 11238-1465 | CON EDISON<br>JAF STATION<br>PO BOX 1702<br>NEW YORK NY 10116-1702 | INSURANCE RECOMMENDATIONS REPAIR<br>116 NOSTRAND AVENUE<br>BROOKLYN NY 11205-2823 |
| LUCAS WALDRON<br>618 LAFAYETTE AVENUE<br>2<br>BROOKLYN NY 11216-1062 | PERFECT PEST<br>199 LEE AVENUE 631<br>BROOKLYN NY 11211-8919 | BSMT MARIA DEL VALLE<br>109 SOUTH 3RD STREET<br>BROOKLYN NY 11249-5574 |
| TYSON KUBE<br>109 SOUTH 3RD STREET<br>109-3<br>BROOKLYN NY 11249-5574 | ELLIOT YANCYHALLIE DAVIES<br>109 SOUTH 3RD STREET<br>109-2<br>BROOKLYN NY 11249-5574 | AMAZON<br>PO BOX 81226<br>SEATTLE WA 98108-1300 |
| BS ENTERPRISE<br>715 MYRTLE AVE<br>BROOKLYN NY 11205-3862 | BORAH GOLDSTEIN<br>377 BROADWAY<br>NEW YORK NY 10013-3907 | INDUSTRIAL ELECTRIC<br>259 JOHNSON AVE<br>BROOKLYN NY 11206-2820 |
| LUXURY DESIGN<br>240 BROADWAY<br>BROOKLYN NY 11211-8409 | ALUF APPLIANCE<br>1455 49TH ST 3F<br>BROOKLYN NY 11219-3205 | ANWAR ALRUWAILIBENJAMIN BURGE<br>129 SOUTH 2ND STREET<br>129-1<br>BROOKLYN NY 11249-5215 |
| BEST SUPER CLEANING<br>5222 NEW UTRECHT AVENUE<br>BROOKLYN NY 11219-3828 | BUNGALOW LIVING INC<br>129 SOUTH 2ND STREET<br>129-2<br>BROOKLYN NY 11249-5215 | CROSSTOWN COUNTRY GLASS<br>406 WILLOUGHBY AVENUE<br>BROOKLYN NY 11205-4509 |
| JENNIFER BUTRYMOWICZ<br>129 SOUTH 2ND STREET<br>129-3<br>BROOKLYN NY 11249-5215 | LOANS WF<br>116 NOSTRAND AVENUE<br>BROOKLYN NY 11205-2823 | METROPOLITAN ENVIRONMENTAL<br>199 LEE AVENUE<br>SUITE 119<br>BROOKLYN NY 11211-8919 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (2), FOLLOWS LATER
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NOOKLYN
28 SCOTT AVE 106
BROOKLYN NY 11237-2478

ORIENTAL LUMBER
1154 FLUSHING AVE
BROOKLYN NY 11237-1747

SEAN MURRAY
129 SOUTH 2ND STREET
129 BL
BROOKLYN NY 11249-5215

SIGN UP
539 PARK AVENUE
BROOKLYN NY 11205-1633

TILE DEPOT
26 STEUBEN ST
BROOKLYN NY 11205-1306

CERTIFIED LUMBER
470 KENT AVE
BROOKLYN NY 11249-5986

RYAN ONEILTHOMAS BIANCAMANO
92 SOUTH 4TH STREET
4
BROOKLYN NY 11249-5505

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET ROOM 1006
NEW YORK NY 10014-9449

MOSES GUTTMAN
212 ROSS STREET
BROOKLYN NY 11211-7623

SAM THE GLAZIER
245 WILSON AVE
BROOKLYN NY 11237-4514

SEAN OWENRYAN PHILBIN
129 SOUTH 2ND STREET
129 B2
BROOKLYN NY 11249

STRUCTURAL ENGINEERING TECHNOLOGIES
4012 28TH ST
LONG ISLAND CITY NY 11101-3308

WATERFRONT PROPERTY MANAGEMENT
116 NOSTRAND AVENUE
BROOKLYN NY 11205-2823

CIARA ALLEN
92 SOUTH 4TH STREET
2
BROOKLYN NY 11249-5505

SARAH COHN
92 SOUTH 4TH STREET
3
BROOKLYN NY 11249-5505

KLEIN SLOWIK
90 BROAD STREET SUITE 602
NEW YORK NY 10004-3339

NATIONAL GRID
PO BOX 11741
NEWARK NJ 07101-4741

STEPHANIE N STODDARD
834 METROPOLITAN AVENUE
3
BROOKLYN NY 11211-3073

ASHLEY COURTNEY
1133 GREENE AVENUE
1133-2
BROOKLYN NY 11221-3814

CAILIN YAROCH
1129 GREENE AVENUE
1129-2
BROOKLYN NY 11221-3814

FRANCIA VALBUENA
1127 GREENE AVENUE
1127-1
BROOKLYN NY 11221-3814

JARED SHIRKEY
1133 GREENE AVENUE
1133-1
BROOKLYN NY 11221-3814

SHADE OLADETIMIEMMA ROS
1125 GREENE AVENUE
1125-1
BROOKLYN NY 11221-3814

COURTNEY FORD BENJAMIN DEVRIES
568 WILLOUGHBY AVENUE
UNIT 6
BROOKLYN NY 11206-6064

BABAK SARLATIBAHMAN SHARIFI
568 WILLOUGHBY AVENUE
UNIT 1
BROOKLYN NY 11206-6064

ACE HARDWARE
347 KNICKERBOCKER AVE
BROOKLYN NY 11237-3740

BRIDGET WINKLER
1131 GREENE AVENUE
1131-1
BROOKLYN NY 11221-3814

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (2) DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DANIELLE SENKKRISTEN OR<br>1125 GREENE AVENUE<br>1125-2<br>BROOKLYN NY 11221-3814 | GREGORY GOLDMAN<br>1131 GREENE AVENUE<br>1131-2<br>BROOKLYN NY 11221-3814 | MATTHEW DUELL<br>1127 GREENE AVENUE<br>1127-2<br>BROOKLYN NY 11221-3814 |
| WEDNESDAY DERRICO<br>1129 GREENE AVENUE<br>1129-1<br>BROOKLYN NY 11221-3814 | POPPY CASEYTHEODORE KNUETTER<br>568 WILLOUGHBY AVENUE<br>UNIT 2<br>BROOKLYN NY 11206-6064 | BRYN SUNI<br>568 WILLOUGHBY AVENUE<br>UNIT 4<br>BROOKLYN NY 11206-6064 |
| DNJA SIMUNOVIC<br>568 WILLOUGHBY AVENUE<br>UNIT 5<br>BROOKLYN NY 11206-6064 | WATER SEWER<br>PO BOX 11863<br>NEWARK NJ 07101-8163 | JESSE PATCH<br>144 HUNTINGTON ST<br>3<br>BROOKLYN NY 11231-0847 |
| ALANA VIERA<br>342 RODNEY ST<br>2<br>BROOKLYN NY 11211-4651 | HARSHAL AMIN<br>318 BEDFORD AVE<br>2<br>BROOKLYN NY 11249-4926 | KAISER SANDWIPI<br>68 CARROLL ST<br>2<br>BROOKLYN NY 11231-2749 |
| SADEKEEN ALAM<br>318 BEDFORD AVE<br>STORE<br>BROOKLYN NY 11249-4376 | EMMA ROSZAK<br>318 BEDFORD AVE<br>3<br>BROOKLYN NY 11249-4926 | THOMAS RICHARDSON<br>568 WILLOUGHBY AVENUE<br>UNIT 3<br>BROOKLYN NY 11206-6064 |
| ERIC TORRES<br>740 DRIGGS AVE<br>3<br>BROOKLYN NY 11211-5364 | JOSHUA WAGSCHAL<br>94 HERRICK AVE<br>SPRING VALLEY NY 10977-3801 | CLAIRE GILBERTSEN<br>68 CARROLL ST<br>3<br>BROOKLYN NY 11231-2749 |
| JOSEPH CARAVAGLIA<br>68 CARROLL ST<br>2<br>BROOKLYN NY 11231-2749 | MATTHEW KANTNER<br>342 RODNEY ST<br>1<br>BROOKLYN NY 11211-4651 | ALEXANDER SHERBA<br>144 HUNTINGTON ST<br>1<br>BROOKLYN NY 11231-0847 |
| JOSHUA KAUFMAN<br>342 RODNEY ST<br>4<br>BROOKLYN NY 11211-4651 | KELLY LYNN CHAGNON<br>342 RODNEY ST<br>4<br>BROOKLYN NY 11211-4651 | SANAM SKELLY<br>144 HUNTINGTON ST<br>2<br>BROOKLYN NY 11231-0847 |
| VINNYSNIA ARMSWORTH<br>68 CARROLL ST<br>BSMNT<br>BROOKLYN NY 11231-2749 | CASSITY WARNECKE<br>182 MESEROLE ST<br>2R<br>BROOKLYN NY 11206-2107 | GABRIELLE LENART<br>182 MESEROLE ST<br>3R<br>BROOKLYN NY 11206-2107 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL/ADDRESS ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JOHN THOMASHARPER THILLAPAUGH
178 MESEROLE ST
3R
BROOKLYN NY 11206-2115

KYLE KRUEGER
182 MESEROLE ST
3L
BROOKLYN NY 11206-2107

LYNN BELLES
180 MESEROLE ST
2R
BROOKLYN NY 11206-2119

MAXWELL ALIAPOULIOS
130 SOUTH 2ND ST
2
BROOKLYN NY 11249-5205

TORIN MARTIN BLANKENSMITH
130 SOUTH 2ND ST
4
BROOKLYN NY 11249-5205

AMALYA M GOLDBERG
178 MESEROLE ST
1
BROOKLYN NY 11206-2794

CELINA DE JESUS
180 MESEROLE ST
3L
BROOKLYN NY 11206-2119

JADE A LEITZEL
440 LORIMER ST
3
3801
BROOKLYN NY 11206-7669

KATHERINE BRADLEY
180 MESEROLE ST
1
BROOKLYN NY 11206-2119

LAURA MCWHORTER
440 LORIMER ST
2
BROOKLYN NY 11206-7669

MARIA LUCIA CALETA
182 MESEROLE ST
1
BROOKLYN NY 11206-2107

MOLLY M GANCSOS
182 MESEROLE ST
2L
BROOKLYN NY 11206-2107

RILEY AYSSA BUTTERFIELD
178 MESEROLE ST
2R
BROOKLYN NY 11206-2115

STEPHEN MARSH
178 MESEROLE ST
3L
BROOKLYN NY 11206-2115

WILLIAM AMOND KUEBLER
180 MESEROLE ST
3R
BROOKLYN NY 11206-2119

ATARA TROPPE
106 KINGSTON AVENUE
2
3828
BROOKLYN NY 11213-1636

EW WHOLESALE
208 WALWORTH ST
BROOKLYN NY 11205-4505

GIZEM UZUN
106 KINGSTON AVENUE
2
BROOKLYN NY 11213-1636

LIVE LION SECURITY
5222 NEW UTRECHT AVENUE SUITE 343
BROOKLYN NY 11219-3828

POORAN S MOLLCHANDANI
180 MESEROLE ST
2L
BROOKLYN NY 11206-2119

RYAN DUFFY
440 LORIMER ST
1
BROOKLYN NY 11206-7669

TRIANA N THOMPSON
178 MESEROLE ST
2L
BROOKLYN NY 11206-2115

ABC SUPPLY
18614 JAMAICA AVENUE
HOLLIS NY 11423-2414

CITI HARDWARE
321 FRANKLIN AVENUE
BROOKLYN NY 11238-1404

GARBAGE REMOVAL
116 NOSTRAND AVENUE
BROOKLYN NY 11205-2823

GOOD LIVING MANAGEMENT
116 NOSTRAND AVENUE
BROOKLYN NY 11205-2823

LOCKS MORE
320 ROEBLING STREET 635
BROOKLYN NY 11211-6262

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL(2) DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MYRON<br>199 LEE AVENUE 527<br>BROOKLYN NY 11211-8919 | SAMUEL MILLINGTON<br>1130 LORING AVE<br>BROOKLYN NY 11208-5019 | GIILBERT PIRES SCOTT NICK BLACKBURN<br>263 18TH STREET<br>REAR<br>BROOKLYN NY 11215-5596 |
| PARK SLOPE<br>601 5TH AVE<br>BROOKLYN NY 11215-5432 | SEAN KERSHAW<br>263 18TH STREET<br>BSMNT<br>BROOKLYN NY 11215-8151 | CHLOE RICE<br>1213 JEFFERSON AVENUE<br>1<br>BROOKLYN NY 11221-5111 |
| RYAN JARJOURAMADISON GROVES<br>1213 JEFFERSON AVENUE<br>3<br>BROOKLYN NY 11221-5111 | SKILLMAN TRUST LLC<br>50 SKILLMAN ST<br>BROOKLYN NY 11205 | ROYAL CHAPEL INTERNATIONAL<br>106 KINGSTON AVENUE<br>STORE 11010<br>BROOKLYN NY 11213-1636 |
| TREFF LOWY<br>481 WYTHE AVENUE 2ND FLOOR<br>BROOKLYN NY 11249-6186 | KARELISA KIMMEL<br>263 18TH STREET<br>BROOKLYN NY 11215-8151 | SARAH JACOBSALEN HOFFMAN<br>263 18TH STREET<br>2<br>BROOKLYN NY 11215-5596 |
| THERESA JOSE NEGRET<br>263 18TH STREET<br>1<br>BROOKLYN NY 11215-5596 | ELIJAH JONESBRENTON JONES<br>1213 JEFFERSON AVENUE<br>2<br>BROOKLYN NY 11221-5111 | RACHEL KELLEHER<br>167 HART STREET<br>BROOKLYN NY 11206 |
| CHRISTINA LAMARDO<br>167 HART STREET<br>BROOKLYN NY 11206 | JACK SMITH<br>167 HART STREET<br>BROOKLYN NY 11206 | KASOWITZ BENSON TORRES<br>1633 BROADWAY<br>NEW YORK, NY 10019 |